Liza M. Walsh
Hector D. Ruiz
Eleonore Ofosu-Antwi
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
1037 Raymond Boulevard, Suite 600
Newark, NJ 07102
(973) 757-1100

**OF COUNSEL** (admitted *pro hac vice*)**:**

| | | |
|---|---|---|
| Adam R. Alper | Michael W. De Vries | Jared Barcenas |
| Brandon H. Brown | KIRKLAND & ELLIS LLP | Corey Gerson |
| KIRKLAND & ELLIS LLP | 333 South Hope Street | KIRKLAND & ELLIS LLP |
| 555 California Street | Los Angeles, CA 90071 | 601 Lexington Ave |
| San Francisco, CA 94104 | (213) 680-8400 | New York, NY 10022 |
| (415) 439-1400 | | (212) 446-4800 |

Gianni Cutri
Simeon G. Papacostas
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES, INC., and PICTOMETRY INTERNATIONAL CORP., | Civil Action No.: 1:15-cv-07025 (RBK-JS) |
| Plaintiffs, | **NOTICE OF MOTION TO COMPEL** |
| v. | **Return Date: March 6, 2017** |
| XACTWARE SOLUTIONS, INC., and VERISK ANALYTICS, INC., | *Filed Electronically* |
| Defendants. | |

**PLEASE TAKE NOTICE** that on March 6, 2017, or as soon as the Court deems appropriate, counsel for Plaintiff Eagle View Technologies, Inc. ("Plaintiffs") shall move before

the Honorable Joel Schneider, U.S.M.J., at the United States District Court for the District of New Jersey, Mitchell H. Cohen Building and United States Courthouse, Fourth and Cooper Streets, Camden, New Jersey, for the entry of an Order compelling Defendants Xactware Solutions, Inc. and Verisk Analytics, Inc. to produce a corporate representative to testify at 30(b)(6) deposition on infringement topics.

      **PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Plaintiff will rely upon the Memorandum of Law and Declaration of Liza M. Walsh with Exhibits 1-11 submitted herewith, and any additional submissions made hereafter.

      **PLEASE TAKE FURTHER NOTICE** that a proposed Order is also submitted herewith.

Dated: February 7, 2017

WALSH PIZZI O'REILLY FALANGA LLP

s/*Liza M. Walsh*
Liza M. Walsh
Hector D. Ruiz
Eleonore Ofosu-Antwi
One Riverfront Plaza
1037 Raymond Boulevard, Suite 600
Newark, New Jersey 07102
(973) 757-1100

**OF COUNSEL** (admitted *pro hac vice*)**:**

| | | |
|---|---|---|
| Adam R. Alper | Michael W. De Vries | Jared Barcenas |
| Brandon H. Brown | KIRKLAND & ELLIS LLP | Corey Gerson |
| KIRKLAND & ELLIS LLP | 333 South Hope Street | KIRKLAND & ELLIS LLP |
| 555 California Street | Los Angeles, CA 90071 | 601 Lexington Ave. |
| San Francisco, CA 94104 | (213) 680-8400 | New York, NY 10022 |
| (415) 439-1400 | | (212) 446-4800 |

Gianni Cutri
Simeon G. Papacostas
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

*Attorneys for Plaintiffs*