Scott S. Christie
Matthew A. Sklar
Ravin R. Patel
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey  07102
Phone: (973) 848-5388
Fax: (973) 297-3981

Lee Carl Bromberg
Thomas R. Fulford
**McCARTER & ENGLISH, LLP**
265 Franklin St.
Boston, Massachusetts 02110
Phone: (617) 449-6500
Fax: (617) 607-9200

*Counsel for Defendants Xactware Solutions, Inc. and Verisk Analytics, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES, INC. and PICTOMETRY INTERNATIONAL CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>XACTWARE SOLUTIONS, INC. and VERISK ANALYTICS, INC.,<br><br>Defendants. | Civil Action No. 15-cv-07025-RBK-JS<br><br>**Motion Date:** *See* **D.E. 458**<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF DEFENDANTS XACTWARE SOLUTIONS, INC.'S AND VERISK ANALYTICS, INC.'S MOTION TO EXCLUDE TESTIMONY OF JONATHAN I. ARNOLD**

ME1 28004220v.1

TO:   ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Defendants Xactware Solutions, Inc. and Verisk Analytics, Inc. (collectively, "Defendants") will move this Court at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101, before the Honorable Robert B. Kugler, U.S.D.J., for entry of an Order granting Defendants' motion to exclude in its entirety and excluding Dr. Jonathan Arnold's testimony and opinions from trial under Federal Rule of Evidence 702.

**PLEASE TAKE FURTHER NOTICE** that Defendants will rely upon the Memorandum submitted with this Notice of Motion, the Declaration of Scott S. Christie, supporting exhibits, and upon all pleadings and proceedings on file herein.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order granting Defendants' motion is attached.

Dated: August 31, 2018                                Respectfully submitted,

*s/Scott S. Christie*
Scott S. Christie
Matthew A. Sklar
Ravin R. Patel
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey  07102
Phone: (973) 848-5388
Fax: (973) 297-3981

                    Lee Carl Bromberg
                    Thomas R. Fulford
                    **McCARTER & ENGLISH, LLP**
                    265 Franklin St.
                    Boston, Massachusetts 02110
                    Phone: (617) 449-6500
                    Fax: (617) 607-9200

                    *Counsel for Defendants Xactware*
                    *Solutions, Inc. and Verisk Analytics, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true copies of the foregoing NOTICE OF DEFENDANTS XACTWARE SOLUTIONS, INC.'S AND VERISK ANALYTICS, INC.'S MOTION TO EXCLUDE TESTIMONY OF JONATHAN I. ARNOLD and supporting documents were caused to be served on August 31, 2018 via email and/or the ECF system upon all counsel of record.

Dated: August 31, 2018                     Respectfully submitted,

*s/Scott S. Christie*
Scott S. Christie
Matthew A. Sklar
Ravin R. Patel
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey  07102
Phone: (973) 848-5388
Fax: (973) 297-3981

Lee Carl Bromberg
Thomas R. Fulford
**McCARTER & ENGLISH, LLP**
265 Franklin St.
Boston, Massachusetts 02110
Phone: (617) 449-6500
Fax: (617) 607-9200

*Counsel for Defendants Xactware Solutions, Inc. and Verisk Analytics, Inc.*