Scott S. Christie
Matthew A. Sklar
Ravin R. Patel
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey  07102
Phone: (973) 848-5388
Fax: (973) 297-3981

Lee Carl Bromberg
Wyley S. Proctor
Brian M. Seeve
Thomas R. Fulford
Thomas F. Foley
**McCARTER & ENGLISH, LLP**
265 Franklin St.
Boston, Massachusetts 02110
Phone: (617) 449-6500
Fax: (617) 607-9200

*Counsel for Defendants Xactware Solutions, Inc. and Verisk Analytics, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES, INC. and PICTOMETRY INTERNATIONAL CORP., <br><br>               Plaintiffs, <br><br>v. <br><br>XACTWARE SOLUTIONS, INC. and VERISK ANALYTICS, INC., <br><br>               Defendants. | Civil Action No. 15-cv-07025-RBK-JS <br><br> **DECLARATION OF SCOTT S. CHRISTIE IN SUPPORT OF DEFENDANTS XACTWARE SOLUTIONS, INC.'S AND VERISK ANALYTICS, INC.'S MOTION TO EXCLUDE TESTIMONY OF JONATHAN I. ARNOLD** |

ME1 27996800v.1

I, Scott S. Christie, state and declare as follows:

1. I am a partner at the law firm of McCarter & English, LLP, and I am admitted to practice law in the State of New Jersey.

2. I submit this Declaration in support of Defendants Xactware Solutions, Inc.'s and Verisk Analytics, Inc.'s Motion to Exclude Testimony of Jonathan I. Arnold.

3. Attached hereto as Exhibit A is a true and correct copy of the Corrected Damages Report of Dr. Jonathan Arnold served May 1, 2018.

4. Attached hereto as Exhibit B is a true and correct copy of the Commercial Success Report of Dr. Jonathan Arnold served May 23, 2018

5. Attached hereto as Exhibit C is a true and correct copy of excerpts from the transcript of the deposition of Dr. Jonathan Arnold taken May 31, 2018.

6. Attached hereto as Exhibit D is a true and correct copy of US Patent 8,078,436 as produced by EagleView in this action bearing Bates numbers EV031622-49.

7. Attached hereto as Exhibit E is a true and correct copy of excerpts from the transcript of the deposition of Chris Pershing taken November 7, 2017.

8. Attached hereto as Exhibit F is a true and correct copy of excerpts from the deposition of Dr. Robert Stevenson taken June 14, 2018.

ME1 27996800v.1

9. Attached hereto as Exhibit G are true and correct copies of four Eagle View Roof Reports as produced by Eagle View in this action and bearing the Bates numbers EV000888-97; EV000898-07; EV000908-17; and EV000948-57.

10. Attached hereto as Exhibit H is a true and correct copy of documents produced by Eagle View in this action, specifically an e-mail bearing Bates number EV0097041 and stating that it is an email from Chris Barrow to John Polchin, and an attachment thereto bearing Bates numbers EV0097042-43.

11. Attached hereto as Exhibit I is a true and correct copy of a document produced by Eagle View in this action bearing Bates numbers EV00032008-20, which is entitled Complaint, *In the Matter of Verisk Analytics, Inc., Insurance Services Office, Inc., and EagleView Technology, Corp.*, Federal Trade Commission Docket No. 9363.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: August 31, 2018

*[signature]*

Scott S. Christie
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Phone: (973) 848-5388
Fax: (973) 297-3981

*Counsel for Defendants Xactware Solutions, Inc. and Verisk Analytics, Inc.*