Scott S. Christie
Matthew A. Sklar
Ravin R. Patel
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey  07102
Phone: (973) 848-5388
Fax: (973) 297-3981

Lee Carl Bromberg
Thomas R. Fulford
**McCARTER & ENGLISH, LLP**
265 Franklin St.
Boston, Massachusetts 02110
Phone: (617) 449-6500
Fax: (617) 607-9200

*Counsel for Defendants Xactware
Solutions, Inc. and Verisk Analytics, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES, INC. and PICTOMETRY INTERNATIONAL CORP., <br><br> Plaintiffs, <br><br> v. <br><br> XACTWARE SOLUTIONS, INC. and VERISK ANALYTICS, INC., <br><br> Defendants. | Civil Action No. 15-cv-07025-RBK-JS <br><br> **DECLARATION OF SCOTT S. CHRISTIE IN SUPPORT OF DEFENDANTS XACTWARE SOLUTIONS, INC.'S AND VERISK ANALYTICS, INC.'S MOTION FOR SUMMARY JUDGMENT OF UNPATENTABILITY** |

ME1 27994179v.1

I, Scott S. Christie, state and declare as follows:

1.     I am a partner at the law firm of McCarter & English, LLP, and I am admitted to practice law in the State of New Jersey.

2.     I submit this Declaration in support of Defendants Xactware Solutions, Inc.'s and Verisk Analytics, Inc.'s Motion for Summary Judgment of Unpatentability.

3.     Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 8,078,436, including Ex Parte Reexamination Certificate.

4.     Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 8,170,840.

5.     Attached hereto as Exhibit C is a true and correct copy of U.S. Patent No. 8,818,770.

6.     Attached hereto as Exhibit D is a true and correct copy of U.S. Patent No. 8,825,454.

7.     Attached hereto as Exhibit E is a true and correct copy of U.S. Patent No. 9,129,376.

8.     Attached hereto as Exhibit F is a true and correct copy of U.S. Patent No. 9,135,737.

9.     Attached hereto as Exhibit G is a true and correct copy of relevant excerpts of the transcript of the November 7, 2017 deposition of Chris Pershing.

10.     Attached hereto as Exhibit H is a true and correct copy of relevant excerpts of the October 25, 2013 declaration of Chris Pershing submitted to the United States Patent and Trademark Office.

11.     Attached hereto as Exhibit I is a true and correct copy of relevant excerpts of the transcript of the June 15, 2018 deposition of Dr. Robert Louis Stevenson.

12.     Attached hereto as Exhibit J is a true and correct copy of relevant excerpts of the transcript of the November 8, 2017 deposition of Chris Pershing.

13.     Attached hereto as Exhibit K is a true and correct copy of relevant excerpts of the opening expert report of Dr. Robert Louis Stevenson, dated April 11, 2018.

14.     Attached hereto as Exhibit L is a true and correct copy of relevant excerpts of the transcript of the June 14, 2018 deposition of Dr. Robert Louis Stevenson.

15.     Attached hereto as Exhibit M is a true and correct copy of relevant excerpts of the transcript of the September 28, 2017 deposition of David Carlson.

16.     Attached hereto as Appendix A is a chart setting forth the text of all asserted claims and any non-asserted claims from which they depend.

I declare under the penalty of perjury that the foregoing is true and correct.

ME1 27994179v.1

Dated:  August 31, 2018

Scott S. Christie
**MᴄCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey  07102
Phone: (973) 848-5388
Fax: (973) 297-3981

*Counsel for Defendants Xactware Solutions, Inc. and Verisk Analytics, Inc.*

4

ME1 27994179v.1