Liza M. Walsh
Hector D. Ruiz
Eleonore Ofosu-Antwi
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
1037 Raymond Boulevard, Suite 600
Newark, NJ 07102
(973) 757-1100

**OF COUNSEL** (admitted *pro hac vice*):

| | | |
|---|---|---|
| Adam R. Alper | Michael W. De Vries | Jared Barcenas |
| Brandon H. Brown | KIRKLAND & ELLIS LLP | Leslie M. Schmidt |
| KIRKLAND & ELLIS LLP | 333 South Hope Street | KIRKLAND & ELLIS LLP |
| 555 California Street | Los Angeles, CA 90071 | 601 Lexington Ave |
| San Francisco, CA 94104 | (213) 680-8400 | New York, NY 10022 |
| (415) 439-1400 | | (212) 446-4800 |

Gianni Cutri
Joel M. Merkin
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES, INC., and PICTOMETRY INTERNATIONAL CORP., | Civil Action No.: 1:15-cv-07025 (RBK-JS) |
| Plaintiffs, | **NOTICE OF PLAINTIFF EAGLE VIEW TECHNOLOGIES, INC.'S** ***DAUBERT*** **MOTION TO STRIKE OPINIONS OF DR. GEOFF COHEN FOR ASSERTING IMPROPER CLAIM CONSTRUCTIONS** |
| v. | |
| XACTWARE SOLUTIONS, INC., and VERISK ANALYTICS, INC., | |
| Defendants. | **Return Date: October 1, 2018** |
| | *Filed Electronically* |

1

**PLEASE TAKE NOTICE** that on October 1, 2018, or as soon as the Court deems appropriate, counsel for Plaintiff Eagle View Technologies, Inc. ("Plaintiff") shall move before the Honorable Robert B. Kugler, U.S.D.J., at the United States District Court for the District of New Jersey, Mitchell H. Cohen Building and United States Courthouse, Fourth and Cooper Streets, Camden, New Jersey, for the entry of an Order to Strike Opinions of Dr. Geoff Cohen for Asserting Improper Claim Constructions.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff will rely upon the Memorandum of Law submitted with this Notice of Motion and the Declaration of Liza M. Walsh with Exhibits annexed thereto, and any additional submissions made hereafter.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order granting Plaintiff's motion is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: August 31, 2018

WALSH PIZZI O'REILLY FALANGA LLP

s/*Liza M. Walsh*
Liza M. Walsh
Hector D. Ruiz
Eleonore Ofosu-Antwi
One Riverfront Plaza
1037 Raymond Boulevard, Suite 600
Newark, New Jersey 07102
(973) 757-1100

**OF COUNSEL** (admitted *pro hac vice*):

| | | |
|---|---|---|
| Adam R. Alper | Michael W. De Vries | Jared Barcenas |
| Brandon H. Brown | KIRKLAND & ELLIS LLP | Leslie M. Schmidt |
| KIRKLAND & ELLIS LLP | 333 South Hope Street | KIRKLAND & ELLIS LLP |
| 555 California Street | Los Angeles, CA 90071 | 601 Lexington Ave. |
| San Francisco, CA 94104 | (213) 680-8400 | |

(415) 439-1400

Gianni Cutri
Joel M. Merkin
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

*Attorneys for Plaintiff*

New York, NY 10022
(212) 446-4800