Liza M. Walsh
Hector D. Ruiz
Eleonore Ofosu-Antwi
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
1037 Raymond Boulevard, Suite 600
Newark, NJ 07102
(973) 757-1100

**OF COUNSEL** (admitted *pro hac vice*):

| | | |
|---|---|---|
| Adam R. Alper | Michael W. De Vries | Jared Barcenas |
| Brandon H. Brown | KIRKLAND & ELLIS LLP | Leslie M. Schmidt |
| KIRKLAND & ELLIS LLP | 333 South Hope Street | KIRKLAND & ELLIS LLP |
| 555 California Street | Los Angeles, CA 90071 | 601 Lexington Ave |
| San Francisco, CA 94104 | (213) 680-8400 | New York, NY 10022 |
| (415) 439-1400 | | (212) 446-4800 |

Gianni Cutri
Joel M. Merkin
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| EAGLE VIEW TECHNOLOGIES, INC., and PICTOMETRY INTERNATIONAL CORP., | ) ) ) | Civil Action No.: 1:15-cv-07025 (RBK-JS) |
| Plaintiffs, | ) ) | **NOTICE OF PLAINTIFF EAGLE VIEW TECHNOLOGIES, INC.'S** |
| v. | ) ) | **MOTION FOR PARTIAL SUMMARY JUDGMENT THAT THE SUNGEVITY REFERENCE IS** |
| XACTWARE SOLUTIONS, INC., and VERISK ANALYTICS, INC., | ) ) | **NOT PRIOR ART TO U.S. PATENT NO. 8,078,436** |
| Defendants. | ) ) | **Return Date: October 1, 2018** |
| | ) ) | *Filed Electronically* |

1

**PLEASE TAKE NOTICE** that on October 1, 2018, or as soon as the Court deems appropriate, counsel for Plaintiff Eagle View Technologies, Inc. ("Plaintiff") shall move before the Honorable Robert B. Kugler, U.S.D.J., at the United States District Court for the District of New Jersey, Mitchell H. Cohen Building and United States Courthouse, Fourth and Cooper Streets, Camden, New Jersey, for the entry of an order granting partial summary judgment that the Sungevity reference is not prior art to U.S. Patent No. 8,078,436.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff will rely upon the Memorandum of Law and Statement of Uncontested Material Facts submitted with this Notice of Motion and the Declaration of Liza M. Walsh with Exhibits annexed thereto, and any additional submissions made hereafter.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order granting Plaintiff's motion is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

| | |
|---|---|
| Dated: August 31, 2018 | WALSH PIZZI O'REILLY FALANGA LLP |
| | s/*Liza M. Walsh*<br>Liza M. Walsh<br>Hector D. Ruiz<br>Eleonore Ofosu-Antwi<br>One Riverfront Plaza<br>1037 Raymond Boulevard, Suite 600<br>Newark, New Jersey 07102<br>(973) 757-1100 |

**OF COUNSEL** (admitted *pro hac vice*):

| | | |
|---|---|---|
| Adam R. Alper | Michael W. De Vries | Jared Barcenas |
| Brandon H. Brown | KIRKLAND & ELLIS LLP | Leslie M. Schmidt |
| KIRKLAND & ELLIS LLP | | |

|  |  |  |
|---|---|---|
| 555 California Street<br>San Francisco, CA 94104<br>(415) 439-1400 | 333 South Hope Street<br>Los Angeles, CA 90071<br>(213) 680-8400 | KIRKLAND & ELLIS LLP<br>601 Lexington Ave.<br>New York, NY 10022<br>(212) 446-4800 |
| Gianni Cutri<br>Joel M. Merkin<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000 | | |

*Attorneys for Plaintiff*