IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES, INC.<br><br>                   Plaintiffs,<br>    v.<br><br>XACTWARE SOLUTIONS, INC., et al.<br><br>                   Defendants. | Civil No. 15-7025 (RBK/JS) |

**AMENDED SCHEDULING ORDER**

It is this **1st** day of **February, 2019**, hereby **ORDERED**:

1. It will be necessary for counsel to cooperate in preparing the form Joint Final Pretrial Order. The instructions for preparing the Order can be found on the website at http://www.njd.uscourts.gov/sites/njd/files/pretrialorder%20camden.pdf. The Joint Final Pretrial Order signed by all counsel shall be delivered to the Court **three (3) days before** the in-person Final Pretrial Conference to be held on **April 1, 2019 at 10:00 a.m.** The plaintiff's portion of the proposed order shall be prepared and sent to defense counsel no later than March 4, 2019. Defendant's portion of the proposed order shall be prepared and returned to counsel for plaintiff no later than March 18, 2019.

**LEAD TRIAL COUNSEL FOR ALL PARTIES SHALL APPEAR AT THE FINAL PRETRIAL CONFERENCE AND SHALL BE PREPARED TO DISCUSS SETTLEMENT OF THE CASE.**

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

                                     s/ Joel Schneider
                                     JOEL SCHNEIDER
                                     United States Magistrate Judge