UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                February 4, 2019

JUDGE ROBERT B. KUGLER

Court Reporter: Karen Friedlander

Title of Case:                                Docket: Civil 15-7025(RBK/JS)
EAGLE VIEW TECHNOLOGIES, ET AL
        Vs
XACTWARE SOLUTIONS, INC., ET AL

Appearances:
Adam Alper, Michael Devries, Liza Walsh, Brandon Brown, Gianni Cutri, Leslie Schmidt, Esqs. for plaintiffs
Scott Christie, Matthew Sklar, Thomas Foley, Brian Seeve, Thomas Fulford, Esqs. for defts.

Nature of Proceedings:     DAUBERT MOTION HEARING

Hearing on defts motion to preclude testimony of Jonathan Arnold (463)
Oral Opinion placed on the record; Ordered motion denied; Order to be entered
Hearing on plaintiffs motion to strike opinions of Dr. Geoff Cohen for asserting improper claim Construction. (471)
Oral Opinion placed on the record; Ordered motion granted; Order to be entered
Trial Date set for May 28, 2019 at 9:30 am.


Time Commenced: 9:40 am   Time Adjourned: 12:00 pm  Total Time: 2 Hours 20 Minutes


                                             s/ Marnie Maccariella
                                               DEPUTY CLERK


Cc: Chambers