

VIA ECF

February 15, 2019

Hon. Robert B. Kugler, U.S.D.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey  08101

Scott S. Christie
Partner
T. 973-848-5388
F. 973-297-3981
schristie@mccarter.com

RE:  *Eagle View Technologies, Inc. v. Xactware Solutions, Inc., et al.,*
      **Civil Action No. 15-7025 (RBK) (JS)**

Dear Judge Kugler:

      This firm represents defendants Xactware Solutions, Inc. and Verisk Analytics, Inc. (collectively, "Defendants") in the above-referenced matter. Together with Plaintiff Eagle View Technologies, Inc. ("Plaintiff"), we jointly write to respectfully request finalization of the trial commencement date.

      After the conclusion of the February 4, 2019 hearing, Your Honor tentatively scheduled trial to begin on May 28, 2019 (D.E. 560). The parties conferred thereafter as to the viability of beginning trial on that day. Due to witness availability issues and a long-planned family vacation of trial counsel for Defendants, Defendants respectfully request that the trial commence on June 10, 2019 instead of May 28, 2019. Plaintiff consents to a June 10, 2019 start date.

      The parties are available to discuss the trial commencement date in greater detail should the Court have any questions or concerns. Thank you for your consideration of this matter.

Respectfully,

Scott S. Christie

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

PHILADELPHIA

WILMINGTON

WASHINGTON, DC

cc: Counsel of Record (via e-mail)

ME1 29544777v.1