UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

**OFFICE:** CAMDEN                             **DATE:** April 1, 2019

JUDGE JOEL SCHNEIDER

**COURT REPORTER:** E.C.R.

**TITLE OF CASE:**                             **DOCKET NO. 15-cv-7025 (RBK)**
EAGLE VIEW TECHNOLOGIES, INC. et al
 v.
XACTWARE SOLUTIONS, INC.  et al

**APPEARANCES:**
Hector Ruiz, Gianni Cutri, Adam Alper, Michael DeVries and Lynn Yang, Esqs. for Plaintiffs
Scott Christie, Lee Bromberg, Wyley Proctor and Matthew Sklar, Esqs. for Defendants

**NATURE OF PROCEEDINGS:**    Settlement Conference / Joint Final Pretrial Conference
Settlement Conference held off the record.
Joint Final Pretrial Conference held on the record.
Order to be entered.

                                              s/Sarah Eckert
                                              **DEPUTY CLERK**

**TIME COMMENCED:** 10:10 a.m.
**TIME ADJOURNED:**   11:20 a.m.
**TOTAL TIME:** 1 hour 10 minutes