

**VIA ECF**

April 5, 2019

Hon. Joel Schneider, U.S.M.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey  08101

Re:  *Eagle View Technologies, Inc., et al. v. Xactware Solutions, Inc., et al.*,
     **Civil Action No. 15-7025 (RBK)(JS)**

Scott S. Christie
Partner
T. 973.848.5388
F. 973.297.3981
schristie@mccarter.com

Dear Judge Schneider:

This firm represents defendants Xactware Solutions, Inc. and Verisk Analytics, Inc. (collectively, "Defendants") in the above-referenced action. As discussed during the Final Pretrial Conference on April 1, 2019 with Your Honor, Defendants seek leave to take the deposition of Mr. Hugh West out of time. *See* Tr. 11:15-12:10. Plaintiff EagleView Technologies, Inc. does not oppose this request.

Pursuant to the Court's Amended Scheduling Order, pretrial factual discovery was extended to February 28, 2018. D.I. 364. In December 2017, the parties agreed that any witness disclosed on their respective trial witness lists who was not previously deposed would be made available to the other side for deposition in advance of trial. Plaintiff has designated Mr. West as a trial witness in the Joint Pretrial Order. The parties have agreed to hold Mr. West's deposition on April 23, 2019, subject to the Court's approval. Defendants therefore respectfully request leave to take Mr. West's deposition on April 23.

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

If Your Honor approves of this request, we respectfully request that you "so order" this letter and have it filed on the docket. Thank you for your consideration of this matter.

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

PHILADELPHIA

WILMINGTON

WASHINGTON, DC

Respectfully,

Scott S. Christie

cc: Counsel of Record (via ECF and e-mail)

SO ORDERED this ____ day of April, 2019.

_____
Honorable Joel Schneider, U.S.M.J.

ME1 30113477v.1