

**McCARTER & ENGLISH**
ATTORNEYS AT LAW

**VIA ECF**

April 25, 2019

Hon. Robert B. Kugler, U.S.D.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

**RE:** *Eagle View Technologies, Inc., et al. v. Xactware Solutions, Inc., et al.,*
**Civil Action No. 15-7025 (RBK)(JS)**

Dear Judge Kugler:

This firm represents defendants Xactware Solutions, Inc. and Verisk Analytics, Inc. (collectively, "Defendants") in the above-referenced action. We write on behalf of all parties regarding the deadlines to submit motions *in limine*, trial briefs, jury instructions, voir dire questions, and jury questionnaire.[1]

The parties propose the following schedule:

| Event | Proposed Deadline |
|---|---|
| Motion in Limine Opening | May 2, 2019 |
| Motion in Limine Opposition | May 16, 2019 |
| Motion in Limine Reply | May 23, 2019 |
| Trial Brief | June 3, 2019 |
| Jury Instructions | June 3, 2019 |
| Voir Dire Questions | June 3, 2019 |
| Jury Questionnaire | June 3, 2019 |

The parties seek the Court's guidance on the submissions and schedule.

Should Your Honor have any questions or concerns, we are available to speak at your convenience. Thank you for your consideration of this matter.

Respectfully,

Scott S. Christie

cc: Counsel of Record (via e-mail)

So ORDERED this 26th day of April 2019.

/s/ [Judge signature]
USDJ

Scott S. Christie
Partner
T. 973.848.5388
F. 973.297.3981
schristie@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON
HARTFORD
STAMFORD
NEW YORK
NEWARK
EAST BRUNSWICK
PHILADELPHIA
WILMINGTON
WASHINGTON, DC

---

[1] The parties plan to submit a revised Joint Pretrial Order by April 30, 2019 in accordance with Judge Schneider's instructions at the final pretrial conference.

ME1 30269316v.1