Liza M. Walsh
Hector D. Ruiz
Eleonore Ofosu-Antwi
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
1037 Raymond Boulevard, Suite 600
Newark, NJ 07102
(973) 757-1100

**OF COUNSEL** (admitted *pro hac vice*):

| | | |
|---|---|---|
| Adam R. Alper | Michael W. De Vries | Leslie M. Schmidt |
| Brandon H. Brown | KIRKLAND & ELLIS LLP | KIRKLAND & ELLIS LLP |
| KIRKLAND & ELLIS LLP | 333 South Hope Street | 601 Lexington Ave |
| 555 California Street | Los Angeles, CA 90071 | New York, NY 10022 |
| San Francisco, CA 94104 | (213) 680-8400 | (212) 446-4800 |
| (415) 439-1400 | | |

Gianni Cutri
Joel M. Merkin
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES, INC., and PICTOMETRY INTERNATIONAL CORP., <br><br> Plaintiffs, <br><br> v. <br><br> XACTWARE SOLUTIONS, INC., and VERISK ANALYTICS, INC., <br><br> Defendants. | Civil Action No.: 1:15-cv-07025 (RBK-JS) <br><br> **NOTICE OF PLAINTIFF EAGLE VIEW TECHNOLOGIES, INC.'S MOTION *IN LIMINE* TO EXCLUDE ANY ARGUMENT, EVIDENCE, TESTIMONY, OR REFERENCE TO DTX-160, RELATED DEPOSITION TESTIMONY, THE MEETING INVITE, AND OTHER SIMILARLY INFLAMMATORY REFERENCES TO RACE, SEX, OR POLITICS** <br><br> **Return Date: On a date to be set by the court** <br> *Filed Electronically* |

1

**PLEASE TAKE NOTICE** that on a date to be set by the court counsel for Plaintiff Eagle View Technologies, Inc. ("Plaintiff") shall move before the Honorable Robert B. Kugler, U.S.D.J., at the United States District Court for the District of New Jersey, Mitchell H. Cohen Building and United States Courthouse, Fourth and Cooper Streets, Camden, New Jersey, for the entry of an Order To Exclude Any Argument, Evidence, Testimony, Or Reference To DTX-160, Related Deposition Testimony, The Meeting Invite, And Other Similarly Inflammatory References To Race, Sex, Or Politics.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff will rely upon the Memorandum of Law submitted with this Notice of Motion and the Declaration of Liza M. Walsh with Exhibits annexed thereto, and any additional submissions made hereafter.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order granting Plaintiff's motion is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: May 2, 2019

WALSH PIZZI O'REILLY FALANGA LLP

s/ *Liza M. Walsh*
Liza M. Walsh
Hector D. Ruiz
Eleonore Ofosu-Antwi
One Riverfront Plaza
1037 Raymond Boulevard, Suite 600
Newark, New Jersey 07102
(973) 757-1100

**OF COUNSEL** (admitted *pro hac vice*):

| | | |
|---|---|---|
| Adam R. Alper | Michael W. De Vries | Leslie M. Schmidt |
| Brandon H. Brown | KIRKLAND & ELLIS LLP | KIRKLAND & ELLIS LLP |

2

| | | |
|---|---|---|
| KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>(415) 439-1400<br><br>Gianni Cutri<br>Joel M. Merkin<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000 | 333 South Hope Street<br>Los Angeles, CA 90071<br>(213) 680-8400 | 601 Lexington Ave.<br>New York, NY 10022<br>(212) 446-4800 |

*Attorneys for Plaintiff*