Scott S. Christie
Matthew A. Sklar
Ravin R. Patel
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 848-5388

Lee Carl Bromberg
Wyley S. Proctor
Brian M. Seeve
Thomas R. Fulford
Thomas F. Foley
James Thomson
MCCARTER & ENGLISH, LLP
265 Franklin St.
Boston, Massachusetts 02110
(617) 449-6500

*Counsel for Defendants Xactware*
*Solutions, Inc. and Verisk Analytics, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES, INC. and PICTOMETRY INTERNATIONAL CORP., <br><br>            Plaintiffs, <br><br>    v. <br><br>XACTWARE SOLUTIONS, INC. and VERISK ANALYTICS, INC., <br><br>            Defendants. | Civil Action No. 15-cv-07025-RBK-JS |

## **DEFENDANTS' NOTICE PURSUANT TO 35 U.S.C. § 282**

Pursuant to 35 U.S.C. § 282, Defendants Xactware Solutions, Inc. and Verisk Analytics, Inc. (collectively, "Defendants") identify the following materials that may be relied upon as invalidating one or more claims of U.S. Patent Nos. 8,078,436, 8,170,840, 9,129,376, 8,825,454, 8,818,770, and 9,135,737 (collectively, the "patents-in-suit"), and/or showing the state of the art relative to the patents-in-suit.

Defendants have already provided notice to Plaintiff Eagle View Technologies, Inc. ("Plaintiff") and Pictometry International Corp. of the identity of certain publications, patents, materials and persons within the ambit of 35 U.S.C. § 282, through the pleadings, disclosures, and correspondence in this case, including but not limited to, invalidity contentions, expert witness reports, testimony, responses to interrogatories, disclosures under Rule 26, responses to requests for production, *Markman*-related disclosures, the materials and information disclosed in the Proposed Joint Final Pretrial Order, and/or Defendants' trial exhibit list.  Defendants expressly incorporate herein by reference all of the publications, patents, materials and specification of persons within the ambit of 35 U.S.C. § 282 previously referenced or cited in these pleadings, disclosures, testimony, correspondence, and other materials.  To the extent not set forth below, Defendants incorporate by reference each patent and publication listed on the face of the patents-in-suit or identified in the prosecution histories of the patents-in-suit.  For all publications, patents, and materials disclosed within the ambit of 35 U.S.C. § 282, Defendants reserve the right to rely upon all pages of each publication, patent and/or material.

Defendants may also rely on the patentees/authors of the patents, publications, and materials listed below, or as previously disclosed, as being prior inventors or as having prior knowledge of or as having previously used or offered for sale the purported inventions of the patents-in-suit.

Pursuant to the statutory provisions of 35 U.S.C. § 282, Defendants further refer to the list of identified publications, materials, and persons below. The inclusion of the references listed below in this notice should not be construed as a representation that Defendants will use every one of the references in their presentation of evidence at trial. No implications should be taken that reliance upon all of these materials is necessary to Defendants' defenses and counterclaims. Additionally, Defendants reserve the right to amend and/or supplement this notice to add additional items to this statement that were inadvertently omitted.

A. **PATENTS**

Defendants may rely on the entirety (*i.e.*, all pages) of the following patents, patent applications, patent publications, and patent-related materials at trial as they relate to the patents-in-suit, pursuant to 35 U.S.C. § 282:

| Patent No./ Publication No. / Application No. | Title (as applicable) | Country of Origin | Date | Patentee(s) |
|---|---|---|---|---|
| 510,758 | Method of Photogrammetry | USA | Dec. 12, 1893 | C. B. Adams |
| 5,422,989 | User interface mechanism for interactively manipulating displayed registered images obtained from multiple sensors having diverse image collection geometries | USA | Jun. 6, 1995 | Bell et al. |
| 6,448,964 | Graphic object manipulating tool | USA | Sep. 10, 2002 | Isaacs et al. |
| 7,920,963 | Map interface with a movable marker | USA | Apr. 5, 2011 | Jouline et al. |
| 8,078,436 | Aerial roof estimation systems and methods | USA | Dec. 13, 2011; Reexamination Certificate Issued on Aug. 27, 2014 | Pershing et al. |
| 8,145,578 | Aerial roof estimation system and method | USA | Mar. 27, 2012 | Pershing et al. |

| 8,170,840 | Pitch determination systems and methods for aerial roof estimation | USA | May 1, 2012 | Pershing |
|---|---|---|---|---|
| 8,209,152 | Concurrent display systems and methods for aerial roof estimation | USA | Jun. 26, 2012 | Pershing |
| 8,401,222 | System and process for roof measurement using aerial imagery | USA | Mar. 19, 2013 | Thornberry et al. |
| 8,417,061 | Methods and systems for provisioning energy systems | USA | Apr. 9, 2013 | Kennedy et al. |
| 8,542,880 | System and process for roof measurement using aerial imagery | USA | Sep. 24, 2013 | Thornberry et al. |
| 8,818,770 | Pitch determination systems and methods for aerial roof estimation | USA | Aug. 26, 2014 | Pershing |
| 8,823,732 | Systems and methods for processing images with edge detection and snap-to feature | USA | Sep. 2, 2014 | Adams et al. |
| 8,825,454 | Concurrent display systems and methods for aerial roof estimation | USA | Sep. 2, 2014 | Pershing |
| 9,129,376 | Pitch determination systems and methods for aerial roof estimation | USA | Sep. 8, 2015 | Pershing |
| 9,135,737 | Concurrent display systems and methods for aerial roof estimation | USA | Sep. 15, 2015 | Pershing |
| 9,501,700 | System and method for construction estimation using aerial images | USA | Nov. 22, 2016 | Loveland et al. |
| EP 1 010 966 | Verfahren zur Erzeugungeiner drei-dimensionalen Objektbeschreibunf [Method for generating a three dimensional object description] | EUR | Oct. 23, 2002 | Hartfiel et al.<br><br>Aerowest GmbH (Patent holder) |
| Int'l Publication No. WO 2006/040775 A2 | Computational Solution of an [sic] Building of Three Dimensional Virtual Models from Aerial Photographs | WIPO | Oct. 16, 2005 (International Filing Date) | Friedlander et al. |

4

| | | | | |
|---|---|---|---|---|
| Int'l Application No. PCT/IL2005/001095 | | | Apr. 20, 2006 (International Publication Date) | |
| Int'l Publication No. WO 2009/046459 A1<br><br>Int'l Application No. PCT/US08/79003 | System and Method for Provisioning Energy Systems | WIPO | Oct. 6, 2008 (International Filing Date)<br><br>Apr. 9, 2009 (International Publication Date) | Kennedy et al. |
| U.S. Patent Application No. 60/925,072 | Aerial Roof Estimation System and Method | USA | Apr. 17, 2007 (filing date) | Pershing et al. |
| U.S. Patent Application No. 61/025,431 | System and Method for Sizing a Roof for Installation of Solar Panels | USA | Feb. 1, 2008 (filing date) | Pryor et al. |
| U.S. Patent Application No. 12/148,439 | Aerial Roof Estimation System and Method | USA | Apr. 17, 2008 (filing date) | Pershing et al. |
| U.S. Patent Application No. 61/047,086 | Customer Relationship Management Module, Marketing Module, Quick Sizing Module, and Graphical User Interfaces for a Solar Energy Provisioning System | USA | Apr. 22, 2008 (filing date) | Kennedy |
| U.S. Patent Application No. 12/253,092 | Aerial Roof Estimation Systems and Methods | USA | Oct. 16, 2008 (filing date) | Pershing et al. |
| U.S. Patent Application No. 61/197,904 | User interface techniques for roof estimation | USA | Oct. 31, 2008 (filing date) | Pershing et al. |
| U.S. Patent Application No. 12/364,506 | Methods and Systems for Provisioning Energy Systems | USA | Feb. 2, 2009 (filing date) | Kennedy et al. |
| U.S. Patent Application No. 12/467,244 | Pitch Determination Systems and Methods for Aerial Roof Estimation | USA | May 15, 2009 (filing date) | Pershing |
| U.S. Patent Application No. 12/467,250 | Concurrent Display Systems and Methods for Aerial Roof Estimation | USA | May 15, 2009 (filing date) | Pershing |

5

| | | | | |
|---|---|---|---|---|
| U.S. Patent Application No. 12/470,984 | System and Process for Roof Measurement Using Aerial Imagery | USA | May 22, 2009 (filing date) | Thornberry et al. |
| U.S. Patent Application No. 12/972,088 | Systems and Methods for Processing Images with Edge Detection and Snap-To Feature | USA | Dec. 17, 2010 (filing date) | Adams et al. |
| U.S. Patent Application No. 13/438,288 | Pitch Determination Systems and Methods for Aerial Roof Estimation | USA | Apr. 3, 2012 (filing date) | Pershing |
| U.S. Patent Application No. 13/474,504 | Concurrent Display Systems and Methods for Aerial Roof Estimation | USA | May 17, 2012 (filing date) | Pershing |
| U.S. Patent Supplemental Examination Request No. 96/000,004 | Aerial Roof Estimation Systems and Methods | USA | Dec. 28, 2012 (filing date) | Pershing et al. |
| U.S. Patent Application No. 13/774,478 | System and Process for Roof Measurement Using Aerial Imagery | USA | Feb. 22, 2013 (filing date) | Thornberry et al. |
| U.S. Patent Application No. 14/449,045 | Pitch Determination Systems and Methods for Aerial Roof Estimation | USA | Jul. 31, 2014 (filing date) | Pershing |
| U.S. Patent Application No. 14/450,108 | Concurrent Display Systems and Methods for Aerial Roof Estimation | USA | Aug. 1, 2014 (filing date) | Pershing |
| U.S. Patent Publication No. 2006/0061566 | Method and apparatus for performing three-dimensional computer modeling | USA | Mar. 23, 2006 | Verma et al. |
| U.S. Patent Publication No. 2007/0220174 | Marker placement in a mapping environment | USA | Sep. 20, 2007 | Abhyanker |
| U.S. Patent Publication No. 2008/0262789 | Aerial roof estimation system and method | USA | Oct. 23, 2008 | Pershing et al. |
| U.S. Patent Publication No. 2009/0304227 | Methods and Systems for Provisioning Energy Systems | USA | Dec. 10, 2009 | Kennedy et al. |
| U.S. Patent Publication No. 2010/0296693 | System and Process for Roof Measurement Using Aerial Imagery | USA | Nov. 25, 2010 | Thornberry et al. |

6

| U.S. Patent Publication No. 2011/0205245 | System and Method for Provisioning Energy Systems | USA | Aug. 25, 2011 | Kennedy et al. |
|---|---|---|---|---|
| U.S. Patent Publication No. 2015/0370929 | Pitch Determination Systems and Methods for Aerial Roof Estimation | USA | Dec. 24, 2015 | Pershing |
| File History for U.S. Patent No. 8,078,436 | | USA | | |
| File History for U.S. Patent No. 8,170,840 | | USA | | |
| File History of U.S. Patent No. 8,209,152 | | USA | | |
| File History of U.S. Patent No. 8,542,880 | | USA | | |
| File History of U.S. Patent No. 8,818,770 | | USA | | |
| File History of U.S. Patent No. 8,823,732 | | USA | | |
| File History for U.S. Patent No. 8,825,454 | | USA | | |
| File History for U.S. Patent No. 9,129,376 | | USA | | |
| File History for U.S. Patent No. 9,135,737 | | USA | | |
| File History for U.S. Patent No. 8,417,061 | | USA | | |
| File History for Reexamination of U.S. Patent No. 8,078,436 | | USA | | |

B. ADDITIONAL PUBLICATIONS

Defendants may rely on the following publications at trial as they relate to the patents-in-suit, pursuant to 35 U.S.C. § 282:

| Publication Date(s) | Title | Page Nos. |
|---|---|---|
| 1525 | Duerer, *Figure 4. Woodcut by Duerer The Draughsman And The Lute*, TREATISE ON MENSURATION WITH THE COMPASS AND RULE IN LINES, PLANES, AND WHOLE BODIES | All pages; Figure 4 and associated disclosure |
| 1899 | Finsterwalder, *Die Geometrischen Grundlagen Der Photogrammetrie*, JAHRESBERICHT DER DEUTSCHEN MATHEMATIKER-VEREINIGUNG, BERLIN, VER. 6 | All pages. |
| 1940 | Technical Manual, TM 5-230 Topographic Drafting [United States Army] | All pages. |
| 1963 | Machine Perception of Three-Dimensional Solids, LG. Roberts, Ph.D. Thesis MIT | All pages. |
| 1990 | Mundy et al., *The evolution and testing of a model-based object recognition system*, THIRD INTERNATIONAL CONFERENCE ON COMPUTER VISION | All pages. |
| Apr. 1990 | Perlant et al., *Scene Registration in Aerial Image Analysis*, AMERICAN SOCIETY FOR PHOTOGRAMMETRY AND REMOTE SENSING, PHOTOGRAMMETRIC ENGINEERING AND REMOTE SENSING, VOL. 56, NO. 4 | All pages. |
| Jun. 3–7, 1991 | Sistare, *Graphical Interaction Techniques in Constraint-Based Geometric Modeling*, PROCEEDINGS OF GRAPHICS INTERFACE '91: CALGARY, ALBERTA, CANADA | All pages. |
| 1992 | Mundy et al., *The RADIUS common development environment*, PROC. 20TH AIPR WORKSHOP, SPIE VOL. 1623 | All pages. |
| 1993 | Nielsen, *Usability Engineering*, MORGAN KAUFMANN | All pages. |
| 1993 | Hartley et al., *Relationship between photogrammetry and computer vision*, PROCEEDINGS VOLUME 1944, *INTEGRATING PHOTOGRAMMETRIC TECHNIQUES WITH SCENE ANALYSIS AND MACHINE VISION* | All pages. |
| Feb. 1993 | Digital Orthophotos, U.S. DEPARTMENT OF THE INTERIOR, U.S. GEOLOGICAL SURVEY | All pages. |
| 1995 | Gleicher, *Image Snapping*, ADVANCED TECHNOLOGY GROUP APPLE COMPUTER, INC. | All pages. |
| Nov. 1995 | Hsieh, *Design and Evaluation of a Semi-Automated Site Modeling System*, CMU-CS-95-195, DIGITAL MAPPING LABORATORY, SCHOOL OF COMPUTER SCIENCE, | All pages. |

8

| | CARNEGIE MELLON UNIVERSITY, PITTSBURGH, PA 15213-3891 | |
|---|---|---|
| 1996 | R. Collins et al., *The UMass Ascender System for 3D Site Model Construction*, RADIUS: IMAGE UNDERSTANDING FOR IMAGERY INTELLIGENCE, MORGAN KAUFMANN | All pages. |
| 1996 | Heller et al, *The Site-Model Construction Component of the RADIUS Testbed System*, PROC. ARPA IMAGE UNDERSTANDING WORKSHOP, PALM SPRINGS, CA | All pages. |
| 1996 | McKeown, Jr., et al., *Chapter 9, Feature Extraction and Object Recognition, Automatic Cartographic Feature Extraction Using Photogrammetric Principles*, DIGITAL PHOTOGRAMMETRY: AN ADDENDUM TO THE MANUAL OF PHOTOGRAMMETRY; PUBLISHED BY AMERICAN SOCIETY FOR PHOTOGRAMMETRY AND REMOTE SENSING | All pages. |
| 1997 | The Site-Model Construction Component of the RADIUS Testbed System from Proceedings: ARPA Image Understanding Workshop, Palm Springs (CA) | All pages. |
| July 13–17, 1998 | Läbe et al., *Robust Techniques for Estimating Parameters of 3D Building Primitives*, INTERNATIONAL SOCIETY FOR PHOTOGRAMMETRY AND REMOTE SENSING, VOLUME XXXII, PART 2, COMMISSION II, PROCEEDINGS OF THE COMMISSION II SYMPOSIUM, DATA INTEGRATION: SYSTEMS AND TECHNIQUES | All pages. |
| 2000 | Hartley et al, *Multiple View Geometry in Computer Vision*, CAMBRIDGE UNIV. PRESS | All pages. |
| Sep. 16, 2000 | Able Software Corp., *R2V User's Manual, Advanced Raster to Vector Conversion Software* | All pages. |
| May 2001 | Noronha et al., *Detection and Modeling of Buildings from Multiple Aerial Images*, IEEE TRANSACTIONS ON PATTERN ANALYSIS AND MACHINE INTELLIGENCE, VOL. 23, ISSUE NO. 5 | All pages. |
| Nov. 2002 | *Product Bulletin – November 2002: Key features of our Roofing Software,* TECHNICAL BULLETIN NOV 2002 (APPLICAD) | All pages. |
| 2003 | Zitova et al., *Image Registration Methods: A Survey*, IMAGE AND VISION COMPUTING 21 | All pages. |
| 2004 | McGlone et al, *Manual of Photogrammetry*, AMERICAN SOCIETY FOR PHOTOGRAMMETRY AND REMOTE SENSING, 5TH ED. | All pages. |
| Aug. 29–30, 2005 | Avrahami et al., *Extraction of 3D Spatial Polygons Based on the Overlapping Criterion for Roof Extraction from Aerial Images*, IAPRS | All pages. |

| Sep. 2006 | Bertan et al., *Automatic 3D Roof Reconstruction using Digital Cadastral Map, Architectural Knowledge and an Aerial Image*, IEEE INTERNATIONAL CONFERENCE ON GEOSCIENCE AND REMOTE SENSING SYMPOSIUM | All pages. |
|---|---|---|
| Sep. 4–8, 2006 | Broferrio et al., *Interactive Detection of 3D Models of Building's Roofing for the Estimation of the Solar Energy Potential*, 14TH EUROPEAN SIGNAL PROCESSING CONFERENCE (EUSIPCO 2006), FLORENCE, ITALY | All pages. |
| Nov. 2007 | Yang et al., *Registration of Challenging Image Pairs: Initialization, Estimation, and Decision*, IEEE TRANSACTIONS ON PATTERN ANALYSIS AND MACHINE INTELLIGENCE, VOL. 29, NO. 11 | All pages. |
| July 2007 | Pictometry International Corp., *Pictometry Visual Intelligence, Electronic Field Study™ Getting Started Guide*, Version 2.7 | All pages. |
| 2008 | Xiao et al., *Geo-spatial Aerial Video Processing for Scene Understanding and Object Tracking*, IEEE | All pages. |

**C.     PERSONS UPON WHOM DEFENDANTS MAY RELY AS A PRIOR INVENTOR OR AS HAVING PRIOR KNOWLEDGE OF OR AS HAVING PREVIOUSLY USED OR OFFERED FOR SALE THE INVENTION OF THE PATENTS-IN-SUIT**

In accordance with 35 U.S.C. § 282, Defendants may rely upon the following individuals "as the prior inventor or as having prior knowledge of or as having previously used or offered for sale the invention of" any or all of the patents-in-suit: (1) all patentees, applicants, and authors of the patents and publications listed above and previously disclosed during this case; (2) the named inventors of the patents-in-suit; (3) all individuals listed as potential witnesses and expert witnesses for trial in the parties' Proposed Joint Final Pretrial Order and (4) all individuals identified in Fed. R. Civ. P. 26(a)(1) disclosures, in connection with expert discovery, or in other discovery produced in this case. The names and addresses, as applicable, of those individuals are incorporated herein by reference.

Dated: May 10, 2019                                    Respectfully submitted,

                                                          s/Scott S. Christie
Scott S. Christie
Matthew A. Sklar
Ravin R. Patel
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 848-5388

Lee Carl Bromberg
Wyley S. Proctor
Brian M. Seeve
Thomas R. Fulford
Thomas F. Foley
James Thomson
MCCARTER & ENGLISH, LLP
265 Franklin St.
Boston, Massachusetts 02110
(617) 449-6500

*Counsel for Defendants Xactware Solutions, Inc. and Verisk Analytics, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true copies of the foregoing DEFENDANTS' NOTICE PURSUANT TO 35 U.S.C. § 282 was caused to be served on May 10, 2019 via ECF and/or email upon counsel of record.

By: *s/Scott S. Christie*
  Scott S. Christie