## PART V.   PLAINTIFF'S WITNESSES AND SUMMARY OF THEIR TESTIMONY

Plaintiff intends to call the following witnesses with regard to liability and damages and

anticipates they will testify as follows:

### A.  Will Call for Live Testimony

| Witness | Summary of Testimony |
|---|---|
| **Chris Pershing**<br><br>c/o WALSH PIZZI O'REILLY FALANGA LLP<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 600<br>Newark, New Jersey 07102 | Mr. Pershing founded EagleView and served as its Chief Technology Officer until 2016.  Mr. Pershing is an inventor of the Asserted Patents.  He will testify regarding the success of the patented technologies and praise for the patented technologies, including by Defendants.  He will also testify regarding the subject matter of the Rule 30(b)(6) topics on which he was designated to testify, including the following: the conception and reduction to practice of certain of the claimed inventions; the prosecution of certain of the Asserted Patents; EagleView's ownership of the Asserted Patents; technical aspects regarding Plaintiff's products that practice inventions claimed in certain of the Asserted Patents and sales thereof; EagleView's knowledge and review of the Accused Products; infringement of the Accused Products; Defendants' willful infringement; non-infringing alternatives for the claimed inventions of the Asserted Patents; products that embody or practice the claimed inventions of the Asserted Patents; secondary considerations supporting that the patented claims are not obvious; validity of the Asserted Claims of the Asserted Patents; the priority dates of the Asserted Claims of the Asserted Patents; prior art Xactware has asserted against the Asserted Claims of the Asserted Patents; Defendants' willful infringement.  He will also testify regarding other subject matter about which he testified at his deposition. |
| **Rishi Daga**<br><br>c/o WALSH PIZZI O'REILLY FALANGA LLP<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 600<br>Newark, New Jersey 07102 | Mr. Daga joined EagleView in 2008 and is currently EagleView's Chief Executive Officer.  He will testify regarding the success of the patented technologies and praise for the patented technologies, including by Defendants.  He will also testify regarding the subject matter of the Rule 30(b)(6) topics on which he was designated to testify, including the following: EagleView's corporate structure and ownership; communications among EagleView, Pictometry, and EagleView Technology Corporation; EagleView's ownership of the Asserted |

| Witness | Summary of Testimony |
|---|---|
|  | Patents; Verisk's intended acquisition of EagleView Technology Corporation; circumstances of creation of EagleView Technology Corporation; factual basis for EagleView's claim for damages in this case; products that embody or practice the claimed inventions of the Asserted Patents; demand for EagleView's patented technology and products; non-infringing alternatives for the claimed inventions of the Asserted Patents; EagleView's business; financial data relating to EagleView's products that practice the claimed inventions of the Asserted Patents; EagleView's competitors and market share; valuation of EagleView's patents; licenses or other agreements concerning EagleView's patents; EagleView's knowledge and understanding of the suppliers of rooftop aerial measurement products in the market; secondary considerations supporting that the patented claims are not obvious; facts and circumstances relating to the price decline of EagleView's products over the years; EagleView's loss of certain customer accounts; Xactware's impact on EagleView's pricing and sales; EagleView's capacity to meet customer orders of EagleView's products; impact of price pressure from Xactware on EagleView roof report revenue; EagleView's products, marketing, customers, market share, and competitors; EagleView's prior and current practices for marking products with each of the Asserted Patents; EagleView's irreparable harm from Defendants' infringement; Defendants' willful infringement; EagleView's marking practices; damages resulting from Defendants' willful infringement; Verisk's intended acquisition of EagleView.  He will also testify regarding other subject matter about which he testified at his deposition. |
| **Hugh West**<br><br>c/o WALSH PIZZI O'REILLY FALANGA LLP<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 600<br>Newark, New Jersey 07102 | Mr. West is the Vice President of Insurance Sales at EagleView.  He will testify regarding, among other things, the following: the success of the patented technologies and praise for the patented technologies, including by Defendants; facts and circumstances relating to the price decline of EagleView's products over the years; demand for Eagle View's patented technology and products; EagleView's competitors and market share; valuation of EagleView's patents; EagleView's knowledge and understanding of the suppliers of rooftop aerial measurement products in the market;  demand for Eagle View's patented technology and products; EagleView's |

| Witness | Summary of Testimony |
|---|---|
| | loss of certain customer accounts; Xactware's impact on EagleView's pricing and sales; EagleView's capacity to meet customer orders of EagleView's products; impact of price pressure from Xactware on EagleView roof report revenue; EagleView's products, marketing, customers, market share, and competitors; EagleView's irreparable harm from Defendants' infringement; Defendants' willful infringement; damages resulting from Defendants' willful infringement of the Asserted Patents. He will also testify regarding other subject matter which he may testify about at his deposition. |

## B. May Call for Live Testimony or by Deposition

| Witness | Summary of Testimony |
|---|---|
| **Chris Barrow**<br><br>c/o WALSH PIZZI O'REILLY FALANGA LLP<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 600<br>Newark, New Jersey 07102 | Mr. Barrow is the former Chief Executive Officer of EagleView. He may testify regarding the success of the patented technologies and praise for the patented technologies, including by Defendants. He may also testify regarding, among other things, competition by EagleView competitors, Verisk's intended acquisition of EagleView, EagleView marketing practices, EagleView customers, EagleView finance, Defendants' willful infringement, and damages resulting from Defendants' willful infringement of the Asserted Patents. He will also testify regarding other subject matter about which he testified at his deposition. |
| **Matt Quilter**<br><br>c/o WALSH PIZZI O'REILLY FALANGA LLP<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 600<br>Newark, New Jersey 07102 | Mr. Quilter is the Chief Financial Officer of EagleView. He may testify regarding the success of the patented technologies and praise for the patented technologies, including by Defendants. He may also testify regarding the subject matter of the Rule 30(b)(6) topics on which he was designated to testify, including the following: EagleView's corporate structure and ownership; EagleView's ownership of the Asserted Patents; sales data regarding EagleView's products that practice the claimed inventions of the Asserted Patents; pricing of EagleView's products that practice the claimed inventions of the Asserted Patents; profits and loss relating to the marketing and sale of EagleView's products that practice the claimed inventions of the Asserted Patents. He will also testify regarding other subject matter about which he testified at |

| Witness | Summary of Testimony |
|---|---|
| | his deposition. |
| **Jeffery Lewis (Xactware)**<br><br>c/o McCarter & English LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102 | Mr. Lewis is the Senior Vice President of Engineering at Geomni Inc. He may testify regarding praise for the patented inventions, including by Defendants. He may also testify regarding the subject matter of the Rule 30(b)(6) topics on which he was designated to testify, including the following: the Accused Products; Defendants' designations for Accused Products and any components of the Accused Products; design, development, functionality, architecture, implementation, operation, and features of the Accused Products and any components of the Accused Products; differences in design or operation of different versions of generations of the Accused Products and any components of the Accused Products; organization of source code related to the Accused Products and any components of the Accused Products; use of the Accused Products and any components of the Accused Products; research, design, use, development, manufacturing, marketing, servicing, sales or other product administration or support for the Accused Products and any components of the Accused Products; testing, quality control, and debugging of the Accused Products and any components of the Accused Products; similarities or differences between EagleView's aerial rooftop measurement products or software and those of Defendants; any efforts, attempts, or plans by Defendants to design, redesign, commercialize, or modify any Accused Products and any components of the Accused Products; relative importance and valuation of the individual features of the Accused Products and any components of the Accused Products; Defendants' facts, theories, and arguments underlying any contention by Defendants that any Accused Product does not infringe the Asserted Patents; source code and documentation related to the Accused Products and any components of the Accused Products; communications regarding the scope of the claims of the Asserted Patents, infringement of the claims of the asserted Patents by Defendants or any other party, and/or the enforceability of the Asserted Patents; Defendants' positions on the validity, enforceability, or infringement by Defendants of any Asserted Patents; Defendants' contentions, affirmative defenses, or counterclaims related to infringement by Defendants of the Asserted Patents. He may also testify regarding other |

| Witness | Summary of Testimony |
|---|---|
| | subject matter about which he testified at his deposition. |
| **Jeffery Taylor (Xactware)**<br><br>c/o McCarter & English LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102 | Mr. Taylor is the President at Geomni Inc. and a former Vice President of Property InSight Group at Xactware.  He may testify regarding praise for the patented inventions, including by Defendants.  He may also testify regarding the subject matter of the Rule 30(b)(6) topics on which he was designated to testify, including the following: the Accused Products, the Asserted Patents and how the Accused Products practice the same; marketing regarding the Accused Products; intended and/or target customers and end users of Accused Products; the impetus for designing, developing, and selling the Accused Products; third party involvement in design, development, programming, creation, marketing, sale, or resale of the Accused Products; Defendants' strategy and methodology to generate new products, potential new products, and product development ideas; communications with any users, purchasers, customers, or licensees regarding the Accused Products; activities of Geomni related to the Accused Products; Interaction between Geomni and Verisk; market research, market analyses, business plans, forecasts, marketing plans and/or user evaluations directed to the Accused Products; commercial success and profitability of the Accused Products; value of the Accused Products and any products that compete with the Accused Products; financial information related to the Accused Products; EagleView's products and technology; Defendants' interactions and exchange of information with EagleView; Defendants' knowledge of the Asserted Patents; communications with Defendants' customers; activities of Geomni; Defendants' policies and procedures for assessing and responding to patent infringement risks; and damages resulting from Defendants' infringement of the Asserted Patents, and relating to the reduction to practice of certain of the claimed inventions.  He may also testify regarding other subject matter about which he testified at his deposition. |
| **Mike Fulton (Xactware)**<br><br>c/o McCarter & English LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102 | Mr. Fulton is the President of Xactware.  He may testify regarding praise for the patented inventions, including by Defendants.  He may also testify regarding the subject matter of the Rule 30(b)(6) topics on which he was designated to testify, including the following: Xactware's customers' use of the Accused Products; training, manuals, |

| Witness | Summary of Testimony |
|---------|----------------------|
| | and other documentations provided to Xactware's customers or users/purchasers of the Accused Products relating to the Accused Products; Xactware's effort to emulate or replicate any of EagleView's technologies or products; Xactware's organizational structure relating to the Accused Products; interactions among Insurance Services Office, Xactware, and Verisk; products that compete with the Accused products; marketing and promotion of the Accused Products; the relevant markets in which the Accused Products compete, Xactware's share in those markets, and the product characteristics or features necessary to be part of those markets; Xactware's products intended to be used in conjunction with the Accused Products. He may also testify regarding other subject matter about which he testified at his deposition. |
| **Edmund Webecke (Xactware)** <br><br> c/o McCarter & English LLP <br> Four Gateway Center <br> 100 Mulberry Street <br> Newark, New Jersey 07102 | Mr. Webecke is a Vice President at Xactware. He may testify regarding praise for the patented inventions, including by Defendants. He may also testify regarding the subject matter of the Rule 30(b)(6) topics on which he was designated to testify, including the following: the Accused Products, the Asserted Patents and how the Accused Products practice the same, and sales information related to the Accused Products. He may also testify regarding other subject matter about which he testified at his deposition. |
| **James Loveland (Xactware)** <br><br> c/o McCarter & English LLP <br> Four Gateway Center <br> 100 Mulberry Street <br> Newark, New Jersey 07102 | Mr. Loveland was formerly the President and Chief Executive Officer of Xactware, and was formerly the President of Verisk. He may testify regarding, among other things, praise for the patented inventions, including by Defendants, dates and circumstances relating to when and how Defendants first learned of the Asserted Patents, EagleView, and EagleView's products; Defendants' efforts to market, advertise, or promote itself as similar to EagleView, or to promote the Accused Products and any components of the Accused Products; Defendants'' assessment, consideration, or review of EagleView's products or patents; EagleView's source code, products, software, documents, or technical documentation in the possession or control of Defendants, and the circumstances by which Defendants acquired them; commercial relationship between EagleView and Defendants; Defendants' corporate structure, including all of Defendants' predecessors-in-interest, subsidiaries, parents, |

| Witness | Summary of Testimony |
|---|---|
| | holding companies, related corporations and affiliates; Defendants' practice and procedure for assessing patent infringement risks, and how those practices and procedures have been applied regarding the Accused Products; any alleged non-infringing alternatives to the Accused Products; Defendants' belief regarding its willful infringement of the Asserted Patents; documents, opinions, or communications related to the validity of the Accused Patents or the Accused Products in view of the Asserted Patents; Defendants' license agreements related to the Accused Products or that are comparable to a license that Defendants would have taken in a hypothetical negotiation in this case; Defendants' policies and/or business plans concerning the licensing of the Accused Products or intellectual property covering the Accused Products; Defendants' contentions regarding the level of ordinary skill in the art for the Asserted Patents; Defendants' contentions that the Asserted Patents are unenforceable. He may also testify regarding other subject matter about which he testified at his deposition. |
| **Peter Magnus Olson (Xactware)**<br><br>c/o McCarter & English LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102 | Mr. Olson is the Senior Vice President of Data & Production at Geomni, and was formerly the Assistant Vice President of Geospatial Data Services and the Director of Imagery Services at Xactware. He may testify, among other things, praise for the patented inventions, including by Defendants, the Accused Products, Defendants' policies and procedures for assessing and responding to patent infringement risks, the Asserted Patents and how the Accused Products practice the same. He may also testify regarding other subject matter about which he testified at his deposition. |
| **Jason Merrill (Xactware)**<br><br>c/o McCarter & English LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102 | Mr. Merrill is the Assistant Vice President of Finance at Xactware. He may testify regarding, among other things, praise for the patented inventions, including by Defendants, Xactware's finances and financial statements (*e.g.*, sales and cost data, invoice statement), as well as contracts Xactware has entered into. He may also testify regarding other subject matter about which he testified at his deposition. |
| **Matthew Levin (Metropolitan Property and Casualty Insurance Company** | Mr. Levin is a claim technical administrator at MetLife. He may testify regarding, among other things, praise for the patented inventions, including by Defendants, |

| Witness | Summary of Testimony |
|---|---|
| ("MetLife"))<br><br>c/o Robinson & Cole LLP<br>One Financial Plaza<br>Suite 1430<br>Providence, RI 02903 | EagleView's products, the Accused Products, damages in this case, and MetLife's decisions regarding whether to buy or use EagleView's products and/or Xactware's products. He may also testify regarding other subject matter about which he testified at his deposition. |
| **Jason Pawlik (Hartford Financial Services Group, Inc. ("The Hartford"))**<br><br>c/o The Hartford<br>Law Department<br>One Hartford Plaza<br>H0-1-10<br>Hartford, CT 06155 | Mr. Pawlik is a Director of Claims Strategy at The Hartford. He may testify regarding, among other things, praise for the patented inventions, including by Defendants, EagleView's products, the Accused Products, damages in this case, and The Hartford's decisions regarding whether to buy or use EagleView's products and/or Xactware's products. He may also testify regarding other subject matter about which he testified at his deposition. |
| **Michael Allen (United Services Automobile Association ("USAA"))**<br><br>c/o Ford Murray<br>10001 Reunion Place, Suite 640<br>San Antonio, TX 78216 | Mr. Allen is a claims service manager at USAA. He may testify regarding, among other things, praise for the patented inventions, including by Defendants, EagleView's products, the Accused Products, damages in this case, USAA's decisions regarding whether to buy or use EagleView's products and/or Xactware's products. He will also testify regarding other subject matter about which he testified at his deposition. |

*Eagle View Technologies, Inc. et al. v. Xactware Solutions, Inc. et. al.*
Case No. 15-cv-07025 (RBK/JS) (Dist. N.J.)

**Plaintiff's Affirmative Designations**

| Michael Allen (March 29, 2018) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Plaintiff's Designations | | Defendants' Objections | Defendants' Counter-Designations | | Plaintiff's Objections to Defendants' Counter-Designations | Plaintiff's Counter-Counter Designations | | Defendants' Objections to Plaintiff's Counter-Counter Designations |
| Line Start | Line End | | Line Start | Line End | | Line Start | Line End | |
| 4:22 | 4:24 | | | | | | | |
| 6:5 | 7:1 | | | | | | | |
| 7:24 | 8:5 | | | | | | | |
| 10:21 | 11:3 | V, SP, ID | 11:9 | 11:20 | F, Spec, V | | | |
| 14:13 | 15:17 | ID, Cmpd, SP, PK, V, F | 41:6<br>42:19 | 41:24<br>43:14 | F, Spec, V, H, Cmpd, Char<br>F, Spec, H, Char, P | 17:14<br>17:14 | 17:19<br>17:19 | SP, PK<br>SP, PK |
| 17:1 | 17:3 | ID, SP | 41:6<br>42:19 | 41:24<br>44:5 | F, Spec, V, H, Cmpd, Char<br>F, Spec, H, Char, P | 17:14<br>17:14 | 17:19<br>17:19 | SP, PK<br>SP, PK |
| 23:22 | 24:5 | | | | | | | |
| 24:9 | 24:25 | ID, PK, SP, V | 26:16<br>41:6<br>42:19 | 26:21<br>41:24<br>44:5 | F, Spec, V<br>F, Spec, V, H, Cmpd, Char<br>F, Spec, H, Char, P | 17:14<br>17:14 | 17:19<br>17:19 | SP, PK<br>SP, PK |
| 25:1 | 25:2 | ID, F, NE | 26:16<br>41:6<br>42:19 | 26:21<br>41:24<br>43:14 | F, Spec, V<br>F, Spec, V, H, Cmpd, Char<br>F, Spec, H, Char, P | 17:14<br>17:14 | 17:19<br>17:19 | SP, PK<br>SP, PK |
| 25:4 | 25:24 | ID, M, V, PK, SP | 26:16<br>41:6<br>42:19 | 26:21<br>41:24<br>44:5 | F, Spec, V<br>F, Spec, V, H, Cmpd, Char<br>F, Spec, H, Char, P | 17:14<br>17:14 | 17:19<br>17:19 | SP, PK<br>SP, PK |
| 27:19 | 27:25 | PK, A, SP, H | | | | | | |
| 28:1 | 28:11 | R, ID, PK, A, SP, H | 28:24 | 29:3 | F, V, Spec | 20:9 | 20:12 | |
| 28:12 | 28:17 | ID, PK, A, SP, H | 27:19<br>28:24 | 27:22<br>29:3 | F, V<br>F, V, Spec | 20:9 | 20:12 | |
| 31:10 | 31:12 | NR, V, SP, PK, A, H | | | | | | |

1

*Eagle View Technologies, Inc. et al. v. Xactware Solutions, Inc. et. al.*
Case No. 15-cv-07025 (RBK/JS) (Dist. N.J.)

**Plaintiff's Affirmative Designations**

| Michael Allen (March 29, 2018) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Plaintiff's Designations | | Defendants' Objections | Defendants' Counter-Designations | | Plaintiff's Objections to Defendants' Counter-Designations | Plaintiff's Counter-Counter Designations | | Defendants' Objections to Plaintiff's Counter-Counter Designations |
| Line Start | Line End | | Line Start | Line End | | Line Start | Line End | |
| 31:15 | 31:17 | LD, V, | | | | | | |
| 32:7 | 32:12 | MD, V, LD, A, H, PK, SP, BSS | | | | | | |
| 34:10 | 34:21 | H | | | | | | |
| 40:20 | 40:23 | ID, LD, F, V, SP, PK | 40:7 40:13 40:18 | 40:11 40:16 40:19 | F, V, Spec F, Spec F, Spec | | | |
| 42:4 | 42:9 | ID | 41:6 | 42:3 | F, Spec, V, H, Cmpd, Char | 17:14 | 17:19 | SP, PK |
| 42:10 | 42:13 | ID | 41:6 42:19 | 42:3 44:5 | F, Spec, V, H, Cmpd, Char F, Spec, H, Char, P | 17:14 17:14 | 17:19 17:19 | SP, PK SP, PK |
| 44:11 | 44:14 | | | | | | | |
| 49:24 | 49:25 | V, SP, PK, NE | | | | | | |
| 50:2 | 50:3 | V, SP, PK | | | | | | |
| 53:10 | 53:12 | ID, LD, V, NE | 52:17 53:1 | 52:18 53:9 | F, V, Spec F, V, Spec | | | |
| 53:18 | 53:20 | SP, PK, ID, LD, V, NE | 52:17 53:1 | 52:18 53:9 | F, V, Spec F, V, Spec | | | |
| 53:22 | 53:22 | ID | 52:17 53:1 | 52:18 53:9 | F, V, Spec F, V, Spec | | | |
| 56:17 | 57:1 | ID, SP, PK, V D, A, F | 57:6 57:24 | 57:10 58:2 | F, V, Spec F, V, Spec | 12:17 | 12:18 | R, V, IC |

*Eagle View Technologies, Inc. et al. v. Xactware Solutions, Inc. et. al.*
Case No. 15-cv-07025 (RBK/JS) (Dist. N.J.)

**Plaintiff's Affirmative Designations**

| Michael Allen (March 29, 2018) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Plaintiff's Designations | | Defendants' Objections | Defendants' Counter-Designations | | Plaintiff's Objections to Defendants' Counter-Designations | Plaintiff's Counter-Counter Designations | | Defendants' Objections to Plaintiff's Counter-Counter Designations |
| Line Start | Line End | | Line Start | Line End | | Line Start | Line End | Counter Designations |
| 57:5 | 57:5 | ID, SP, PK, V D, A, SP, F | 57:6 57:24 | 57:10 58:2 | F, V, Spec F, V, Spec | 12:17 | 12:18 | R, V, IC |
| 57:11 | 57:19 | ID, PK, D, A, SP, V, LD, H, SP | 57:6 57:24 | 57:10 58:2 | F, V, Spec F, V, Spec | 12:17 | 12:18 | R, V, IC |
| 57:20 | 57:23 | ID, PK, D, A, SP, V, LD, H | 57:6 57:24 | 57:10 58:2 | F, V, Spec F, V, Spec | 12:17 | 12:18 | R, V, IC |
| 58:4 | 58:9 | ID, D, A, SP, PK, V, LD | 57:6 57:24 | 57:10 58:2 | F, V, Spec F, V, Spec | 12:17 | 12:18 | R, V, IC |
| 58:14 | 58:16 | ID, PK, D, A, SP, V, LD, H | 57:6 57:24 | 57:10 58:2 | F, V, Spec F, V, Spec | 12:17 | 12:18 | R, V, IC |
| 58:20 | 59:9 | ID, PK, D, A, SP, V, LD | 57:6 57:24 | 57:10 58:2 | F, V, Spec F, V, Spec | 12:17 | 12:18 | R, V, IC |
| 59:12 | 59:17 | ID, D, A, SP, V, LD, H, PK | 57:6 57:24 | 57:10 58:2 | F, V, Spec F, V, Spec | 12:17 | 12:18 | R, V, IC |
| 59:19 | 59:20 | ID, D, A, SP, V, LD, H, PK | 57:6 57:24 | 57:10 58:2 | F, V, Spec F, V, Spec | 12:17 | 12:18 | R, V, IC |
| 59:21 | 59:23 | ID, D, A, SP, V, LD, H, PK, 1002 | 57:6 57:24 | 57:10 58:2 | F, V, Spec F, V, Spec | 12:17 | 12:18 | R, V, IC |
| 60:1 | 60:1 | ID, PK, D, A, SP, V, LD | 57:6 57:24 | 57:10 58:2 | F, V, Spec F, V, Spec | 12:17 | 12:18 | R, V, IC |
| 60:2 | 60:4 | ID, PK, D, A, SP, V, LD, MD | 57:6 57:24 | 57:10 58:2 | F, V, Spec F, V, Spec | 12:17 | 12:18 | R, V, IC |
| 60:8 | 60:9 | ID, PK, A, SP, V, LD, | 57:6 | 57:10 | F, V, Spec | | | R, V, IC |

3

*Eagle View Technologies, Inc. et al. v. Xactware Solutions, Inc. et. al.*
Case No. 15-cv-07025 (RBK/JS) (Dist. N.J.)

**Plaintiff's Affirmative Designations**

| Michael Allen (March 29, 2018) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Plaintiff's Designations | | Defendants' Objections | Defendants' Counter-Designations | | Plaintiff's Objections to Defendants' Counter-Designations | Plaintiff's Counter-Counter Designations | | Defendants' Objections to Plaintiff's Counter-Counter Designations |
| Line Start | Line End | | Line Start | Line End | | Line Start | Line End | |
| | | D, MD | 57:24 | 58:2 | F, V, Spec | 12:17 | 12:18 | |
| 60:12 | 61:7 | ID, PK, D, A, SP, V, LD, MD | 57:6 57:24 | 57:10 58:2 | F, V, Spec F, V, Spec | 12:17 | 12:18 | R, V, IC |
| 61:11 | 61:14 | ID, PK, D, A, SP, V, LD, MD | 57:6 57:24 | 57:10 58:2 | F, V, Spec F, V, Spec | 12:17 | 12:18 | R, V, IC |
| 61:20 | 61:20 | ID, PK, D, A, SP, V, LD, MD | 57:6 57:24 | 57:10 58:2 | F, V, Spec F, V, Spec | 12:17 | 12:18 | R, V, IC |
| 61:23 | 61:25 | ID, PK, D, A, SP, V, LD, MD | 57:6 57:24 | 57:10 58:2 | F, V, Spec F, V, Spec | 12:17 | 12:18 | R, V, IC |
| 62:3 | 62:6 | ID, PK, D, A, SP, V, LD, MD, Cmpd | 57:6 57:24 | 57:10 58:2 | F, V, Spec F, V, Spec | 12:17 | 12:18 | R, V, IC |
| 62:9 | 62:9 | ID, PK, D, A, SP, V, LD, MD, Cmpd | 57:6 57:24 | 57:10 58:2 | F, V, Spec F, V, Spec | 12:17 | 12:18 | R, V, IC |
| 62:10 | 62:20 | ID, PK, A, SP, V, LD, D, MD | 57:6 57:24 | 57:10 58:2 | F, V, Spec F, V, Spec | 12:17 | 12:18 | R, V, IC |
| 63:7 | 63:10 | PK, V, LD, M | 57:6 57:24 | 57:10 58:2 | F, V, Spec F, V, Spec | 12:17 | 12:18 | R, V, IC |

*Eagle View Technologies, Inc. et al. v. Xactware Solutions, Inc. et. al.*
Case No. 15-cv-07025 (RBK/JS) (Dist. N.J.)

**Plaintiff's Affirmative Designations**

| Mike Fulton (October 4, 2017) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Plaintiff's Designations | | Defendants' Objections | Defendants' Counter-Designations | | Plaintiff's Objections to Defendants' Counter-Designations | Plaintiff's Counter-Counter Designations | | Defendants' Objections to Plaintiff's Counter-Counter Designations |
| Line Start | Line End | | Line Start | Line End | | Line Start | Line End | |
| 8:22 | 8:24 | | | | | | | |
| 9:6 | 9:11 | | | | | | | |
| 14:3 | 14:7 | | | | | | | |
| 22:12 | 23:7 | LC, SP, BST, V | | | | | | |
| 23:8 | 23:16 | | | | | | | |
| 23:17 | 23:25 | | | | | | | |
| 24:1 | 24:5 | | | | | | | |
| 24:10 | 24:16 | | 24:17 | 24:22 | | | | |
| 24:23 | 25:17 | M, NE, F, V | | | | | | |
| 37:14 | 37:17 | LC, IO, F, NE, V, P, PK, SP, R, Arg, BST, M | | | | | | |
| 37:20 | 37:22 | LC, IO, F, NE, V, P, PK, SP, R, Arg, BST, M | | | | | | |
| 37:23 | 38:1 | LC, IO, F, NE, V, P, PK, SP, R, Arg, BST, M | | | | | | |
| 38:3 | 38:3 | LC, IO, F, NE, V, P, PK, SP, R, Arg, BST, M | 38:4 | 38:11 | P, R | 38:12 | 38:15 | IC |
| 39:22 | 39:23 | ID, LC, IO, F, NE, V, P, PK, SP, R, Arg, BST, M, C, Badgering | 39:16 39:21 | 39:17 39:21 | C, P, R, U | | | |

*Eagle View Technologies, Inc. et al. v. Xactware Solutions, Inc. et. al.*
Case No. 15-cv-07025 (RBK/JS) (Dist. N.J.)

**Plaintiff's Affirmative Designations**

| Mike Fulton (October 4, 2017) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Plaintiff's Designations | | Defendants' Objections | Defendants' Counter-Designations | | Plaintiff's Objections to Defendants' Counter-Designations | Plaintiff's Counter-Counter Designations | | Defendants' Objections to Plaintiff's Counter-Counter Designations |
| Line Start | Line End | | Line Start | Line End | | Line Start | Line End | |
| 40:1 | 40:1 | LC, IO, F, NE, V, P, PK, SP, R, Arg, BST, M, C, Badgering | 39:16 39:21 | 39:17 39:21 | C, P, R, U | | | |
| 46:12 | 46:14 | ID, LC, IO, F, NE, V, P, PK, SP, R, Arg, BST, M, C, Badgering | 46:15 | 46:15 | | | | |
| 46:20 | 46:20 | ID, LC, IO, F, NE, V, P, PK, SP, R, Arg, BST, M, C, Badgering | | | | | | |
| 50:6 | 50:8 | LC, IO, F, NE, V, P, PK, SP, R, Arg, BST, M, C, Badgering | | | | | | |
| 50:12 | 50:13 | LC, IO, F, NE, V, P, PK, SP, R, Arg, BST, M, C, Badgering | | | | | | |
| 53:10 | 53:12 | LC, IO, F, NE, V, P, PK, SP, R, Arg, BST, M, C, Badgering | | | | | | |
| 53:15 | 53:17 | LC, IO, F, NE, V, P, PK, SP, R, Arg, BST, M, C, Badgering | | | | | | |
| 54:22 | 54:24 | V, P, PK, SP, R, Arg, BST, C | | | | | | |
| 55:2 | 55:5 | V, P, PK, SP, R, Arg, BST, C | | | | | | |

*Eagle View Technologies, Inc. et al. v. Xactware Solutions, Inc. et. al.*
Case No. 15-cv-07025 (RBK/JS) (Dist. N.J.)

**Plaintiff's Affirmative Designations**

| Mike Fulton (October 4, 2017) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Plaintiff's Designations | | Defendants' Objections | Defendants' Counter-Designations | | Plaintiff's Objections to Defendants' Counter-Designations | Plaintiff's Counter-Counter Designations | | Defendants' Objections to Plaintiff's Counter-Counter Designations |
| Line Start | Line End | | Line Start | Line End | | Line Start | Line End | |
| 57:7 | 57:12 | LC, IO, F, NE, V, P, PK, SP, R, Arg, BST, C, Badgering | 56:24 57:2 | 56:25 57:6 | C, P, R, U | | | |
| 64:1 | 64:6 | LC, IO, F, NE, V, P, PK, SP, Arg, BST, C, Badgering | | | | | | |
| 64:11 | 64:11 | LC, IO, F, NE, V, P, PK, SP, Arg, BST, C, Badgering | | | | | | |
| 65:15 | 65:20 | R, C, P | | | | | | |
| 66:10 | 66:11 | R, C, P, SP, PK | | | | | | |
| 66:14 | 66:19 | R, C, P, SP, PK | | | | | | |
| 66:20 | 67:4 | R, C, P, SP, PK | | | | | | |
| 72:17 | 72:20 | R, C, P, SP, PK | | | | | | |
| 74:10 | 74:13 | R, C, P, SP, PK | | | | | | |
| 80:2 | 80:3 | NT | | | | | | |
| 80:18 | 81:2 | A, NE, F | 80:7 | 80:13 | NT (80:9) | 80:14 | 80:17 | |
| 83:5 | 84:12 | A, NE, F, 1002, SP, PK | 80:7 | 80:13 | NT (80:9) | 80:14 | 80:17 | |
| 84:14 | 84:15 | A, NE, F, 1002, SP, PK | 80:7 | 80:13 | NT (80:9) | 80:14 | 80:17 | |
| 92:4 | 92:23 | A, NE, F, 1002, SP, PK | | | | | | |
| 99:5 | 99:9 | NE, F, V, R, BST | 99:10 | 99:21 | | | | |

3

*Eagle View Technologies, Inc. et al. v. Xactware Solutions, Inc. et. al.*
Case No. 15-cv-07025 (RBK/JS) (Dist. N.J.)

**Plaintiff's Affirmative Designations**

| Mike Fulton (October 4, 2017) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Plaintiff's Designations | | Defendants' Objections | Defendants' Counter-Designations | | Plaintiff's Objections to Defendants' Counter-Designations | Plaintiff's Counter-Counter Designations | | Defendants' Objections to Plaintiff's Counter-Counter Designations |
| Line Start | Line End | | Line Start | Line End | | Line Start | Line End | |
| 99:22 | 100:12 | NE, F, V, M, R, BST | 100:13 100:20 | 100:17 102:1 | C, P, R; IC (100:20-23); AT (101:13-16) | 100:18 | 100:19 | IC |
| 104:4 | 104:14 | A, NE, F, 1002, SP, PK | 80:7 | 80:13 | NT (80:9) | 80:14 | 80:17 | |
| 104:15 | 105:9 | A, NE, F, 1002, SP, PK | 80:7 | 80:13 | NT (80:9) | 80:14 | 80:17 | |
| 105:18 | 105:23 | A, NE, F, 1002, SP, PK | 80:7 105:24 | 80:13 106:14 | NT (80:9) | 80:14 | 80:17 | |
| 106:15 | 106:24 | A, NE, F, 1002, SP, PK | 80:7 | 80:13 | NT (80:9) | 80:14 | 80:17 | |
| 120:18 | 120:25 | A, NE, F, 1002, SP, PK, M, BST | 80:7 | 80:13 | NT (80:9) | 80:14 | 80:17 | |
| 121:15 | 122:3 | A, NE, F, 1002, SP, PK, C | 80:7 | 80:13 | NT (80:9) | 80:14 | 80:17 | |
| 125:13 | 125:23 | A, NE, F, 1002, SP, PK, R | 80:7 | 80:13 | NT (80:9) | 80:14 | 80:17 | |
| 125:24 | 126:2 | R | 126:8 127:10 | 126:16 127:20 | | 126:27; 127:21; 128:4 | 127:9; 128:1; 128:6 | IC; F; V (for all) |
| 128:23 | 128:24 | R, 1002, SP, PK | | | | | | |
| 128:23 | 128:25 | R, 1002, SP, PK | | | | | | |
| 129:2 | 129:5 | R, 1002, SP, PK | 129:6 129:11 | 129:8 129:12 | | 129:13 | 129:15 | M; F; NE; PK; SP |
| 129:19 | 130:2 | F, NE, M, MD, H, SP, | 129:6 | 129:8 | | 129:13 | 129:15 | M; F; NE; PK; SP |

*Eagle View Technologies, Inc. et al. v. Xactware Solutions, Inc. et. al.*
Case No. 15-cv-07025 (RBK/JS) (Dist. N.J.)

**Plaintiff's Affirmative Designations**

| Mike Fulton (October 4, 2017) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Plaintiff's Designations | | Defendants' Objections | Defendants' Counter-Designations | | Plaintiff's Objections to Defendants' Counter-Designations | Plaintiff's Counter-Designations | | Defendants' Objections to Plaintiff's Counter-Counter Designations |
| Line Start | Line End | | Line Start | Line End | | Line Start | Line End | |
|  |  | PK | 129:11 130:3 130:7 | 129:12 130:4 130:20 |  |  |  |  |
| 130:21 | 130:24 | M, P, R, NE, F, Arg | 129:6 129:11 130:3 130:7 | 129:8 129:12 130:4 130:20 |  | 129:13 | 129:15 | M; F; NE; PK; SP |
| 131:1 | 131:1 | M, P, R, NE, F | 129:6 129:11 130:3 130:7 | 129:8 129:12 130:4 130:20 |  | 129:13 | 129:15 | M; F; NE; PK; SP |
| 131:17 | 131:20 | M, P, R, NE, F, Arg | 129:6 129:11 130:3 130:7 | 129:8 129:12 130:4 130:20 |  | 129:13 | 129:15 | M; F; NE; PK; SP |
| 131:22 | 132:5 | M, P, R, NE, F, Arg | 129:6 129:11 130:3 130:7 | 129:8 129:12 130:4 130:20 |  | 129:13 | 129:15 | M; F; NE; PK; SP |
| 132:7 | 132:7 | M, P, R, NE, F | 129:6 129:11 130:3 130:7 | 129:8 129:12 130:4 130:20 |  | 129:13 | 129:15 | M; F; NE; PK; SP |
| 132:25 | 133:4 |  |  |  |  |  |  |  |
| 133:6 | 133:6 |  |  |  |  |  |  |  |

*Eagle View Technologies, Inc. et al. v. Xactware Solutions, Inc. et. al.*
Case No. 15-cv-07025 (RBK/JS) (Dist. N.J.)

**Plaintiff's Affirmative Designations**

| Mike Fulton (October 4, 2017) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Plaintiff's Designations | | Defendants' Objections | Defendants' Counter-Designations | | Plaintiff's Objections to Defendants' Counter-Designations | Plaintiff's Counter-Designations | | Defendants' Objections to Plaintiff's Counter-Counter Designations |
| Line Start | Line End | | Line Start | Line End | | Line Start | Line End | |
| 133:9 | 133:19 | | | | | | | |
| 134:4 | 134:18 | 1002, H, F | | | | | | |
| 135:8 | 135:13 | 1002, H, F | | | | | | |
| 135:16 | 135:16 | 1002, H, F | | | | | | |
| 136:5 | 136:20 | R, 1002, H, F, NE, SP, PK | | | | | | |
| 136:22 | 136:22 | R, 1002, H, F, NE, SP, PK | | | | | | |
| 137:1 | 137:17 | ID | 137:18 | 138:1 | IC | | | |
| 137:18 | 138:1 | ID | 137:12 | 137:17 | IC | | | |
| 138:2 | 138:7 | M, F | 138:23 139:5 | 139:3 139:11 | | | | |
| 138:9 | 138:22 | M, F | 138:23 139:5 | 139:3 139:11 | | | | |
| 146:5 | 146:5 | A, R, 1002, H, F, NE, SP, PK, ID, P, V | 145:22 | 145:25 | IC, NT | | | |
| 146:20 | 146:21 | A, R, 1002, F, NE, SP, PK, ID, P, V | 145:22 | 145:25 | IC, NT | | | |
| 148:12 | 148:16 | A, R, 1002, LC, F, NE, SP, PK, ID, P, V | | | | | | |
| 148:17 | 148:20 | A, R, 1002, F, NE, SP, PK, ID, IO, P, V, NR | | | | | | |
| 149:18 | 149:22 | A, R, 1002, H, F, NE, SP, PK, ID, P, V | | | | | | |

*Eagle View Technologies, Inc. et al. v. Xactware Solutions, Inc. et. al.*
Case No. 15-cv-07025 (RBK/JS) (Dist. N.J.)

**Plaintiff's Affirmative Designations**

| Mike Fulton (October 4, 2017) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Plaintiff's Designations | | Defendants' Objections | Defendants' Counter-Designations | | Plaintiff's Objections to Defendants' Counter-Designations | Plaintiff's Counter-Counter Designations | | Defendants' Objections to Plaintiff's Counter-Counter Designations |
| Line Start | Line End | | Line Start | Line End | | Line Start | Line End | |
| 152:12 | 152:21 | A, R, 1002, H, F, NE, SP, PK, ID, P, AT, V | | | | | | |
| 152:23 | 152:24 | A, R, 1002, H, F, NE, SP, PK, ID, P, V | | | | | | |
| 152:25 | 153:2 | A, R, 1002, H, F, NE, SP, PK, ID, P, V | | | | | | |
| 154:4 | 154:11 | A, R, 1002, H, F, NE, SP, PK, ID, P, AT, V, BST | | | | | | |
| 154:13 | 154:16 | ID, R, F, NE, SP, PK, P, V, BST | | | | | | |
| 154:17 | 154:20 | ID, R, F, NE, SP, PK, P, V, BST | | | | | | |
| 154:21 | 154:24 | ID, R, F, NE, SP, PK, P, V, BST | | | | | | |
| 155:1 | 155:9 | ID, R, F, NE, SP, PK, P, V, AT | | | | | | |
| 155:11 | 155:23 | ID, R, F, NE, SP, PK, P, V, BST | | | | | | |
| 155:24 | 156:5 | ID, R, F, NE, SP, PK, P, V | | | | | | |
| 156:7 | 156:11 | ID, R, F, NE, SP, PK, P, V | | | | | | |
| 157:17 | 158:15 | ID, R, F, NE, SP, PK, | | | | | | |

7

# Robert Louis Stevenson
## *Curriculum Vitae*

**Contact**      275 Fitzpatrick Hall
Department of Electrical Engineering
University of Notre Dame
Notre Dame, Indiana 46556

Tel.: +1 574-631-8308
Fax: +1 574-631-4393
EMail: rls@nd.edu

WWW: http://engineering.nd.edu/profiles/rstevenson

## Professional Experience

| | |
|---|---|
| 10/2013–Present | Associate Chair, Director of Undergraduate Studies<br>Department of Electrical Engineering<br>University of Notre Dame, Notre Dame, Indiana |
| 08/2002–Present | Professor<br>Department of Electrical Engineering<br>University of Notre Dame, Notre Dame, Indiana |
| 01/2003–6/2017 | Professor<br>Department of Computer Science and Engineering<br>University of Notre Dame, Notre Dame, Indiana |
| 08/1996–08/2002 | Associate Professor<br>Department of Electrical Engineering<br>University of Notre Dame, Notre Dame, Indiana |
| 08/1996–06/1997 | Visiting Associate Professor<br>Department of Electrical and Computer Engineering<br>University of Delaware, Newark, Delaware |
| 06/1994–08/1994 | Research Associate<br>Intel Corporation, Hillsboro, Oregon |
| 05/1993–08/1993 | Research Associate<br>Air Force Office of Scientific Research<br>Rome Laboratories, Griffiss AFB, Rome, New York |

1

| 08/1990–08/1996 | Assistant Professor<br>Department of Electrical Engineering<br>University of Notre Dame, Notre Dame, Indiana |
|---|---|
| 08/1989–08/1990 | Graduate Research Assistant<br>School of Electrical Engineering<br>Purdue University, West Lafayette, Indiana |
| 08/1986–08/1990 | Graduate Teaching Assistant<br>School of Electrical Engineering<br>Purdue University, West Lafayette, Indiana |
| 06/1986–08/1986 | Intern<br>Engineering Physics Laboratory, E. I. duPont<br>de Nemours & Company, Wilmington, Delaware |
| 06/1985–08/1985 | Intern<br>Corporate Technology Center<br>Sperry Corporation, Reston, Virginia |

## Education

| 08/1986–08/1990 | *Ph.D., Electrical Engineering*, August 1990<br>Purdue University, West Lafayette, Indiana<br>Thesis: *Invariant Reconstruction of Curves and Sur-<br>faces with Discontinuities with Applications in Com-<br>puter Vision*<br>Advisor: Professor Edward J. Delp<br>GPA: 6.0/6.0 |
|---|---|
| 09/1982–06/1986 | *B.S.E.E., Electrical Engineering*, June 1986<br>University of Delaware, Newark, Delaware<br>Thesis: *On the Theoretical Properties of Morphological<br>Filters*<br>Advisor: Professor Gonzalo R. Arce<br>GPA: 4.0/4.0 |

## Honors and Awards

| 1983 | University of Delaware, Tau Beta Pi Prize |
|---|---|
| 1984 | University of Delaware, Engineering Scholar |
| 1985–1986 | University of Delaware, Liston A. Houston Scholarship |
| 1986 | IEEE Delaware Bay Section Engineering Award |

| 1986 | Valedictorian, University of Delaware |
| 1986 | Purdue University Graduate Instructor Fellowship |
| 1986 | Phi Kappa Phi Graduate Fellowship |
| 1986–1990 | DuPont Graduate Fellowship in Electrical Engineering |
| 1986–1989 | National Science Foundation Graduate Fellowhip |
| 1993 | Dept. of Electrical Engineering Outstanding Teacher Award |
| 2012 | ICIP 2012 Outstanding Reviewer |
| 2013 | IS&T 2013 Service Award |

## Honor Societies

| 1985–Present | Eta Kappa Nu, Electrical Engineering Honor Society |
| 1985–Present | Tau Beta Pi, Engineering Honor Society |
| 1985–Present | Phi Kappa Phi, Academic Honor Society |

## Professional Activities

*Associate Editor*
*IEEE Trans. on Image Processing*, 1999–2003
*IEEE Trans. on Circuits and Systems for Video Tech.*, 1997–2002
*Journal of Electronic Imaging*, 1995–1998

*Special Issue Editor*
Multimedia Systems, *Journal of Electronic Imaging*, 04/1996
Still Image Compression, *Electronic Imaging Newsletter*, 01/1996

*Best Paper Award Board Membership*
IEEE Trans. on Circuits and Systems for Video Technology, 2002

*Symposium Chairman*
SPIE/IS&T Symposium on Electronic Imaging, 02/2004

*Conference Chairman*
IS&T Conf. Computational Imaging XVI, 02/2019
IS&T Conf. Computational Imaging XV, 02/2018
IS&T Conf. Computational Imaging XIV, 02/2017
IS&T Conf. on Visual Information Proc. & Comm. VIII, 02/2017
IS&T Conf. on Visual Information Proc. & Comm. VII, 02/2016
SPIE/IS&T Conf. on Visual Information Proc. & Comm. VI, 02/2015
SPIE/IS&T Conf. on Visual Information Proc. & Comm. V, 02/2014

3

SPIE/IS&T Conf. on Visual Information Proc. & Comm. IV, 02/2013
SPIE/IS&T Conf. on Visual Information Proc. & Comm. III, 01/2012
SPIE/IS&T Conf. on Visual Information Proc. & Comm. II, 01/2011
SPIE/IS&T Conf. on Visual Comm. and Image Processing, 01/2009
SPIE/IS&T Conf. on Computational Imaging, 02/2003
SPIE/IS&T Conf. on Image and Video Comm. and Proc., 02/2000
SPIE/IS&T Conf. on Visual Comm. and Image Processing, 02/1999
41st Midwest Symposium on Circuits and Systems, 08/1998
SPIE Conf. on Electronic Imaging and Signal Processing, 11/1996
SPIE/IS&T Conf. on Still Image Compression II, 02/1996
SPIE/IS&T Conf. on Image and Video Processing IV, 02/1996
SPIE/IS&T Conf. on Image and Video Processing III, 02/1995
SPIE/IS&T Conf. on Image and Video Processing II, 02/1994

*Steering Committee Member*

Visual Communications and Image Processing, 1998–2010
Midwest Symposium on Circuits and Systems, 1994–1999
Electronic Imaging, 2003–2005

*Organizing Committee Member*

Nonlinear Signal and Image Processing Workshop, 2001

*Technical Program Committee*

International Conference on Image Processing, 1998 – Present
SPIE Computational Imaging, 2003–2016
Visual Communications and Image Processing, 1997–2008
European Signal Processing Conference, 2015
IEEE Symposium on Industrial Electronics & Applications, 2012
International Conference on Multimedia & Expo, 2009–2010
Image and Video Communications and Processing III, 2005
Computational Imaging, 2004
International Conference on Pattern Recognition, 2000
Int. Conf. on Acoustics, Speech, & Signal Proc., 2000, 2006–Present
International Symposium on Circuits and Systems, 1998, 2005
9th IEEE Image and Multi. Signal Processing Workshop, 1996
Midwest Symposium on Circuits and Systems, 1994

*Member*

Institute of Electrical and Electronics Engineers, IEEE
Society of Photographic Instrumentation Engineers, SPIE
The Society for Imaging Science and Technology, IS&T

*Panel Member* for the following funding agencies

National Science Foundation

*Reviewer* for the following funding agencies
National Science Foundation
U.S. Army Research Office
Israel Science Foundation
Hong Kong Research Grants Council
Kentucky EPSCoR Program
North Dakota EPSCoR Program
Louisiana Board of Regents

*Reviewer* for the following archival journals
*IEEE Transactions on Signal Processing*
*IEEE Transactions on Image Processing*
*IEEE Transactions on Circuits and Systems*
*IEEE Transactions on Circuits and Systems for Video Technology*
*IEEE Transactions on Instrumentation and Measurement*
*IEEE Transactions on Medical Imaging*
*IEEE Transactions on Pattern Analysis and Machine Intelligence*
*IEEE Transactions on Systems, Man, and Cybernetics*
*IEEE Transactions on Neural Networks*
*Pattern Recognition Letters*
*Signal Processing Letters*
*Computer Vision, Graphics, and Image Processing*
*Journal of the Optical Society of America*
*Journal of Mathematical Imaging and Vision*
*Applied Optics*
*IET Image Processing*

*Reviewer* for the following textbook companies
Van Nostrand Reinhold, Electrical Engineering Division
McGraw-Hill, College/Schaum Division
MacMillan Publishing Company
Prentice Hall

## Publications

### Journals

**R. L. Stevenson** and G. R. Arce, "Binary Display of Hexagonally
Sampled Continuous–Tone Images," *Journal of the Optical Society of
America A*, Vol. 2, pp. 1009–1013, July 1985.

G. R. Arce and **R. L. Stevenson**, "On the Synthesis of Median Filter Systems," *IEEE Transactions on Circuits and Systems*, Vol. CAS-34, No. 4, pp. 420–429, April 1987.

**R. L. Stevenson** and G. R. Arce, "Morphological Filters: Statistics and Further Syntactic Properties," *IEEE Transactions on Circuits and Systems*, Vol. CAS-34, No. 11, pp. 1292–1305, November 1987.

**R. L. Stevenson** and E. J. Delp, "Invariant Recovery of Curves in M– Dimensional Space from Sparse Data," *Journal of the Optical Society of America A*, Vol. 7, No. 3, pp. 480–490, March 1990.

**R. L. Stevenson** and E. J. Delp, "Viewpoint Invariant Recovery of Visual Surfaces from Sparse Data," *IEEE Transactions on Pattern Analysis and Machine Intelligence*, Vol. 14, No. 9, pp. 897–909, September 1992.

**R. L. Stevenson** and S. M. Schweizer, "A Nonlinear Filtering Structure for Image Smoothing in Mixed Noise Environments," *Journal of Mathematical Imaging and Vision*, Vol. 2, No. 2/3, pp. 137–154, November 1992.

**R. L. Stevenson**, G. B. Adams, L. H. Jamieson and E. J. Delp, "Parallel Implementation for Iterative Image Restoration Algorithms on a Parallel DSP Machine," *Journal of VLSI Signal Processing*, Vol. 5, No. 2/3, pp. 261–272, April 1993.

**R. L. Stevenson**, B. E. Schmitz, and E. J. Delp, "Discontinuity Preserving Regularization of Inverse Visual Problems," *IEEE Transactions on Systems, Man and Cybernetics*, Vol. 24, No. 3, pp. 455–469, March 1994.

R. R. Schultz and **R. L. Stevenson**, "Improved Definition Image Expansion," *IEEE Transactions on Image Processing*, Vol. 3, No. 3, pp. 233–242, May 1994.

T. P. O'Rourke and **R. L. Stevenson**, "Human Visual System Based Wavelet Decomposition for Image Compression," *Journal of Visual Communications and Representation*, Vol. 6, No. 2, pp. 109–121, June 1995.

R. R. Schultz and **R. L. Stevenson**, "Stochastic Modeling and Es-

timation of Multispectral Image Data," *IEEE Transactions on Image Processing*, Vol. 4, No. 8, pp. 1109–1119, August 1995.

B. E. Schmitz and **R. L. Stevenson**, "Color Palette Restoration," *CVGIP: Graphical Models and Image Processing*, Vol. 57, No. 5, pp. 409–419, September 1995.

S. Choi, R. R. Schultz, **R. L. Stevenson**, Y. Huang, and R. Liu, "Contrast Enhancement of Missile Video Sequence via Image Stabilization and Product Correlation," *Optical Engineering*, Vol. 35, No. 12, pp. 3495–3507, December 1995.

T. P. O'Rourke and **R. L. Stevenson**, "Improved Image Decompression for Reduced Transform Coding Artifacts," *IEEE Transactions on Circuits and Systems for Video Technology*, Vol. 5, No. 6, pp. 490-499, December 1995.

R. R. Schultz and **R. L. Stevenson**, "Extraction of High-Resolution Frames from Video Sequences," *IEEE Transactions on Image Processing,* special issue on Nonlinear Image Processing, Vol. 5, No. 6, pp. 996–1011, June 1996.

**R. L. Stevenson**, "Inverse Halftoning via MAP Estimation," *IEEE Transactions on Image Processing*, Vol. 6, No. 4, pp. 574-583, April 1997.

B. E. Schmitz and **R. L. Stevenson**, "Enhancement of Sub-Sampled Color Image Data," *IEEE Transactions on Image Processing,* special issue on Color Image Processing, Vol. 6, No. 7, pp. 1052–1056, July 1997.

R. R. Schultz, L. Meng, and **R. L. Stevenson**, "Subpixel Motion Estimation for Super-Resolution Image Sequence Enhancement," *Journal of Visual Communication and Image Representation*, special issue on High-Fidelity Media Processing, Vol. 9, No. 1, pp. 38–50, March 1998.

R. Llados-Bernaus and **R. L. Stevenson**, "Fixed Length Entropy Coding for Robust Video Compression", *IEEE Transactions on Circuits and Systems for Video Technology*, Vol. 8, No. 6, pp. 745–755, October 1998.

R. Llados-Bernaus and **R. L. Stevenson**, "Edge Assisted Upper Band

Coding Techniques", *International Journal of Imaging Systems and Technology*, Vol. 10, pp. 67–75, January 1999.

Z. Peng, Y.-F. Huang, D. J. Costello, Jr., and **R. L. Stevenson**, "A Pyramidal Image Coder Using Generalized Rank-Ordered Prediction Filter", *IEEE Transactions on Circuits & Systems for Video Technology*, Vol. 9, No. 4, pp. 540–544, June 1999.

M. A. Robertson and **R. L. Stevenson**, "Reduced-Complexity Iterative Post-Filtering of Video," *IEEE Transactions on Circuits and Systems for Video Technology* Vol. 11, No. 10, pp. 1121–1128, October 2001.

M. A. Robertson and **R. L. Stevenson**, "Temporal Resolution Enhancement in Compressed Video Sequences," *EURASIP Journal on Applied Signal Processing*, Special Issue on Nonlinear Signal Processing, pp. 230–238, December 2001.

B. E. Marino and **R. L. Stevenson**, "Improving the Performance of Single Chip Image Capture Devices," *Journal of Electronic Imaging*, Vol. 12, No. 2, pp. 209–218, April 2003.

M. A. Robertson, S. Borman, and **R. L. Stevenson**, "Estimation-Theoretic Approach to Dynamic Range Improvement Through Multiple Exposures," *Journal of Electronic Imaging* Vol. 12, No. 2, pp. 219–228, April 2003.

R. Magill, C. E. Rohrs, and **R. L. Stevenson**, "Output-Queued Switch Emulation by Fabrics with Limited Memory," *IEEE Journal on Selected Areas in Communications*, Special Issue on High-Performance Electronic Switches/Routers for High-Speed Internet, Vol. 21, No. 4., pp. 606–615, May 2003.

M. A. Robertson and **R. L. Stevenson**, "DCT Quantization Noise in Compressed Images," *IEEE Transactions on Circuits and Systems for Video Technology*, Vol. 15, No. 1, pp. 27-38, January 2005.

J. Gai and **R. L. Stevenson**, "Studentized Dynamical System for Robust Object Tracking," *IEEE Transactions on Image Processing*, Vol. 20, No. 1, pp. 186-199, January, 2011.

J. Gai and **R. L. Stevenson**, "Robust Contour Tracking Based On

A Coupling Between Geodesic Active Contours and Conditional Random Fields," *Journal of Visual Communications and Image Representations*, Vol. 22, No. 1, pp. 22-47, January 2011.

J. Simpkins and **R. L. Stevenson**, "A Parameterized Spatially-Varying PSF Model," *Journal of Electronic Imaging*, Vol. 23, No. 1, January, 2014.

Y. Li, and **R. L. Stevenson**, "Incorporating Global Information in Feature-Based Multimodal Image Registration," *Journal of Electronic Imaging*, Vol. 23, No. 2, March-April 2014.

Y. Li, and **R. L. Stevenson**, "A Similarity Metric for Matching Incomplete Edge Curves," *International Journal of Machine Intelligence and Sensory Signal Processing*, Vol. 1, No. 2, pp. 153-173, 2014.

L. Hollmann and **R. L. Stevenson**, "Pole-Zero Placement Algorithm for the Design of Digital Filters with Fractional-Order Rolloff," *Signal Processing* special issue on fractional signal processing and applications, Vol. 107, pp. 218-229, February 2015.

R. Zhen, and **R. L. Stevenson**, "Multi-Image Motion Deblurring Aided By Inertial Sensors," *Journal of Electronic Imaging,* Vol. 25, No. 1, February 2016 .

Y. Li, and **R. L. Stevenson**, "Multimodal Image Registration With Line Segments By Selective Search," *IEEE Transactions on Cybernetics*, Vol. PP, No. 99, April 2016.

L. Hollmann and **R. L. Stevenson**, "Adaptive whitening of ambient ocean noise with narrowband signal preservation" *Journal of the Acoustical Society of America*, Vol. 129, No. 6, pp. 3122, 3133, June, 2016.

R. Zhen and **R. L. Stevenson**, "Inertial Sensor Aided Multi-Image Nonuniform Motion Blur Removal Based on Motion Decomposition," *Journal of Electronic Imaging,* Vol. 27, No. 5, October, 2018.

Y. Li, L. Wang, **R. L. Stevenson**, L. Wei, and R. Fan, "Reliable Line Segment Matching for Multispectral Images Guided by Intersection Matches," *IEEE Transactions on Circuits and Systems for Video Technology.*

J. Simpkins and **R. L. Stevenson**, "An Efficient Method for Non-Blind Estimation of Spatially-Varying Point Spread Functions," submitted to *Journal of Electronic Imaging*.

## Journals Articles Reprinted in Books

**R. L. Stevenson** and G. R. Arce, "Binary Display of Hexagonally Sampled Continuous–Tone Images," originally appeared as *Journal of the Optical Society of America A*, Vol. 2, pp. 1009–1013, July 1985, reprinted in *Selected Papers on Digital Halftoning*, SPIE Milestone Series, Vol. MS 154, J. Allebach, Ed., 1999.

## Book Chapters

**R. L. Stevenson** and E. J. Delp, "Investigation into Building an Invariant Surface Model from Sparse Data," in *NATO ASI: Active Perception and Robot Vision*, A. Sood and H. Wechsler, Eds., Springer Verlag, pp. 539–558, 1992.

**R. L. Stevenson** and E. J. Delp, "Three–Dimensional Surface Reconstruction: Theory and Implementation," in *3D Object Recognition Systems*, A. K. Jain and P. J. Flynn, Eds., Elsevier, pp. 89–114, 1993.

D. L. Cohn and **R. L. Stevenson**, "Using Redundancy to Speed up Disk Arrays," in *Communications and Cryptography: Two Sides of One Tapestry*, R. E. Blahut, D. J. Costello, Jr., U. Maurer and T. Mittelholzer, Eds., Kluwer Academic Publishers, pp. 59–68, 1994.

R. Llados-Bernaus, M. Robertson and **R. L. Stevenson**, "A Stochastic technique for the removal of artifacts in compressed images and video", in *Signal Recovery Techniques for Image and Video Compression and Transmission*, A. K. Katsaggelos and N. P. Galatsanos, Eds., Kluwer Academic Publishers, 1998.

S. Borman and **R. L. Stevenson**, "Image Sequence Processing," in *Dekker Encyclopedia of Optical Engineering*, R. B. Johnson, C. Hoffman, and R. G. Driggers, Eds., Marcel Dekker, Inc., 2003.

R. Schultz and **R. L. Stevenson**, "Bayesian Image and Video Enhancement Using a Non-Gaussian Prior," in *Nonlinear Signal and Image Processing: Theory, Methods, and Applications*, K. Barner and G.

Arce, Eds., CRC Press, 2003.

J. Simpkins and **R. L. Stevenson**, "An Introduction to Super-Resolution Imaging," in *Mathematical Optics: Classical, Quantum, and Imaging Methods*, V. Lakshminarayanan, Ed., Taylor & Francis Books, Inc., 2012.

J. Simpkins, **R. L. Stevenson**, and S. Borman, "Image Sequence Processing," in *Encyclopedia of Optical Engineering*, R. G. Driggers and C. Hoffman, Eds., Taylor & Francis., 2015.

R. Zhen and **R. L. Stevenson**, "Image Demosaicing," *Color Image and Video Enhancement*, pp. 13–54, Springer, 2015.

### Edited Conference Proceedings

S. A. Rajala and **R. L. Stevenson**, Eds., *Image and Video Processing II*, SPIE Proceedings Series, 1994.

**R. L. Stevenson** and S. A. Rajala, Eds., *Image and Video Processing III*, SPIE Proceedings Series, 1995.

**R. L. Stevenson** and M. I. Sezan, Eds., *Image and Video Processing IV*, SPIE Proceedings Series, 1996.

**R. L. Stevenson**, A. Drukarev, and T. R. Gardos, Eds., *Still Image Compression II*, SPIE Proceedings Series, 1996.

C.-S. Li, **R. L. Stevenson**, and L. Zhou, Eds., *Electronic Imaging and Multimedia Systems*, SPIE Proceedings Series, 1996.

**R. L. Stevenson**, Ed., *Proceeding of the Midwest Symposium on Circuits and Systems*, 1998.

K. Aizawa, **R. L. Stevenson**, and Y.-Q. Zhang, Eds., *Visual Communications and Image Processing '99*, SPIE Proceedings Series, 1999.

B. Vasudev, T. R. Hsing, A. G. Tescher, and **R. L. Stevenson**, Eds., *Image and Video Communications and Processing 2000*, SPIE Proceedings Series, 2000.

C. Bouman and **R. L. Stevenson**, Eds., *Computational Imaging 2003*, SPIE Proceedings Series, 2003.

M. Rabbani and **R. L. Stevenson**, Eds., *Visual Communications and Image Processing 2009*, SPIE Proceedings Series, 2009.

A. Said, O. G. Guleryuz, and **R. L. Stevenson**, Eds., *Visual Information Processing and Communication II*, SPIE Proceedings Series, 2011.

A. Said, O. G. Guleryuz, and **R. L. Stevenson**, Eds., *Visual Information Processing and Communication III*, SPIE Proceedings Series, 2012.

A. Said, O. G. Guleryuz, and **R. L. Stevenson**, Eds., *Visual Information Processing and Communication IV*, SPIE Proceedings Series, 2013.

A. Said, O. G. Guleryuz, and **R. L. Stevenson**, Eds., *Visual Information Processing and Communication V*, SPIE Proceedings Series, 2014.

A. Said, O. G. Guleryuz, and **R. L. Stevenson**, Eds., *Visual Information Processing and Communication VI*, SPIE Proceedings Series, 2015.

A. Said, O. G. Guleryuz, and **R. L. Stevenson**, Eds., *Visual Information Processing and Communication VII*, IS&T, 2016.

**R. L. Stevenson** and E. Delp, Eds., *Visual Information Processing and Communication VIII*, IS&T, 2017.

C. Bouman and **R. L. Stevenson**, Eds., *Computational Imaging XIV*, IS&T, 2017.

C. Bouman and **R. L. Stevenson**, Eds., *Computational Imaging XV*, IS&T, 2018.

## Conference Papers

G. R. Arce and **R. L. Stevenson**, "On the Synthesis of Median Filter Systems," *Proceedings of the 1986 Princeton Conference on Information Sciences and Systems*, pp. 711–716, Princeton, New Jersey, March 1986.

**R. L. Stevenson** and G. R. Arce, "Theoretical Analysis of Morphological Filters," *Proceedings of the 24th Annual Allerton Conference on Communication, Control, and Computing*, pp. 353–362, Allerton, IL, October 1986.

**R. L. Stevenson** and E. J. Delp, "Investigation into Building an Invariant Surface Model from Sparse Data," *NATO ASI on Active Perception and Robot Vision*, Maratea, Italy, July 16–29, 1989.

**R. L. Stevenson**, "Machine Vision Systems for Component Assembly and Measurements," *Proceedings of the Fluid Power Technical Update Seminar*, pp. 98–107, West Lafayette, IN, August 2–4, 1989.

J. Song, **R. L. Stevenson**, and E. J. Delp, "The Use of Mathematical Morphology in Image Enhancement," *Proceedings of the 32nd Midwest Symposium on Circuits and Systems*, pp. 67–70, Urbana, IL, August 14–16, 1989.

**R. L. Stevenson** and E. J. Delp, "Invariant Reconstruction of Visual Surfaces," *Proceedings of the IEEE Workshop on the Interpretation of 3D Scenes*, pp. 131–137, Austin, TX, November 27–29, 1989.

**R. L. Stevenson** and E. J. Delp, "Fitting Curves with Discontinuities," *Proceedings of the IEEE International Workshop on Robust Computer Vision*, pp. 127–136, Seattle, WA, October 1–3, 1990.

**R. L. Stevenson**, G. B. Adams, L. H. Jamieson and E. J. Delp, "Three–Dimensional Surface Reconstruction on the AT&T Pixel Machine," *Proceedings of the 24th Annual Asilomar Conference on Signals, Systems and Computers*, pp. 544–548, Pacific Grove, CA, November 5–7, 1990.

**R. L. Stevenson** and E. J. Delp, "Invariant Reconstruction of 3D Curves and Surfaces," *Proceedings of the SPIE Conference on Intelligent Robots and Computer Vision*, pp. 364–375, Boston, MA, November 4–9, 1990.

**R. L. Stevenson** and E. J. Delp, "Viewpoint Invariant Recovery of Visual Surfaces from Sparse Data," *Proceedings of the Third International Conference on Computer Vision*, pp. 309–312, Osaka, Japan, December 4–7, 1990.

**R. L. Stevenson** and E. J. Delp, "Surface Reconstruction with Discontinuities," *Proceedings of the SPIE Conference on Curves and Surfaces in Computer Vision and Graphics II*, pp. 46-57, Boston, MA, November 10–15, 1991.

**R. L. Stevenson**, "A Nonlinear Estimation Technique for Filtering Images Corrupted with Gaussian Noise," *Proceedings of the SPIE/IS&T Conference on Nonlinear Image Processing III*, pp. 210–221, San Jose, California, February 9–14, 1992.

R. R. Schultz and **R. L. Stevenson**, "Improved Definition Image Expansion," *Proceedings of the 1992 International Conference on Acoustics, Speech and Signal Processing*, pp. III:173–176, San Francisco, California, March 23–26, 1992.

J. Wang, **R. L. Stevenson**, and Richard R. Schultz, "Recovery of Image Information from Halftone Information," *Proceedings of the Fifth Digital Signal Processing Workshop,* pp. 6.3.1–6.3.2, Starved Rock State Park, IL, September 13–16, 1992.

R. R. Schultz and **R. L. Stevenson**, "Parameter Estimation for Discontinuity- Preserving Stochastic Signal Models," *Proceedings of the Thirtieth Annual Allerton Conference on Communication, Control, and Computing*, pp. 319–328, Allerton, IL, September 30 – October 2, 1992.

S. M. Schweizer and **R. L. Stevenson**, "Predetection of Impulse Locations in a Mixed Noise Environment," *Proceedings of the Third Annual Argonne Symposium for Undergraduates in Science, Engineering and Mathematics,* p. 73, Argonne National Laboratory, Argonne, IL, November 6–7, 1992.

S. M. Schweizer and **R. L. Stevenson**, "A Bayesian Approach to Inverse Halftoning," *Proceedings of the SPIE/IS&T Conference on Human Vision, Visual Processing and Digital Display IV,* pp. 282–292, San Jose, CA, January 31 – February 5, 1993.

**R. L. Stevenson**, "Reduction of Coding Artifacts in Transform Image Coding," *Proceedings of the 1993 International Conference on Acoustics, Speech and Signal Processing,* pp. V:401–404, Minneapolis, MN, April 27–30, 1993.

T. P. O'Rourke and **R. Stevenson**, "Human Visual System Based Subband Image Compression," *Proceedings of the Thirty-First Annual Allerton Conference on Communication, Control, and Computing,* pp. 452–461, Allerton, IL, September 29 – October 1, 1993.

B. E. Schmitz and **R. L. Stevenson**, "Parameter Estimation for the Curve Recovery Problem," *Proceedings of the Thirty-First Annual Allerton Conference on Communication, Control, and Computing,* pp. 485–494, Allerton, IL, September 29 – October 1, 1993.

M. A. Lexa and **R. Stevenson**, "Filtering Video Sequences using Non-linear Techniques," *Proceedings of the Fourth Annual Argonne Symposium for Undergraduates in Science, Engineering and Mathematics,* p. 83, Argonne National Laboratory, Argonne, IL, November 5–6, 1993.

M. P. Witzman, R. R. Schultz and **R. Stevenson**, "Computation of MAP Signal Estimates using a Gradient Descent Window Operator," *Proceedings of the Fourth Annual Argonne Symposium for Undergraduates in Science, Engineering and Mathematics,* p. 84, Argonne National Laboratory, Argonne, IL, November 5–6, 1993.

T. P. O'Rourke and **R. Stevenson**, "Improved Image Decompression for Reduced Transform Coding Artifacts," *Proceedings of the SPIE/IS&T Conference on Image and Video Processing, II,* pp. 90–101, San Jose, CA, February 6–10, 1994.

R. R. Schultz, S. Choi, **R. L. Stevenson**, Y. Huang, R. Liu and L. Morine, "Contrast Enhancement of Missile Data Through Image Sequence Stablization and Product Correlation," *Proceedings of the SPIE/IS&T Conference on Image and Video Processing, II,* pp. 164–175, San Jose, CA, February 6–10, 1994.

B. E. Schmitz and **R. L. Stevenson**, "Color Palette Restoration," *Proceedings of the SPIE/IS&T Conference on Human Vision, Visual Processing and Digital Display, V,* pp. 327-338, San Jose, CA, February 6–10, 1994.

R. R. Schultz, H. M. Zayed, **R. L. Stevenson**, R. J. Minniti and G. H. Bernstein, "ASIC Design for Robust Signal and Image Processing," *Proceedings of the Fourth Great Lakes Symposium on VLSI,* pp. 138–143, Notre Dame, IN, March 4-5, 1994.

15

T. L. Piatt and **R. L. Stevenson**, "The Use of Block-Matching Motion Estimation in Image Filtering," appeared at the *National Conference on Undergraduate Research,* Western Michigan University, Kalamazoo, MI, April 14-16, 1994.

M. P. Witzman, R. R. Schultz and **R. L. Stevenson**, "Computation of Partial Signal MAP Estimates," appeared at the *National Conference on Undergraduate Research,* Western Michigan University, Kalamazoo, MI, April 14-16, 1994.

R. R. Schultz and **R. L. Stevenson**, "Stochastic Modeling and Estimation of Multispectral Image Data," *Proceedings of the 1994 International Conference on Acoustics, Speech and Signal Processing,* pp. V:373–376, Adelaide, Australia, April 19–22, 1994.

R. R. Schultz and **R. L. Stevenson**, "A Window-Based Bayesian Estimator for Noise Removal," *Proceedings of the 37th Midwest Symposium on Circuits and Systems,* pp. 860–863, Lafayette, LA, August 3–5, 1994.

R. R. Schultz, **R. L. Stevenson**, and A. Lumsdaine, "Maximum Likelihood Parameter Estimation for Non-Gaussian Prior Signal Models," *Proceedings of the 1994 IEEE International Conference on Image Processing,* pp. II:700–704, Austin, TX, November 13–16, 1994.

R. R. Schultz and **R. L. Stevenson**, "Video Resolution Enhancement," *Proceeding of the SPIE/IS&T Conference on Image and Video Processing, III,* pp. 23-34, San Jose, CA, February 5–10, 1995.

J. Squyres, A. Lumsdaine, and **R. L. Stevenson**, "Cluster-Base Image Processing," *Proceedings of the SPIE/IS&T Conference on Image and Video Processing, III,* pp. 228-239, San Jose, CA, February 5–10, 1995.

R. R. Schultz and **R. L. Stevenson**, "Improved Definition Video Frame Enhancement," *Proceedings of The 1995 IEEE International Conference on Acoustics, Speech and Signal Processing,* pp. 2169–2172, Detroit, MI, May 9–12, 1995.

T. P. O'Rourke, **R. L. Stevenson**, L. Perez, D. J. Costello, Jr., and Y.-F. Huang, "Robust Transmission of Compressed Images over Noisy Gaussian Channels," *Proceedings of The 1995 IEEE International Conference on Acoustics, Speech and Signal Processing,* pp. 2319–2322, Detroit, MI, May 9–12, 1995.

**R. L. Stevenson** and R. R. Schultz (invited), "Extraction of High-Resolution Frames from Video Sequences," *IEEE Workshop on Non-linear Image Processing,* pp. 718–721, Greece, June 20–22, 1995.

J. Squyres, A. Lumsdaine, and **R. L. Stevenson**, "A Parallel Image Processing Toolkit Using MPI," *Proceedings the MPI Developers Conference,* http://www.cse.nd.edu/mpidc95/, Notre Dame, IN, June 22-23, 1995.

**R. L. Stevenson**, "Reduction of Coding Artifacts in Low-Bit-Rate Video Coding," *Proceedings of the 1995 Midwest Symposium on Circuits and Systems,* pp. 854–857, Rio de Janeiro, Brazil, August 1995.

B. E. Schmitz and **R. L. Stevenson**, "Color Space Expansion," *Proceedings of the 1995 Midwest Symposium on Circuits and Systems,* pp. 133–136, Rio de Janeiro, Brazil, August 1995.

T. P. O'Rourke, **R. L. Stevenson**, D. J. Costello, Jr. and Y.-F. Huang, "Improved Decoding of Compressed Images Received over Noisy Channels," *Proceedings of the 1995 IEEE International Conference on Image Processing,* pp. II:65–68, Washington, DC, October 1995.

R. R. Schultz and **R. L. Stevenson**, "Motion Compensated Scan Conversion of Interlaced Video Sequences," *Proceedings of the SPIE/IS&T Conference on Image and Video Processing IV,* pp. 107–118, San Jose, CA, February 1996.

B. E. Schmitz and **R. L. Stevenson**, "Enhancement of Sub-Sampled Color Image Data," *Proceedings of the SPIE/IS&T Conference on Image and Video Processing IV,* pp. 97-106, San Jose, CA, February 1996.

T. P. O'Rourke, and **R. L. Stevenson**, "Vector Quantization with Distance Constraints for Enhanced Post-Processing," *Proceedings of the SPIE/IS&T Conference on Still Video Compression II,* pp. 9–20, San Jose, CA, February 1996.

J. M. Squyres, A. Lumsdaine, B. C. McCandless, and **R. L. Stevenson**, "Parallel and Distributed Algorithms for High Speed Image Processing," *Proceedings of the Sixth Annual Dual-Use Technologies & Applications Conference,* pp. 185–190, Syracuse, NY, June 1996.

J. Brockman, S. Batill, J. Renaud, J. Kantor, D. Kirkner, P. Kogge, and **R. L. Stevenson**, "Development of a Multidisciplinary Engineering Design Laboratory at the University of Notre Dame," *Proceedings of the ASEE Annual Conference,* Washington, D.C., June 1996.

R. R. Schultz and **R. L. Stevenson**, "Sub-Pixel Motion Estimation," *Proceedings of the 1996 Midwest Symposium on Circuits and Systems,* pp. 1385–1388, Ames, Iowa, August 1996.

R. Llados-Bernaus and **R. L. Stevenson**, "Reduction of Coding Artifacts in Video Compression," *Proceedings of the SPIE Internal Conference on Electronic Imaging and Signal Processing,* pp. 2–10, Beijing, China, November 1996.

R. Llados-Bernaus and **R. L. Stevenson**, "A Robust Low-Bit Rate 3D Subband Codec," *Proceedings of the SPIE/IS&T Internal Conference on Visual Communications and Image Processing,* pp. 610–521, San Jose, CA, February 1997.

R. R. Schultz, L. Meng, and **R. L. Stevenson**, "Subpixel Motion Estimation for Multiframe Resolution Enhancement," *Proceedings of the SPIE/IS&T Internal Conference on Visual Communications and Image Processing,* pp. 1317–1328, San Jose, CA, February 1997.

M. J. Wahoske, R. W. Liu, and **R. L. Stevenson**, "Dual-Receiver Blind Identification for Image Blurs," *Proceedings of the 1997 IEEE International Conference on Circuit and Systems,* vol. 2, pp. 1377-1380, Hong Kong, June 1997.

R. Llados-Bernaus and **R. L. Stevenson**, "Addition of Robustness to Standard Video Compression Protocols", *Proceedings of the IEEE Midwest Symposium on Circuits and Systems,* pp. 921–924, Sacramento, CA, August 1997.

R. Llados-Bernaus and **R. L. Stevenson**, "Fixed Length Entropy Coding for Robust Video Compression", *Proceedings of the IEEE International on Image Processing,* Vol. II, pp. 97–100, Santa Barbara, CA, October 1997.

R. Schultz and **R. L. Stevenson**, "Bayesian Estimation of Subpixel-Resolution Motion Fields and High-Resolution Video Stills," *Proceedings of the IEEE International Conference on Image Processing,* Vol.

III, pp. 62–65, Santa Barbara, CA, October 1997.

J. He, D. Costello, Y. F. Huang, and **R. L. Stevenson**, "On the Application of Turbo Codes to the Robust Transmission of Compressed Images," *Proceedings of the IEEE International Conference on Image Processing*, Vol. III, pp. 559–562, Santa Barbara, CA, October 1997.

Z. Peng, Y. F. Huang, D. Costello, and **R. L. Stevenson**, "Image Compression using Region-Activity-Based Pyramidal Coding and Iterative Vector Quantizer," *Proceedings of the IEEE International Conference on Image Processing*, Vol. III, pp. 698–701, Santa Barbara, CA, October 1997.

R. Llados-Bernaus and **R. L. Stevenson**, "Edge-Assisted Upper Bands Coding Techniques", *Proceedings of the SPIE/IS&T International Conference on Visual Communications and Image Processing*, pp. 2–13, San Jose, CA, January 1998.

Z. Peng, Y. F. Huang, D. Costello, and **R. L. Stevenson**, "Joint Source/Channel Decoding for Image Transmission – A Turbo Code Approach," *Proceedings of the Conference on Information Sciences and Systems,* pp. 330–335, Princeton, NJ, March 1998.

R. Llados-Bernaus and **R. L. Stevenson**, "Codeword Assignment for Fixed-Length Entropy Coded Video Streams", *IEEE Data Compression Conference*, pp. 269–275, Snowbird, UT, March 1998.

R. R. Schultz and **R. L. Stevenson**, "Estimation of Subpixel-Resolution Motion Fields from Segmented Image Sequences", *Proceedings of the SPIE International Conference on Sensor Fusion: Architectures, Algorithms, and Applications II*, pp. 90–101, Orlando, FL, April 1998.

Z. Peng, Y. F. Huang, D. Costello, and **R. L. Stevenson**, "Joint Channel and Source Decoding for Vector Quantized Images using Turbo Codes," Proceedings of the *IEEE International Symposium on Circuits and Systems,* pp. IV:5–8, Monterey, CA, May 1998.

J. M. Squres, A. Lumsdaine and **R. L. Stevenson**, "A Toolkit for Parallel Image Processing, *Proceedings of the SPIE International Conference on Parallel and Distributed Methods for Image Processing II*, pp. 69–71, San Diego, CA, July 1998.

19

R. Llados-Bernaus and **R. L. Stevenson**, "Bidirectional Block Placement in Corrupted Fixed-Length Entropy Coded Video Streams", *Proceedings of the IEEE Midwest Symposium on Circuits and Systems*, pp. 391–394, Notre Dame, IN, August 1998.

M. Robertson and **R. L. Stevenson**, "Reducing the Complexity of Iterative Post-Processing of Video," *Proceedings of the IEEE Midwest Symposium on Circuits and Systems*, pp. 399–402, Notre Dame, IN, August 1998.

S. Borman and **R. L. Stevenson**, "Super-Resolution Still from Image Sequences – A Review," *Proceedings of the IEEE Midwest Symposium on Circuits and Systems*, pp. 374–378, Notre Dame, IN, August 1998.

Z. Peng, Y. F. Huang, D. Costello, and **R. L. Stevenson**, "Joint Decoding for Turbo Codes for Subband Coded Image," Proceedings of the *IEEE International Conference on Image Processing,* pp. I:329–333, Chicago, IL, October 1998.

M. Robertson and **R. L. Stevenson**, "Reducing the Complexity of a MAP Post-Processing Algorithm for Video Sequences," Proceedings of the *IEEE International Conference on Image Processing,* pp. I:372–376, Chicago, IL, October 1998.

Z. Peng, Y. F. Huang, D. Costello, and **R. L. Stevenson**, "On the Tradeoff Between Source and Channel Coding Rates for Image Transmission," Proceedings of the *IEEE International Conference on Image Processing,* pp. II:118–121, Chicago, IL, October 1998.

R. Llados-Bernaus and **R. L. Stevenson**, "Computationally Efficient Fixed-Length Entropy Codec for Robust Video Compress," Proceedings of the *IEEE International Conference on Image Processing,* pp. III:85–89, Chicago, IL, October 1998.

S. Borman, M. Robertson, and **R. L. Stevenson**, "Block-Matching Sub-Pixel Motion Estimation from Noisy Under-Sampled Frames – An Empirical Performance Evaluation," *Proceedings of the SPIE/IS&T Conference on Visual Communication and Image Processing '99,* Vol. 3653, pp. 1442–1451, January 25–27, 1999.

M. A. Robertson, S. Borman, and **R. L. Stevenson**, "Dynamic Range Improvement Through Multiple Exposures," *Proceedings of the In-*

*ternational Conference on Image Processing*, pp. III:159–163, Kobe, Japan, October 1999.

S. Borman and **R. L. Stevenson**, "Simultaneous Multi-frame MAP Super-Resolution Video Enhancement using Spatio-temporal Priors", *Proceedings of the International Conference on Image Processing*, pp. III:469–473, Kobe, Japan, October 1999.

M. A. Robertson and **R. L. Stevenson**, "Restoration of Compressed Video using Temporal Information," *Proceedings of the SPIE/IS&T Visual Communications and Image Processing 2001*, pp. 21–29, San Jose, CA, January 2001.

M. A. Robertson and **R. L. Stevenson**, "Temporal Resolution Enhancement in Compressed Video," *Nonlinear Signal and Image Processing 2001*, Baltimore, MD, June 2001.

M. A. Robertson and **R. L. Stevenson**, "DCT Quantization Noise in Compressed Images," *Proceedings of the International Conference on Image Processing 2001*, Thessaloniki, Greece, pp. 185–188, October, 2001.

K. Erickson and **R. L. Stevenson**, "Frame Type Selection for Off-Line MPEG Encoding," *Proceedings of SPIE/IS&T Visual Communications and Image Processing 2001*, San Jose, CA, pp. 406–414, January 2002.

D. P. Bennett, J. Bally, I. Bond, E. Cheng, K. Cook, D. Deming, P. Garnavich, K. Griest, D. Jewitt, N. Kaiser, T. R. Lauer, J. Lunine, G. Luppino, J. C. Mather, D. Minniti, S. J. Peale, S. H. Rhie, J. Rhodes, J. Schneider, G. Sonneborn, **R. Stevenson**, C. Stubbs, D. Tenerelli, N. Woolf, and P. Yock, "The Galactic Exoplanet Survey Telescope (GEST)", *Proceedings of the SPIE International Conference on Future EUV/UV and Visible Space Astrophysics Missions and Instrumentation*, pp. 141–155, Waikoloa, HI, August 2002.

R. Magill, C. E. Rohrs, and **R. L. Stevenson**, "Revisiting Output Queued Switch Emulation by a Combined Input/Output Queued Switch," *Proceedings of the Fortieth Annual Allerton Conference on Communication, Control, and Computing,* Allerton, IL, October 2 – 4, 2002.

R. Magill, C. E. Rohrs, and **R. L. Stevenson**, "Output Queued Switch

Emulation by a Buffered Crossbar Fabric," *Proceedings of the Fortieth Annual Allerton Conference on Communication, Control, and Computing,* Allerton, IL, October 2 – 4, 2002.

S. Borman and **R. L. Stevenson**, "Image resampling and constraint formulation for multi-frame super-resolution restoration," *Proceedings of the SPIE/IS&T Conference on Computational Imaging II*, Santa Clara, CA, pp. 234–245, January 20 – 24, 2003.

G. Zhang and **R. L. Stevenson**, "A Modified Fixed-Length Entropy Coding Algorithm for Robust Video Compression," *Proceedings of the SPIE/IS&T Conference on Image and Video Communications and Processing 2003*, Santa Clara, CA, pp. 470–478, January 20 – 24, 2003.

S. Borman and **R. L. Stevenson**, "Linear models for multi-frame super-sesolution restoration under non-afine registration and spatially varying PSF," *Proceedings of the SPIE/IS&T Conference on Computational Imaging*, San Jose, CA, January 18 – 22, 2004.

G. Zhang, and **R. L. Stevenson**, "Efficient Error Recovery for Multiple Description Video Coding," *Proceedings of the International Conference on Image Processing 2004*, Singapore, pp. 829-832, October, 2004.

G. Zhang and **R. L. Stevenson**, "Error Resilient Video Coding Using Virtual Reference Picture." *Proceedings of the SPIE/IS&T Conference on Image and Video Communications and Processing 2005,* San Jose, CA, pp. 896–903, January 18-20, 2005.

G. Zhang, **R. L. Stevenson**, "Hybrid Scalable Video Coding with Multiple Description and Layered Coding," *Proceedings of the SPIE/IS&T Conference on Visual Communications and Image Processing 2006,* San Jose, CA, January 2006.

Y. Li, **R. L. Stevenson**, J. Gai, "Detection of Junction in Images," *Proceeding of the SPIE/IS&T Conference on Image Processing: Algorithms and Systems V,* San Jose, CA, February 2007.

Y. Li, **R. L. Stevenson**, "Multimodal Image Registration Based on Edges and Junctions." *Proceeding of the SPIE/IS&T Conference on Visual Communications and Image Processing 2007,* San Jose, CA, January 2007.

J. Gai and **R. L. Stevenson**, "A Robustified Hidden Markov Model for Visual Tracking with Subspace Representation," *Proceeding of the SPIE/IS&T Conference on Visual Communications and Image Processing 2007,* San Jose, CA, January 2007.

Y. , **R. L. Stevenson**, and J. Gai "Corner-Guided Image Registration by using Edges," *Proceedings of the International Conference on Image Processing 2007*, San Antonio, TX, pp. V:361-364, September, 2007.

J. Gai, Y. Li, and **R. L. Stevenson**, "Coupled Hidden Markov Models for Robust EO/IR Target Tracking," *Proceedings of the International Conference on Image Processing 2007*, San Antonio, TX, pp. I:41-44, September, 2007.

Y. Li, **R. L. Stevenson**, and J. Gai , "Line segment based image registration," *Proceeding of the SPIE/IS&T Conference on Visual Communications and Image Processing 2008,* San Jose, CA, January 2008.

J. Gai, Y. Li, and **R. L. Stevenson**, "Robust Bayesian PCA with Students t-distribution: The variational inference approach," *Proceedings of 15th IEEE International Conference on Image Processing,* pp. 1340 - 1343, San Diego, CA, October 2008.

J. Gai, Y. Li, and **R. L. Stevenson**, "An EM algorithm for robust Bayesian PCA with students t-distribution," *Proceedings of 15th IEEE International Conference on Image Processing,* pp. 2672 - 2675, San Diego, CA, October 2008.

Y. Li, **R. L. Stevenson**, and J. Gai , "Curve matching in the framework of Riemannian geometry," *Proceeding of the SPIE/IS&T Conference on Visual Communications and Image Processing 2009,* San Jose, CA, January 2009.

J. Gai and **R. L. Stevenson**, "Contour Tracking BAsd On A Synergistic Approach of Geodesic Active Contours and Conditional Random Fields," *Proceedings of the 17th IEEE International Conference on Image Processing*, Hong Kong, China, September, 2010.

J. Gai and **R. L. Stevenson**, "Optical Flow Estimation With p-Harmonic Regularization," *Proceedings of the 17th IEEE International Conference on Image Processing*, Hong Kong, China, September, 2010.

23

Y. Li and **R. L. Stevenson**, "Affine image registration with curve mapping," *Proceedings of the SPIE/IS&T Conference on Visual Information Processing and Communication II*, San Francisco, CA, January 2011.

J. D. Simpkins and **R. L. Stevenson**, "Robust Grid Registration for Non-Blind PSF Estimation," *Proceedings of the SPIE/IS&T Conference on Visual Information Processing and Communication III*, San Francisco, CA, January 2012.

Y. Li and **R. L. Stevenson**, "A Similarity Metric for Multimodal Images Based on Modified Hausdorff Distance," *Proceedings of the 9th IEEE International Conference on Advanced Video and Signal-Based Surveillance*, Beijing, China, September 2012.

J. D. Simpkins and **R. L. Stevenson**, "Mapping Measurable Qualties of Point-Spread Function Observations to Seidel Aberration Coefficients," *Proceedings of the 18th International Conference on Image Processing*, Orlando, FL, September 2012.

Y. Li and **R. L. Stevenson**, "Multimodal Image Registration By Iteratively Searching Keypoint Correspondences," *Proceedings of the SPIE/IS&T Conference on Visual Information Processing and Communication IV*, San Francisco, CA, February 21, 2013.

J. D. Simpkins and **R. L. Stevenson**, "A Spatially-Varying PSF Model for Seidel Aberrations and Defocus," *Proceedings of the SPIE/IS&T Conference on Visual Information Processing and Communication IV*, San Francisco, CA, February 21, 2013.

Y. Li and **R. L. Stevenson**, "Register multimodal images of range information," *Proceedings of the SPIE/IS&T Conference on Visual Information Processing and Communication V*, San Francisco, CA, February 17, 2014.

J. D. Simpkins and **R. L. Stevenson**, "Register Multimodal Images of Range Information," *Proceedings of the SPIE/IS&T Conference on Visual Information Processing and Communication V*, San Francisco, CA, February 17, 2014.

R. Zhen and **R. L. Stevenson**, "Joint Deblurring and Demosaicking of Raw Image Data With Motion Blur" *Proceedings of the SPIE/IS&T*

*Conference on Visual Information Processing and Communication V*, San Francisco, CA, February 17, 2014.

R. Zhen and **R. L. Stevenson**, "Motion Blur Kernel Estimation Using Noisy Inertial Data," *Proceedings of the IEEE International Conference on Image Processing*, Paris, France, pp. 4602-6, October 27, 2014.

R. Zhen and **R. L. Stevenson**, "Semi-blind Deblurring Images Captured with Electronic Rolling Shutter Mechanism," *Proceedings of the SPIE/IS&T Conference on Visual Information Processing and Communication VI*, February 2015.

J. D. Simpkins and **R. L. Stevenson**, "Parameterized modeling and estimation of spatially varying optical blur," *Proceedings of SPIE/IS&T Conference on Digital Photography and Mobile Imaging XI*, February 2015.

R. Zhen and **R. L. Stevenson**, "Motion debarring for depth-varying scenes," *IS&T Conference on Visual Information Processing and Communication VII*, February 2016.

H. Jin, Y. Li, and **R. L. Stevenson**. "Register Multimodal Image of Large Scene Depth Variation with Global Information," *IS&T Conference on Visual Information Processing and Communication VII*, February 2016.

R. Zhen and **R. L. Stevenson**, "Motion Deblurring and Depth Estimation From Multiple Images," *Proceedings of the IEEE International Conference on Image Processing*, Phoenix, Arizona, , September 25-29, 2016.

L. N. Kloepper, Y. Fu, M. Kinniry, **R. L. Stevenson**, C. H. Brighton, P. Domski, C. Harding, and G. K. Taylor, "Hawks, ziplines, and drones: new methods for recording echolocation of bats in large groups," *North American Society for Bat Research*, Knoxville, TN, October 2017.

L. N. Kloepper, Y. Fu, M. Kinniry, **R. L. Stevenson**, C. H. Brighton, P. Domski, C. Harding, and G. K. Taylor, "Sensing in streams and swarms: echolocation of bats in large groups," *XXVI International Bioacoustics Council Meeting*, Hardiwar, India, October 2017.

S. Zhang and **R. L. Stevenson**, "Intertia Sensor Aided Alignment for

Burst Pipeline in Low Light Conditions," *Proceedings of the IEEE International Conference on Image Processing*, Athens, Greece, , October 7-10, 2018.

S. Zhang and **R. L. Stevenson**, "GAN Based Image Deblurring Using Dark Channel Prior," *IS&T Conference on Computational Imaing XVII*, January 2019.

## Patents

"Video Coding using a Maximum A Posteriori Loop Filter," U.S. Patent 6,081,552, June 27, 2000.

## Invited Talks

"Bayesian Techniques for Image Restoration," Department of Electrical Engineering and Computer Science, Washington State University, Pullman, WA, March 27, 1992.

"Reconstruction and Enchancement of Image and Video Data," Hewlett Packard Research Laboratory, Palo Alto, CA, October 12, 1993.

"Stochastic Image Modeling for Image Enhancement," Department of Electrical Engineering and Computer Science, University of California, Berkeley, CA, February 10, 1994.

"Stochastic Image Modeling for Image Enhancement," Department of Electrical Engineering and Computer Science, Northwestern University, IL, May 31, 1994.

"Bayesian Estimation Techniques for Image/Video Processing," Intel Corp., Hillsboro, OR, Part I July 7, 1994, Part II July 21, 1994.

"HVS Based Image Compression," Intel Corp., Hillsboro, OR, August 18, 1994.

"Bayesian Estimation Techniques for Image/Video Processing," Tektronix Inc., Beaverton, OR, August 19, 1994.

"Bayesian Estimation Techniques for Image/Video Processing," Intel Corp., Santa Clara, CA, August 23, 1994.

"Post-Processing MRV Video Data," Intel Corp., Hillsboro, OR, August 25, 1994.

"Improved Robust Image/Video Communication," Motorola Corp., Schaumburg, IL, February 21, 1995.

"Stochastic Modeling of Color Image Data," Xerox Corp., Webster, NY, May 24, 1995.

"Multi-Frame Integration for Video Enhancement," Kodak Corp., Rochester, NY, August 4, 1995.

"Bayesian Estimation Techniques for Image/Video Processing," Ricoh California Research Center, Palo Alto, CA, February 3, 1996.

"Bayesian Estimation Techniques for Image/Video Processing," University of Delaware, Newark, DE, October 10, 1996.

"Issues in Video Compression," Intel Corporation, Hillsboro, OR, June 21, 1997.

"Techniques for High-Speed Image Enhancement," Sun Microsystems, Sunnyvale, CA, May 21, 1998.

"Stochastic Modeling for Image/Video Processing," Purdue University, West Lafayette, IN, Nov. 12, 1998.

"High Performance Multimedia Applications Reserach," Sun Microsystems, Sunnyvale, CA, Jan. 25, 1999.

"Video over the Internet," D. E. Shaw & Co., New York, NY, May 4, 2000.

"Entertainment Video over the Internet," Sun Microsystems, Sunnyvale, CA, Nov. 16, 2000.

"The Creative Scientist," Keynote address at 16th Annual Undergraduate Research Symposium, University of Delaware, Newark, DE, May 5, 2001.

"Super-Resolution Camera Systems," Thomson Consumer Electronics, Indianapolis, IN, November 28, 2001.

"Three-Dimensional Signal Processing," Air Force Research Laboratory, Rome, New York, September 26, 2002.

"Bayesian Image and Video Restoration," ECE Distinguished Speaker Seminar Series at the Illinois Institute of Technology, October 24, 2003.

"Error Resilient Video Coding," Purdue University, West Lafayette, IN, May 17, 2005.

"Robust Video Compression Using Multiple Description Coding," Indiana University-Purdue University Indianapolis, Indianapolis, IN, November 2, 2006.

"Bayesian-Based Image and Video Enhancement," Digimarc Corporation, Beaverton, OR, July 27, 2011.

## Dissertations/Theses Supervised

### Ph.D. Dissertations

R. R. Schultz, "Multichannel Stochastic Image Models: Theory, Applications, and Implementations," Ph.D. Dissertation, University of Notre Dame, November 1994.

T. P. O'Rourke, "Robust Image Communication: An Improved Design," Ph.D. Dissertation, University of Notre Dame, January 1996.

B. E. Schmitz, "Enhancement of Sub-Sampled Color Image Data," Ph.D. Dissertation, University of Notre Dame, March 1996.

R. Llados-Bernaus, "Entropy Coding Techniques for Robust Video Compression," Ph.D. Dissertation, University of Notre Dame, March 1998.

M. A. Robertson, "High-Quality Reconstruction of Digital Image and Video from Imperfect Observations," Ph.D. Dissertation, University of Notre Dame, April 2001.

R. Magill, "Emulating an Output Queued Packet Switch with Systems Containing Input and Output Queueing," Ph.D. Dissertation, University of Notre Dame, May 2003.

K. Erickson, "Quality Optimization of Standards - Compliant Encoded Video," Ph.D. Dissertation, University of Notre Dame, May 2003.

S. Borman, "Topics in Multiframe Superresolution Restoration," Ph.D. Dissertation, University of Notre Dame, May 2004.

G. Zhang, "Robust Scalable Video Compression Using Multiple Description Coding," Ph.D. Dissertation, University of Notre Dame, May 2007.

J. Gai, "Robust Target Tracking: Theory, Applications and Implementations," Ph.D. Dissertation, University of Notre Dame, May 2010.

Y. Li, "Multimodal Image Registration Through Iteratively Searching

Correspondences of Keypoints and Line Segments," Ph.D. Dissertation, University of Notre Dame, December 2012.

J. Simpkins, "Modeling, Approximation, and Estimation of Spatially-Varying Blur in Photographic Systems," Ph.D. Dissertation, University of Notre Dame, May 2016.

L. Hollmann, "Modeling, Approximation, and Estimation of Spatially-Varying Blur in Photographic Systems," Ph.D. Dissertation, University of Notre Dame, November 2016.

R. Zhen, "Aided Blind Deblurring Image Degraded by Motion Blur," Ph.D. Dissertation, University of Notre Dame, February 2017.

## M.S.E.E. Theses

R. R. Schultz, "Improved Definition Image Expansion," M.S.E.E. Thesis, University of Notre Dame, January 1992.

T. P. O'Rourke, "Human Visual Based Wavelet Decomposition for Image Compression," M.S.E.E. Thesis, University of Notre Dame, December 1992.

B. E. Schmitz, "Curve Reconstruction: A Balance Between Smoothness and Discontinuity Preservation," M.S.E.E. Thesis, University of Notre Dame, February 1993.

H. M. Zayed, "A Tunable Analog VLSI Network for Preserving Discontinuities in One-Dimensional Signals," M.S.E.E Thesis, University of Notre Dame, November 1993 (co-adviser: G. Bernstein).

M. J. Wahoske, "Dual-Receiver Blind Identification for Image Blurs," M.S.E.E Thesis, University of Notre Dame, August 1996 (co-adviser: R. Liu).

M. Robertson, "Computationally Efficient Post-Processing of Compressed Video Streams," M.S.E.E Thesis, University of Notre Dame, February 1998.

G. Zhang, "Modified Fixed-Length Entropy Coding for Robust Video Compression," M.S.E.E Thesis, University of Notre Dame, December 2002.

29

J. D. Simpkins, "Modeling and Estimation of Spatially-Varying Point-Spread Functions Due to Lens Aberrations and Defocus," M.S.E.E. Thesis, University of Notre Dame, December 2011.

R. Zhen, "Enhanced Raw Image Capture and Deblurring," M.S.E.E. Thesis, University of Notre Dame, May 2013.

### Current Research Students

Shuang Zhang
Jieyu Li
Mohammad Rasool Izadi

## Research Funding

### Current Funding

Principal Investigator, Office of Naval Research, $54,073 for "Signal Processing Methods to Isolate Individual Bat FM calls from within the noise of a swarm."

Principal Investigator, EE Chair Fund, $500,000 for "Video Enhancement Research."

### Prior Funding

Principal Investigator, Jesse H. Jones Faculty Research Fund, University of Notre Dame, $9,750 for "Reliable Surface Parameter Estimation in Three–Dimensional Vision," (with P. Flynn).

Principal Investigator, Jesse H. Jones Faculty Research Equipment Fund, University of Notre Dame, $7,675 for "Hardware for the Acquisition and Display of Real–Time Video Signals," (with K. Sauer).

Co-Principal Investigator, Rome Laboratory, F30602-92-C-0138, $85,000 for "Multi-Frame Integration," (with Y. Huang and R. Liu).

Co-Principal Investigator, National Science Foundation, CDA92-22905, $58,126 for a "High Resolution Video Processing System," (with D. Costello, K. Sauer, P. Bauer, Y. Huang and R. Liu).

Principal Investigator, Indiana Space Grant Consortium, $7,300 for

"Real–Time Vision for Teleoperated Control of Unmanned Vehicles and Robots," $7,500 for "Robust Video Coding," $5,889 for "Robust Video Coding,"

Principal Investigator, Apple Computer, Inc., $15,000 for "Color Palette Restoration," $16,467 equipment donation.

Co-Principal Investigator, Office of University Computing, University of Notre Dame, $20,000 for "Computing for System Engineering," (with D. Costello and A. Lumsdaine).

Co-Principal Investigator, National Aeronautics and Space Administration, NASA-NAG 3-1549, $50,795 for "Integrated System Design for the Transmission of Image Data over Low Bit Rate Noisy Channels," (with D. Costello and Y. Huang).

Principal Investigator, Rome Laboratory, F30602-94-1-0017, $35,408 for "Multi-Frame Integration for the Extraction of High Resolution Still Images from Video Sequences."

Principal Investigator, Rome Laboratory, F30602-94-1-0016, $50,785 for "Parallel and Distributed Algorithms for High-Speed Image Processing," (with A. Lumsdaine).

Principal Investigator, Intel Corp., $68,000 for "Post-Processing Compressed Video Data," $15,000 equipment donation.

Co-Principal Investigator, Lockheed Martin, $150,000 for "Robust Transmission of Images over Noisy Channels," (with D. Costello and Y. Huang).

Principal Investigator, Apple Computer, Inc., $19,100 for "Quicktake Image Enhancement," $15,000 equipment donation.

Co-Principal Investigator, Office of University Computing, University of Notre Dame, $21,600 for "Multidisciplinary Engineering Design Laboratory," (with J. Brockman, J. Kantor, J. Renaud, D. Kirkner, S. Batill, and P. Kogge).

Principal Investigator, Motorola Corp., $91,252 for "Robust Transmission of Image Data over Low-Bit-Rate Noisy Channels," (with D. Costello, R. Liu and Y. Huang).

31

Principal Investigator, Rome Laboratory, F30602-96-C-0235, $199,964 for "Parallel and Distributed Algorithms for High-Speed Image Processing," (with A. Lumsdaine).

Co-Principal Investigator, Office of University Computing, University of Notre Dame, $23,000 for "An ATM Network for High-Speed Communications," (with A. Lumsdaine).

Principal Investigator, Sun Microsystems, $21,400 for "VIS-Based Image Enhancement."

Co-Principal Investigator, IBM, $309,544 for "Scalable Shared Memory: Case Studies," (with A. Lumsdaine, N. Chrisochoides, J. Westerink, E. Maginn, M. Stadtherr).

Co-Principal Investigator, Army Research Office, DAAG55-98-1-0091, $250,000 for "Scalable Meta-Computing for Computational Science and Engineering," with A. Lumsdaine, N. Chrisochoides, J. Westerink, E. Maginn, M. Stadtherr).

Principal Investigator, Graduate School, University of Notre Dame, $71,980 for "High-Resolution Video Processing,".

Principal Investigator, Department of Defense, MDA904-98-C-B224, $124,150 for "Temporal Image Enhancement," (with A. Lumsdaine).

Co-Principal Investigator, Graduate School, University of Notre Dame, $215,000 for "Scalable Meta-Computing for High Performance Computational Science and Engineering," (with A. Lumsdaine, N. Chrisochoides, J. Westerink, E. Maginn, M. Stadtherr).

Principal Investigator, Sun Microsystems, $55,060 for "Multimedia Architectures."

Principal Investigator, Graduate School, University of Notre Dame, $75,000 for "Sun Microsystems Embedded Center."

Co-Principal Investigator, Indiana's 21st Century Research & Technology Fund, $829,714 for "Entertainment Video over the Internet," (with E. Delp, B. Beyers, C. Rosenberg, P. Salama, and N. Shroff).

Principal Investigator, Sun Microsystems, $40,000 for "Entertainment Video."

Co-Principal Investigator, National Science Foundation, $248,887 for "Instrumentation for Multidimensional Imaging and Applications", (P. Flynn, K. Bowyer, and D.Z. Chen).

Principal Investigator, Department of the Air Force, $75,000 for "Multi-Source Image Correlation and Analysis," (with P. Flynn, and K. Bowyer).

Co-Principal Investigator, Indiana's 21st Century Research & Technology Fund, $856,576 for "Advanced Digital Video Compression: New Techniques for Security Applications," (with E. Delp, L. Chrisopher, B. Brenner, C. Armstrong, and P. Salama).

Principal Investigator, Office of Naval Research, $39,461 for "Biologically Inspired Approaches to Overcome Mutual-Interference by Active Sensor Systems."

## Teaching and Course Development

| EE220 | Devices and Systems in Electrical Engineering<br>Developed: Fall 1998<br>Taught: Fall 1998, 1999, 2000 |
|---|---|
| EE224/EE20224 | Introduction to Electrical Engineering<br>Taught: Fall 1990, 1992, 1995, 1999, 2000, 2006, 2007, 2008 |
| EE242/EE20242 | Electronic Circuits<br>Taught: Spring 2001, 2002, 2003, 2004, 2005 |
| EE30363 | Random Phenomena in Electrical Engineering<br>Taught: Spring 2010, 2011, 2012, 2013 |
| EE30321 | Embedded Systems<br>Developed: Spring 2016<br>Taught: Spring 2016, 2017, 2018 |
| EE40354 | Multimedia Signals and Systems<br>Developed: Fall 2012<br>Taught: Fall 2012, 2016, 2017; Spring 2014 |
| EE471/EE40471 | Digital Signal Processing<br>Taught: Spring 1992, 1993, 1995, 1996, 2000, 2008 |
| EG498 | Multidisciplinary Engineering Design Laboratory |

|               | Developed: Fall 1995<br>Taught: Fall 1995 |
|---------------|-------------------------------------------|
| EE498         | Topics in Image Processing<br>Taught: Fall 1994 |
| EE573/EE60573 | Random Processing, Estimation and Detection Theory<br>Taught: Spring 2007, 2009 |
| EE581/EE60581 | Digital Image Processing<br>Taught: Spring 1991, 1994, 1999, 2006, 2015; Fall 1997,<br>2001, 2003, 2010 |
| EE598/EE60671 | Advanced Digital Signal Processing<br>Developed: Fall 2004<br>Taught: Fall 2004, 2005, 2011, 2013, 2014 |
| EE598         | Computer Vision<br>Developed: Fall 1991<br>Taught: Fall 1991, 1993 |
| EE663/EE80663 | Advanced Stochastic Processes<br>Developed: Spring 1998<br>Taught: Spring 1998, Fall 2002, 2009 |
| ELEG631       | Applications of Digital Signal Processing<br>Developed: Fall 1996<br>Taught: Fall 1996, University of Delaware |
| CSE498P       | Digital Multimedia Hub System Design<br>Developed: Spring 2003<br>Taught: Spring 2003 |

## University Services

### University
Committee on Advising
   2018–Present
Chair, Science and Technology Subcommittee of the Core Curriculum
   Committee
   2018–Present
Core Curriculum Committee
   2018–Present
Club Supervisor, Notre Dame Machine Learning Club
   2018–Present

34

Club Supervisor, Rubik's Cube Club of Notre Dame
        2011–2015
University Committee on Research and Sponsored Programs
        2006–2010
Intellectual Property Committee
        2003–2006
ND's Technical Liaison to the Indiana Governor for Sun Microsystems
        2000–2001
Committee on Technical Computing
        1995–1996
University Committee on Computer and Information Sciences
        1995–1996, 2002–2003
University Committee on Academic Technology
        2003–2006
Faculty Senate
        1993–1996
Freshman Orientation
        1993–1995, 1998–2007

## Engineering College

Ad-hoc Committee on First Year Engineering
        2018–Present
Four Horsemen Venture Capital Fund Advisory Committee
        2003–2004
CSE Chairman Search Committee
        1999–2001
College Council
        1997–2000
Undergraduate Studies Committee
        1994–1996, 1998–1999, 2013–Present
College Computer Committee
        1995–1996, 1997–2013
Ad hoc College Computer Committee
        2001–2002, 2007
Friends of the MEP mentoring initiative
        1992

## Electrical Engineering Department

Ad-hoc Committee on the Curriculum
        2017–Present
Director of Undergraduate Studies
        2014–Present