# Exhibit 1
# Filed Under Seal

# Exhibit 2

**Page 1**

```
 1            UNITED STATES DISTRICT COURT
              DISTRICT OF NEW JERSEY
 2
 3

     EAGLE VIEW TECHNOLOGIES, INC., AND
 4   PICTOMETRY INTERNATIONAL CORP.
 5   VS.                1:15-cv-07025-RBK-JS
 6   XACTWARE SOLUTIONS, INC. AND VERISK
     ANALYTICS, INC.
 7
 8
 9
10          **ATTORNEYS' EYES ONLY**
11
12
13      Deposition of JASON PAWLIK, taken in accordance
14   with the Connecticut Practice Book at the Hartford
15   Marriott, 200 Columbus Boulevard, Hartford,
16   Connecticut, before Deborah Gentile, RPR, a Registered
17   Professional Reporter and Notary Public, in and for
18   the State of Connecticut on December 5, 2017, at
19   9:35 a.m.
20
21
22          DEBORAH GENTILE, NO. 527
23
24
25
```

**Page 2**

```
 1
 2   A P P E A R A N C E S :
 3
 4   ON BEHALF OF THE PLAINTIFF EAGLE VIEW TECHNOLOGIES:
 5   LESLIE M SCHMIDT, ESQUIRE
     Kirkland & Ellis LLP
 6   601 Lexington Avenue
     New York, New York 10022
 7   Tel:  212.446.4763
     Fax:  212.446.6460
 8   Email:leslie.schmidt@kirkland.com
 9
10   ON BEHALF OF THE DEFENDANTS XACTWARE SOLUTIONS, INC.
     and VERISK ANALYTICS, INC.:
11
     MATTHEW SKLAR, ESQUIRE
12   McCarter & English, LLP
     100 Mulberry Street
13   Newark, New Jersey 07102
     Tel:  973.622.4444
14   Fax:  973.624.7070
     Email:msklar@mccarter.com
15
16
     ON BEHALF OF THE WITNESS:
17
     DAVID W. KENNA, ESQUIRE
18   The Hartford
     Law Department
19   One Hartford Plaza
     H0-1-10
20   Hartford, Connecticut 06155
     Tel:  860.547.3592
21   Fax:  877.340.9867
     Email:David.Kenna@thehartford.com
22
23
24
25
```

**Page 3**

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 4**

```
 1
 2      VIDEOGRAPHER:  And we're now on record.
 3   This is tape number one to the videotape deposition --
 4   excuse me -- of Jason Pawlik, in matter of EagleView
 5   Technologies, et al., versus Xactware Solutions,
 6   Incorporated, et al., being heard before the United
 7   States District Court, District of New Jersey.  Case
 8   number 1:15-cv-07025-RBK-JS.
 9      This deposition is being held at
10   200 Columbus Boulevard, Hartford, Connecticut, on
11   12/5/2017 at approximately 9:35 a.m.
12      My name is Kevin Aspinwall and I'm the
13   videographer.  The court reporter is Debbie Gentile.
14      Will counsel please introduce yourselves,
15   state your affiliations and the witness will be sworn.
16      MS. SCHMIDT:  Leslie Schmidt from Kirkland &
17   Ellis on behalf of EagleView.
18      MR. SKLAR:  Good morning.  Matthew Sklar of
19   McCarter & English on behalf of the defendants
20   Xactware Solutions, Inc., and Verisk Analytics.
21      MR. KENNA:  And Dave Kenna from
22   The Hartford.
23
24
25
```





Exhibit 3

1              UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF NEW JERSEY

3

4

5

6     ********************************

7     EAGLE VIEW TECHNOLOGIES, INC.,
      et al.
8
                      Plaintiffs
9
      vs.           CA NO. 1:15-cv-07025-RBK-JS
10

11    XACTWARE SOLUTIONS, INC.,
      et al.
12
                      Defendants
13    ********************************

14

15              *Attorneys' Eyes Only*

16           VIDEOTAPED DEPOSITION OF:

17                 MATTHEW LEVIN

18                    MetLife

19                700 Quaker Lane

20             Warwick, Rhode Island

21         January 22, 2018      9:35 a.m.

22

23              Darlene M. Coppola

24            Registered Merit Reporter

25            Certified Realtime Reporter



800.211.DEPO (3376)
EsquireSolutions.com

