Liza M. Walsh
Hector D. Ruiz
Eleonore Ofosu-Antwi
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100

**OF COUNSEL** (admitted *pro hac vice*)**:**

Adam R. Alper
Brandon H. Brown
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
(415) 439-1400

Michael W. De Vries
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
(213) 680-8400

Leslie M. Schmidt
KIRKLAND & ELLIS LLP
601 Lexington Ave
New York, NY 10022
(212) 446-4800

Gianni Cutri
Joel R. Merkin
Kristina N. Hendricks
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES, INC., and PICTOMETRY INTERNATIONAL CORP., | Civil Action No.: 1:15-cv-07025 (RMB-JS) |
| Plaintiffs, | **DECLARATION OF LIZA M. WALSH** |
| v. | |
| XACTWARE SOLUTIONS, INC., and VERISK ANALYTICS, INC., | *Filed Electronically* |
| Defendants. | |

I, Liza M. Walsh, hereby certify and state:

1.     I am an attorney-at-law admitted to practice before this Court and am a partner at Walsh Pizzi O'Reilly Falanga LLP, counsel of record for Plaintiff Eagle View Technologies, Inc. ("Plaintiff") in the above-captioned action.

2.     I submit this Declaration in support of Plaintiff Eagle View's Pretrial Brief.

3.     Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition transcript of Chris Pershing, dated November 7, 2017 (FILED UNDER SEAL).

4.     Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the deposition transcript of Chris Pershing, dated November 8, 2017 (FILED UNDER SEAL).

5.     Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the deposition transcript of Chris Barrow, dated November 9, 2017 (FILED UNDER SEAL).

6.     Attached hereto as Exhibit 4 is a true and correct copy of a certified version of U.S. Patent No. 8,170,840.

7.     Attached hereto as Exhibit 5 is a true and correct copy of a certified version of U.S. Patent No. 9,129,376.

8.     Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the deposition transcript of Jeffery Lewis, dated October 24, 2017 (FILED UNDER SEAL).

9.     Attached hereto as Exhibit 7 is a true and correct copy of a certified version of U.S. Patent No. 8,078,436.

10.     Attached hereto as Exhibit 8 is a true and correct copy of a certified version of U.S. Patent No. 8,825,454.

11.     Attached hereto as Exhibit 9 is a true and correct copy of a certified version of U.S.

Patent No. 8,818,770.

12.     Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the deposition transcript of Peter Olson, dated December 1, 2017 (FILED UNDER SEAL).

13.     Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the deposition transcript of Edmond Webecke, dated October 17, 2017 (FILED UNDER SEAL).

14.     Attached hereto as Exhibit 12 is a true and correct copy of excerpts from Defendants' Second Amended Answer, Affirmative Defenses, Counterclaims, and Jury Demand, filed February 28, 2017.

15.     Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the deposition transcript of Mike Fulton, dated October 4, 2017 (FILED UNDER SEAL).

16.     Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the deposition transcript of Michael Allen, dated March 29, 2018 (FILED UNDER SEAL).

17.     Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the deposition transcript of Jeffery Lewis, dated October 25, 2017 (FILED UNDER SEAL).

18.     Attached hereto as Exhibit 16 is a true and correct copy of excerpts from the Opening Expert Report of Dr. Robert Stevenson, dated April 11, 2108 (FILED UNDER SEAL).

19.     Attached hereto as Exhibit 17 is a true and correct copy of excerpts from the deposition transcript of James Loveland, dated November 29, 2017 (FILED UNDER SEAL).

20.     Attached hereto as Exhibit 18 is a true and correct copy of excerpts from the deposition transcript of David Carlson, dated September 28, 2017 (FILED UNDER SEAL).

21.     Attached hereto as Exhibit 19 is a true and correct copy of excerpts from the deposition transcript of Christofer Ciarcia, dated December 14, 2017 (FILED UNDER SEAL).

22.     Attached hereto as Exhibit 20 is a true and correct copy of excerpts from the deposition transcript of Jeff Taylor, dated October 26, 2017 (FILED UNDER SEAL).

23.     Attached hereto as Exhibit 21 is a true and correct copy of excerpts from the deposition transcript of Matthew Levin, dated January 22, 2018 (FILED UNDER SEAL).

24.     Attached hereto as Exhibit 22 is a true and correct copy of excerpts from the deposition transcript of Jason Pawlik, dated December 5, 2017 (FILED UNDER SEAL).

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.


Dated:  September 3, 2019                                    *s/ Liza M. Walsh*
                                                            Liza M. Walsh