

**VIA ECF**

September 19, 2019

Hon. Joel Schneider, U.S.M.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey  08101

Re:   *Eagle View Technologies, Inc., et al. v. Xactware Solutions, Inc., et al.,*
<u>Civil Action No. 15-7025 (RBK)(JS)</u>

Matthew Sklar
Partner
T. 973-639-2009
F. 973-297-6602
msklar@mccarter.com

Dear Judge Schneider:

This firm represents Defendants Xactware Solutions, Inc. and Verisk Analytics, Inc. (collectively, "Defendants") in the above-referenced action. We write jointly with Plaintiff to respectfully request an extension of time, up to and including October 16, 2019, for the parties to submit motion to seal submissions and redacted versions of the documents related to the parties' Trial Briefs (Dkt. 746, 748, 749, 751); Defendants' Brief in Opposition to Plaintiff's Objections (Dkt. 764); Defendants' Brief in Opposition to Plaintiff's Objections to Non-Infringement Arguments (Dkt. 768); Defendants' Statement Regarding Certain Non-Infringement Arguments (Dkt. 771); Plaintiff's Letter concerning Merger Agreements (Dkt. 776); and Trial Transcripts.

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

The extension is requested to allow the parties additional time to review and redact the documents that were filed under seal and prepare appropriate redactions.

If Your Honor approves of the requested extension, we respectfully request that you "so order" this letter and have it filed on the docket. Thank you for your consideration of this matter.

Respectfully,

*/s/ Matthew Sklar*
Matthew Sklar

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

cc: Counsel of Record (via ECF and e-mail)

PHILADELPHIA

WILMINGTON

SO ORDERED this _____ day of September, 2019.

WASHINGTON, DC

_____
Honorable Joel Schneider, U.S.M.J.

ME1 31473154v.1