Liza M. Walsh
Hector D. Ruiz
Eleonore Ofosu-Antwi
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 071022
(973) 757-1100

**OF COUNSEL** (admitted *pro hac vice*):

| | | |
|---|---|---|
| Adam R. Alper | Michael W. De Vries | Leslie M. Schmidt |
| Brandon H. Brown | KIRKLAND & ELLIS LLP | KIRKLAND & ELLIS LLP |
| KIRKLAND & ELLIS LLP | 333 South Hope Street | 601 Lexington Ave. |
| 555 California Street | Los Angeles, CA 90071 | New York, NY 10022 |
| San Francisco, CA 94104 | (213) 680-8400 | (212) 446-4800 |
| (415) 439-1400 | | |

Gianni Cutri
Joel R. Merkin
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES, INC., *et al.*, | ) Civil Action No. 1:15-cv-07025 |
| Plaintiffs, | ) **NOTICE OF MOTION FOR A TEMPORARY RESTRAINING ORDER AND PERMANENT INJUNCTION** |
| v. | ) |
| | ) Honorable Renee M. Bumb, U.S.D.J. |
| XACTWARE SOLUTIONS, INC., *et al.*, | ) ORAL ARGUMENT REQUESTED |
| Defendants. | ) *Filed Electronically* |

**PLEASE TAKE NOTICE** that as soon as counsel may be heard, Plaintiff EagleView Technologies, Inc. ("Plaintiff" or "EagleView"), by and through their attorneys, will move before the Honorable Renee M. Bumb, U.S.D.J. in the United States District Court for the District of New Jersey for a temporary restraining order.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiff will rely on its Memorandum of Law in Support of its Motion for Temporary Restraining Order, as well as factual showing in the accompanying declarations. A Proposed Temporary Restraining Order whose entry Plaintiff seeks is also included. No prior relief has been sought with respect to the above request.

Dated: September 26, 2019

*/s/Liza M. Walsh*
Liza M. Walsh
Hector D. Ruiz
Eleonore Ofosu-Antwi
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100

Adam R. Alper
Brandon H. Brown
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
(415) 439-1400

1

Michael W. De Vries
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
(213) 680-840N0

Leslie M. Schmidt
KIRKLAND & ELLIS LLP
601 Lexington Ave
New York, NY 10022
(212) 446-4800

Gianni Cutri
Joel R. Merkin
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
*Counsel for Plaintiff*