Liza M. Walsh
Hector D. Ruiz
Eleonore Ofosu-Antwi
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 071022
(973) 757-1100

**OF COUNSEL** (admitted *pro hac vice*):

| | | |
|---|---|---|
| Adam R. Alper | Michael W. De Vries | Leslie M. Schmidt |
| Brandon H. Brown | KIRKLAND & ELLIS LLP | KIRKLAND & ELLIS LLP |
| KIRKLAND & ELLIS LLP | 333 South Hope Street | 601 Lexington Ave. |
| 555 California Street | Los Angeles, CA 90071 | New York, NY 10022 |
| San Francisco, CA 94104 | (213) 680-8400 | (212) 446-4800 |
| (415) 439-1400 | | |

Gianni Cutri
Joel R. Merkin
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES, INC., and PICTOMETRY INTERNATIONAL CORP., | ) )  )  Civil Action No. 1:15-cv-07025 |
| Plaintiffs, | )  ) |
| v. | )  **DECLARATION OF LIZA M. WALSH**  )  ) Honorable Renee M. Bumb |
| XACTWARE SOLUTIONS, INC., and VERISK ANALYTICS, INC., | )  ) *Filed Electronically* |
| Defendants. | )  )  ) |

I, Liza M. Walsh, hereby declare under penalty of perjury that:

1.    I am an attorney-at-law admitted to practice before the Courts of the State of New Jersey and the United States District Court for the District of New Jersey.  I am a partner at the law firm Walsh Pizzi O'Reilly Falanga LLP, and together with Kirkland & Ellis LLP, represent Plaintiff EagleView Technologies, Inc. and Pictometry International Corp., ("Plaintiff" or "EagleView") in this action.

2.    I submit this Declaration based upon my personal knowledge, information, and belief.

3.    I submit this Declaration in support of EagleView's Memorandum of Law in Support of Application for an Order to Show Cause why a Temporary Restraining Order should be entered.

4.    Attached as Exhibit A is a true and correct copy of Verisk Analytics, Inc.'s ("Verisk") Press Release titled "Open Letter from Verisk to the Insurance Industry" (available at https://www.verisk.com/newsroom/open-letter-from-verisk-to-the-insurance-industry/).

5.    Attached as Exhibit B is a true and correct copy of excerpts of Verisk's Q1, 2019 Form 10-Q dated April 30, 2019 (available at http://d18rn0p25nwr6d.cloudfront.net/CIK-0001442145/949e6501-ba2d-4d69-86de-d0f3a3890fed.pdf).

6.    Attached as Exhibit C is a true and correct copy of excerpts of Verisk's 2018 Form 10-K dated February 19, 2019 (available at http://d18rn0p25nwr6d.cloudfront.net/CIK-0001442145/a09b5333-766c-4363-b0c3-b76f0684a867.pdf).

7.    Attached as Exhibit D is a true and correct copy of excerpts of Verisk's 2013 Form 10-K dated February 25, 2014 (available at http://d18rn0p25nwr6d.cloudfront.net/CIK-0001442145/969edcb9-dc2a-4c4f-be02-b54d1ca6feff.pdf).

1

8.      Attached as Exhibit E is a true and correct copy of excerpts of Verisk's 2012 Form 10-K dated February 26, 2013 (available at http://d18rn0p25nwr6d.cloudfront.net/CIK-0001442145/8686b12a-2ff5-4c99-a12f-4275f98bb089.pdf).

9.      Attached as Exhibit F is a true and correct copy of Verisk's website concerning Verisk Businesses (available at https://www.verisk.com/about/verisk-businesses/).

10.      Attached as Exhibit G is a true and correct copy of Xactware Solutions, Inc.'s website concerning Xactware Products Overview (available at https://www.xactware.com/en-us/products/#).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 26, 2019

*/s/Liza M. Walsh*

Liza M. Walsh
Walsh Pizzi O'Reilly Falanga LLP

2

# Exhibit A



# Open Letter from Verisk to the Insurance Industry

On February 11, 2019, EagleView Technologies issued a press release concerning an intellectual property dispute between EagleView and Verisk (Nasdaq:VRSK). We would like to set the record straight.

Verisk introduced 3-dimensional modeling of structures in 1997 through our own application called Sketch®, which was available to users of our Xactimate® product. In 2004, Verisk enhanced this capability by introducing the ability to import image and blueprint underlays, which enabled our customers to use aerial photographic images to construct and improve their models, including the calculation of roof measurements.

In 2008, Verisk enabled customers to obtain EagleView roof reports through our Xactimate platform if they wished. This included Xactware-developed technology that converted the details of EagleView's static PDF report into a fully editable, 3-dimensional plan in Xactware's Sketch program.

On July 15, 2015, EagleView was acquired by Vista Equity Partners, a private equity firm with $44 billion of assets under management. ***In the acquisition agreement, EagleView affirmed that Verisk was not infringing its intellectual property***. On September 23, 2015—85 days after coming under Vista's control—EagleView sued Verisk for the infringement of 153 claims across nine patents. Since this dispute began, EagleView has abandoned three patents and 142 claims. We have closely examined the 11 remaining claims and state confidently that our methods do not infringe the remaining few claims.

Verisk was doing 3-dimensional modeling of buildings nearly 20 years ago and began imagery analytics in 2004 to bring innovation to our customers. Verisk continues offering improved products today to bring value and choice to the industry. Over the last 15 years, all of the source code, models, analytic methods, visualizations, and report formats of our aerial imagery offerings are 100 percent the product of the research and development of Verisk teams and make no use of any other party's intellectual property.

Case 1:15-cv-07025-RMB-SAK Document 781-1 Filed 09/26/19 Page 6 of 33 PageID: 43827

In spite of being attacked by lawsuit, on September 16, 2016, Verisk entered into a new agreement with EagleView to maintain the distribution of its products on our platform. Verisk did this for one reason only: to maximize choice for our customers.

We eagerly look forward to the trial and the elimination of the last 11 claims that remain of EagleView's original 153.

Verisk has a long track record and bright future as a provider of aerial imagery solutions, and we look forward to serving our fast-growing list of customers in the years to come.



### 3/15/2019 Update: Open Letter from Verisk to the Insurance Industry

On March 13, 2019, EagleView and Vista issued yet another in a series of press releases on their lawsuit against us. Many have noted the irony of a press release that seeks to claim some sort of victory based only on the fact their case hasn't completely fallen apart before trial—a trial they initiated. Of the 153 claims they made in their lawsuit, over 90% have already been abandoned, prior to trial. A measure of EagleView's confidence in the merit of their arguments can be seen in their decision to withdraw their appeal prior to the judge's decision to allow the trial to proceed.

We eagerly look forward to the trial. We will preserve choice and value for our customers.

**Markets**

P/C Insurance

Energy, Chemicals, Metals and Mining

Financial Services

Supply Chain

HR Departments

Community Hazard Mitigation

**Company**

Case 1:15-cv-07025-RMB-SAK Document 791-1 Filed 09/26/19 Page 7 of 33 PageID: 43828

Customer login - ISO online products

About

Leadership

Verisk Strategic Alliances

Speakers Bureau

Corporate Social Responsibility

Newsroom

Investors

Statement on Modern Slavery

**Privacy**

Online Privacy Notice

Conditions of Use

Verisk Business Units Privacy Shield Consumer Privacy Policies

UK Tax Strategy

Verisk Trademarks

**Engage**

Blog

Monday Web Seminars

Visualize

Verisk Review

Alumni

**Stay Connected**



© 2008, 2019 Verisk Analytics, Inc. All rights reserved.

USA: 1-800-888-4476   Global: + 800 48977489

**VERISK ANALYTICS**®

# Exhibit B

Case 1:15-cv-07025-RMB-SAK   Document 791-1   Filed 09/26/19   Page 9 of 33 PageID: 43830

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

_____

## FORM 10-Q

_____

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended March 31, 2019**
**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____to _____**
**Commission File Number: 001-34480**

_____

# VERISK ANALYTICS, INC.
**(Exact name of registrant as specified in its charter)**

_____

| | |
|---|---|
| **Delaware** | **26-2994223** |
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |
| **545 Washington Boulevard Jersey City, NJ** | **07310-1686** |
| **(Address of principal executive offices)** | **(Zip Code)** |

**(201) 469-3000**
**(Registrant's telephone number, including area code)**

_____

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | |
|---|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | | ☐ |
| | | Emerging growth company | | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.   ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No ☒

As of April 26, 2019 , there were 163,665,652 shares outstanding of the registrant's Common Stock, par value $.001.

**VERISK ANALYTICS, INC.**

**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS (UNAUDITED)**

| | Three Months Ended March 31, | | | |
|---|---|---|---|---|
| | **2019** | | **2018** | |
| | (in millions, except for share and per share data) | | | |
| Revenues | $ | 625.0 | $ | 581.2 |
| Operating expenses: | | | | |
| Cost of revenues (exclusive of items shown separately below) | | 231.4 | | 221.2 |
| Selling, general and administrative | | 111.4 | | 91.8 |
| Depreciation and amortization of fixed assets | | 46.6 | | 40.5 |
| Amortization of intangible assets | | 33.2 | | 33.2 |
| Total operating expenses | | 422.6 | | 386.7 |
| Operating income | | 202.4 | | 194.5 |
| Other income (expense): | | | | |
| Investment income and others, net | | (0.4) | | 0.6 |
| Interest expense | | (31.9) | | (32.8) |
| Total other expense, net | | (32.3) | | (32.2) |
| Income before income taxes | | 170.1 | | 162.3 |
| Provision for income taxes | | (35.7) | | (29.3) |
| Net income | $ | 134.4 | $ | 133.0 |
| Basic net income per share | $ | 0.82 | $ | 0.81 |
| Diluted net income per share | $ | 0.81 | $ | 0.79 |
| Weighted average shares outstanding: | | | | |
| Basic | | 163,528,343 | | 165,043,047 |
| Diluted | | 166,544,945 | | 168,992,535 |

The accompanying notes are an integral part of these condensed consolidated financial statements.

2

# Exhibit C

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 10-K

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the fiscal year ended December 31, 2018**
or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to ____
Commission file number 001-34480

# VERISK ANALYTICS, INC.

*(Exact name of registrant as specified in its charter)*

| | |
|---|---|
| **Delaware** | **26-2994223** |
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. Employer Identification No.)* |
| **545 Washington Boulevard Jersey City, NJ** | **07310-1686** |
| *(Address of principal executive offices)* | *(Zip Code)* |

**(201) 469-3000**
(Registrant's telephone number, including area code)
Securities registered pursuant to Section 12(b) of the Act:

| **Title of each class** | **Name of each exchange on which registered** |
|---|---|
| Common Stock $.001 par value | NASDAQ Global Select Market |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. ☑ Yes ☐ No

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. ☐ Yes ☑ No

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. ☑ Yes ☐ No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). ☑ Yes ☐ No

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§ 229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer", "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | |
|---|---|---|---|---|
| Large accelerated filer | ☑ | | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | | Smaller reporting company | ☐ |
| | | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). ☐ Yes ☑ No

As of June 30, 2018 , the last business day of the registrant's most recently completed second fiscal quarter, the aggregate market value of the registrant's common stock held by non-affiliates of the registrant was $16,796,964,310 based on the closing price reported on the NASDAQ Global Select Market on such date.

As of February 15, 2019 , there were 163,509,530 shares outstanding of the registrant's Common Stock, par value $.001.

**DOCUMENTS INCORPORATED BY REFERENCE**

Certain information required by Part III of this annual report on Form 10-K is incorporated by reference to our definitive Proxy Statement for our 2019 Annual Meeting of Stockholders, which will be filed with the Securities and Exchange Commission not later than 120 days after December 31, 2018 .

| | | 2018 | | 2017 | | 2016 | | 2015 | | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **(in millions, except for share and per share data)** | | | | | |
| Revenues: | | | | | | | | | | |
| Insurance | $ | 1,705.9 | $ | 1,550.5 | $ | 1,419.1 | $ | 1,330.6 | $ | 1,245.0 |
| Energy and Specialized Markets | | 513.3 | | 444.7 | | 442.8 | | 308.8 | | 84.9 |
| Financial Services | | 175.9 | | 150.0 | | 133.3 | | 121.3 | | 101.2 |
| Revenues | | 2,395.1 | | 2,145.2 | | 1,995.2 | | 1,760.7 | | 1,431.1 |
| Operating expenses: | | | | | | | | | | |
| Cost of revenues (exclusive of items shown separately below) | | 886.2 | | 783.8 | | 714.4 | | 612.0 | | 516.0 |
| Selling, general and administrative | | 378.7 | | 322.8 | | 301.6 | | 278.3 | | 187.3 |
| Depreciation and amortization of fixed assets | | 165.3 | | 135.6 | | 119.1 | | 96.6 | | 65.4 |
| Amortization of intangible assets | | 130.8 | | 101.8 | | 92.5 | | 70.4 | | 30.1 |
| Total operating expenses | | 1,561.0 | | 1,344.0 | | 1,227.6 | | 1,057.3 | | 798.8 |
| Operating income | | 834.1 | | 801.2 | | 767.6 | | 703.4 | | 632.3 |
| Other income (expense): | | | | | | | | | | |
| Investment income and others, net | | 15.3 | | 9.2 | | 6.1 | | 16.9 | | 0.2 |
| Gain on derivative instruments | | — | | — | | — | | 85.2 | | — |
| Interest expense | | (129.7) | | (119.4) | | (120.0) | | (121.4) | | (70.0) |
| Total other expense, net | | (114.4) | | (110.2) | | (113.9) | | (19.3) | | (69.8) |
| Income before income taxes from continuing operations | | 719.7 | | 691.0 | | 653.7 | | 684.1 | | 562.5 |
| Provision for income taxes | | (121.0) | | (135.9) | | (202.2) | | (196.6) | | (208.5) |
| Income from continuing operations | | 598.7 | | 555.1 | | 451.5 | | 487.5 | | 354.0 |
| Income from discontinued operations, net of tax (1) | | — | | — | | 139.7 | | 20.1 | | 46.0 |
| Net income | $ | 598.7 | $ | 555.1 | $ | 591.2 | $ | 507.6 | $ | 400.0 |
| Basic net income per share | | | | | | | | | | |
| Income from continuing operations | $ | 3.63 | $ | 3.36 | $ | 2.68 | $ | 2.95 | $ | 2.14 |
| Income from discontinued operations | | — | | — | | 0.83 | | 0.12 | | 0.27 |
| Basic net income per share | $ | 3.63 | $ | 3.36 | $ | 3.51 | $ | 3.07 | $ | 2.41 |
| Diluted net income per share | | | | | | | | | | |
| Income from continuing operations | $ | 3.56 | $ | 3.29 | $ | 2.64 | $ | 2.89 | $ | 2.10 |
| Income from discontinued operations | | — | | — | | 0.81 | | 0.12 | | 0.27 |
| Diluted net income per share | $ | 3.56 | $ | 3.29 | $ | 3.45 | $ | 3.01 | $ | 2.37 |
| **Weighted average shares outstanding:** | | | | | | | | | | |
| Basic | | 164,808,110 | | 165,168,224 | | 168,248,304 | | 165,090,380 | | 165,823,803 |
| Diluted | | 168,297,836 | | 168,688,868 | | 171,171,572 | | 168,451,343 | | 169,132,423 |

27

# Exhibit D

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

---

# FORM 10-K

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2013**
**or**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____ to _____**
**Commission file number 001-34480**

# VERISK ANALYTICS, INC.

*(Exact name of registrant as specified in its charter)*

| | |
|---|---|
| **Delaware** | **26-2994223** |
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. Employer Identification No.)* |
| **545 Washington Boulevard Jersey City, NJ** | **07310-1686** |
| *(Address of principal executive offices)* | *(Zip Code)* |

**(201) 469-2000**
(Registrant's telephone number, including area code)
Securities registered pursuant to Section 12(b) of the Act:

| <u>Title of each class</u> | <u>Name of each exchange on which registered</u> |
|---|---|
| Class A common stock $.001 par value | NASDAQ Global Select Market |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.  ☑  Yes  ☐  No

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.  ☐  Yes  ☑  No

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  ☑  Yes  ☐  No

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).  ☑  Yes  ☐  No

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§ 229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.  ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

☑  Large accelerated filer    ☐  Accelerated filer    ☐  Non-accelerated filer    ☐  Smaller reporting company

(Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).  ☐  Yes  ☑  No

As of June 28, 2013, the last business day of the registrant's most recently completed second fiscal quarter, the aggregate market value of the registrant's common stock held by non-affiliates of the registrant was $8,981,907,417 based on the closing price reported on the NASDAQ Global Select Market on such date.

The number of shares outstanding of each of the registrant's classes of common stock, as of February 21, 2014 was:

| <u>Class</u> | <u>Shares Outstanding</u> |
|---|---|
| Class A common stock $.001 par value | 166,835,574 |

| | 2013 | | 2012 | | 2011 | | 2010 | | 2009 |
|---|---|---|---|---|---|---|---|---|---|
| | **(In thousands, except for share and per share data)** | | | | | | | | |
| Revenues: | | | | | | | | | |
| Decision Analytics | $ | 977,427 | $ | 828,342 | $ | 639,100 | $ | 461,743 | $ | 397,501 |
| Risk Assessment | | 618,276 | | 579,506 | | 552,293 | | 530,542 | | 512,672 |
| Revenues | | 1,595,703 | | 1,407,848 | | 1,191,393 | | 992,285 | | 910,173 |
| Expenses: | | | | | | | | | |
| Cost of revenues | | 622,523 | | 516,708 | | 440,979 | | 376,270 | | 413,800 |
| Selling, general and administrative | | 228,982 | | 220,068 | | 199,495 | | 157,596 | | 154,746 |
| Depreciation and amortization of fixed assets | | 66,190 | | 46,637 | | 40,135 | | 35,835 | | 34,292 |
| Amortization of intangible assets | | 63,741 | | 52,207 | | 32,985 | | 25,202 | | 28,402 |
| Acquisition related liabilities adjustment (1) | | — | | — | | (3,364) | | (544) | | — |
| Total expenses | | 981,436 | | 835,620 | | 710,230 | | 594,359 | | 631,240 |
| Operating income | | 614,267 | | 572,228 | | 481,163 | | 397,926 | | 278,933 |
| Other income (expense): | | | | | | | | | |
| Investment income | | 701 | | 438 | | 193 | | 279 | | 186 |
| Realized (loss) gain on available-for-sale securities, net | | (92) | | (332) | | 686 | | 95 | | (2,332) |
| Interest expense | | (76,136) | | (72,508) | | (53,847) | | (34,664) | | (35,265) |
| Total other expense, net | | (75,527) | | (72,402) | | (52,968) | | (34,290) | | (37,411) |
| Income before income taxes from continuing operations | | 538,740 | | 499,826 | | 428,195 | | 363,636 | | 241,522 |
| Provision for income taxes | | (196,426) | | (182,363) | | (165,739) | | (148,235) | | (129,029) |
| Income from continuing operations | | 342,314 | | 317,463 | | 262,456 | | 215,401 | | 112,493 |
| Income from discontinued operations, net of tax (2) | | 6,066 | | 11,679 | | 20,302 | | 27,151 | | 14,121 |
| Net income | $ | 348,380 | $ | 329,142 | $ | 282,758 | $ | 242,552 | $ | 126,614 |
| Basic net income per share | | | | | | | | | |
| Income from continuing operations | $ | 2.04 | $ | 1.91 | $ | 1.58 | $ | 1.21 | $ | 0.64 |
| Income from discontinued operations | | 0.03 | | 0.07 | | 0.12 | | 0.15 | | 0.08 |
| Basic net income per share | $ | 2.07 | $ | 1.98 | $ | 1.70 | $ | 1.36 | $ | 0.72 |
| Diluted net income per share | | | | | | | | | |
| Income from continuing operations | $ | 1.99 | $ | 1.85 | $ | 1.51 | $ | 1.16 | $ | 0.62 |
| Income from discontinued operations | | 0.03 | | 0.07 | | 0.12 | | 0.14 | | 0.08 |
| Diluted net income per share | $ | 2.02 | $ | 1.92 | $ | 1.63 | $ | 1.30 | $ | 0.70 |
| **Weighted average shares outstanding:** | | | | | | | | | |
| Basic | | 168,031,412 | | 165,890,258 | | 166,015,238 | | 177,733,503 | | 174,767,795 |
| Diluted | | 172,276,360 | | 171,709,518 | | 173,325,110 | | 186,394,962 | | 182,165,661 |

# Exhibit E

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 10-K

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2012**

**or**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____to _____**

**Commission file number 001-34480**

# VERISK ANALYTICS, INC.

*(Exact name of registrant as specified in its charter)*

| | |
|---|---|
| **Delaware** | **26-2994223** |
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. Employer Identification No.)* |
| **545 Washington Boulevard Jersey City, NJ** | **07310-1686** |
| *(Address of principal executive offices)* | *(Zip Code)* |

**(201) 469-2000**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| **Title of each class** | **Name of each exchange on which registered** |
|---|---|
| Class A common stock $.001 par value | NASDAQ Global Select Market |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   ☑   Yes   ☐   No

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   ☐   Yes   ☑   No

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   ☑   Yes   ☐   No

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   ☑   Yes   ☐   No

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§ 229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.   ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

☑   Large accelerated filer     ☐   Accelerated filer     ☐   Non-accelerated filer     ☐ Smaller reporting company
(Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).   ☐   Yes   ☑   No

As of June 30, 2012, the last business day of the registrant's most recently completed second fiscal quarter, the aggregate market value of the registrant's common stock held by non-affiliates of the registrant was $7,172,604,958 based on the closing price reported on the NASDAQ Global Select Market on such date.

The number of shares outstanding of each of the registrant's classes of common stock, as of February 21, 2013 was:

| **Class** | **Shares Outstanding** |
|---|---|
| Class A common stock $.001 par value | 168,141,650 |

**DOCUMENTS INCORPORATED BY REFERENCE**

Certain information required by Part III of this annual report on Form 10-K is incorporated by reference to our definitive Proxy Statement for

**Table of Contents**

**Item 6.        Selected Financial Data**

The following selected historical financial data should be read in conjunction with, and are qualified by reference to, Item 7. "Management's Discussion and Analysis of Financial Condition and Results of Operations" and the consolidated financial statements and notes thereto included elsewhere in this annual report on Form 10-K. The consolidated statement of operations data for the years ended December 31, 2012, 2011 and 2010 and the consolidated balance sheet data as of December 31, 2012 and 2011 are derived from the audited consolidated financial statements included elsewhere in this annual report on Form 10-K. The consolidated statement of operations data for the years ended December 31, 2009 and 2008 and the consolidated balance sheet data as of December 31, 2010, 2009 and 2008 are derived from audited consolidated financial statements that are not included in this annual report on Form 10-K. Results for the year ended December 31, 2012 are not necessarily indicative of results that may be expected in any other future period.

Between January 1, 2008 and December 31, 2012 we acquired 14 businesses, which may affect the comparability of our consolidated financial statements. The following table sets forth our statement of operations for the years ended December 31:

| | 2012 | 2011 | 2010 | 2009 | 2008 |
|---|---|---|---|---|---|
| | | | (in thousands, except for share and per share data) | | |
| Revenues: | | | | | |
| Decision Analytics revenues | $ 954,814 | $ 768,479 | $ 596,205 | $ 503,128 | $ 389,159 |
| Risk Assessment revenues | 579,506 | 563,361 | 542,138 | 523,976 | 504,391 |
| Revenues | 1,534,320 | 1,331,840 | 1,138,343 | 1,027,104 | 893,550 |
| Expenses: | | | | | |
| Cost of revenues | 607,174 | 533,735 | 463,473 | 491,294 | 386,897 |
| Selling, general and administrative | 231,359 | 209,469 | 166,374 | 162,604 | 131,239 |
| Depreciation and amortization of fixed assets | 50,624 | 43,827 | 40,728 | 38,578 | 35,317 |
| Amortization of intangible assets | 53,575 | 34,792 | 27,398 | 32,621 | 29,555 |
| Acquisition related liabilities adjustment(1) | — | (3,364) | (544) | — | — |
| Total expenses | 942,732 | 818,459 | 697,429 | 725,097 | 583,008 |
| Operating income | 591,588 | 513,381 | 440,914 | 302,007 | 310,542 |
| Other income (expense): | | | | | |
| Investment income | 460 | 201 | 305 | 195 | 2,184 |
| Realized (loss) gain on securities, net | (332) | 686 | 95 | (2,332) | (2,511) |
| Interest expense | (72,508) | (53,847) | (34,664) | (35,265) | (31,316) |
| Total other expense, net | (72,380) | (52,960) | (34,264) | (37,402) | (31,643) |
| Income before income taxes | 519,208 | 460,421 | 406,650 | 264,605 | 278,899 |
| Provision for income taxes | (190,066) | (177,663) | (164,098) | (137,991) | (120,671) |
| Net income | $ 329,142 | $ 282,758 | $ 242,552 | $ 126,614 | $ 158,228 |
| Basic net income per share(2) | $ 1.98 | $ 1.70 | $ 1.36 | $ 0.72 | $ 0.87 |
| Diluted net income per share(2) | $ 1.92 | $ 1.63 | $ 1.30 | $ 0.70 | $ 0.83 |
| **Weighted average shares outstanding(2):** | | | | | |
| Basic | 165,890,258 | 166,015,238 | 177,733,503 | 174,767,795 | 182,885,700 |
| Diluted | 171,709,518 | 173,325,110 | 186,394,962 | 182,165,661 | 190,231,700 |

30

Table of Contents

## Quarterly Results of Operations

The following table sets forth our quarterly unaudited consolidated statement of operations data for each of the eight quarters in the period ended December 31, 2012. In management's opinion, the quarterly data has been prepared on the same basis as the audited consolidated financial statements included in this annual report on Form 10-K, and reflects all necessary adjustments for a fair presentation of this data. The results of historical periods are not necessarily indicative of the results of operations for a full year or any future period.

| | For the Quarters Ended | | | | |
| | March 31, | June 30, | September 30, 2012 | December 31, | Full Year 2012 |
| --- | --- | --- | --- | --- | --- |
| | (in thousands) | | | | |
| **Statement of income data:** | | | | | |
| Revenues | $346,501 | $373,226 | $ 398,863 | $ 415,730 | $1,534,320 |
| Operating income | $138,961 | $138,402 | $ 155,251 | $ 158,974 | $ 591,588 |
| Net income | $ 74,601 | $ 73,331 | $ 82,911 | $ 98,299 | $ 329,142 |
| Basic net income per share: | $ 0.45 | $ 0.44 | $ 0.50 | $ 0.59 | $ 1.98 |
| Diluted net income per share: | $ 0.44 | $ 0.43 | $ 0.48 | $ 0.57 | $ 1.92 |

| | For the Quarters Ended | | | | |
| | March 31, | June 30, | September 30, 2011 | December 31, | Full Year 2011 |
| --- | --- | --- | --- | --- | --- |
| | (in thousands) | | | | |
| **Statement of income data:** | | | | | |
| Revenues | $312,869 | $327,280 | $ 340,098 | $ 351,593 | $1,331,840 |
| Operating income | $119,297 | $123,818 | $ 131,409 | $ 138,857 | $ 513,381 |
| Net income | $ 65,876 | $ 65,577 | $ 70,987 | $ 80,318 | $ 282,758 |
| Basic net income per share: | $ 0.39 | $ 0.39 | $ 0.43 | $ 0.49 | $ 1.70 |
| Diluted net income per share: | $ 0.37 | $ 0.38 | $ 0.41 | $ 0.47 | $ 1.63 |

## Liquidity and Capital Resources

As of December 31, 2012 and 2011, we had cash and cash equivalents and available-for-sale securities of $94.7 million and $196.7 million, respectively. Subscriptions for our solutions are billed and generally paid in advance of rendering services either quarterly or in full upon commencement of the subscription period, which is usually for one year. Subscriptions are automatically renewed at the beginning of each calendar year. We have historically generated significant cash flows from operations. As a result of this factor, as well as the availability of funds under our syndicated revolving credit facility, we believe we will have sufficient cash to meet our working capital and capital expenditure needs, and to fuel our future growth plans.

We have historically managed the business with a working capital deficit due to the fact that, as described above, we offer our solutions and services primarily through annual subscriptions or long-term contracts, which are generally prepaid quarterly or annually in advance of the services being rendered. When cash is received for prepayment of invoices, we record an asset (cash and cash equivalents) on our balance sheet with the offset recorded as a current liability (fees received in advance). This current liability is deferred revenue that does not require a direct cash outflow since our customers have prepaid and are obligated to purchase the services. In most businesses, growth in revenue typically leads to an increase in the accounts receivable balance causing a use of cash as a company grows. Unlike these businesses, our cash position is favorably affected by revenue growth, which results in a source of cash due to our customers prepaying for most of our services.

Our capital expenditures, which include non-cash purchases of fixed assets and capital lease obligations, as a percentage of revenues for the years ended December 31, 2012 and 2011, were 5.2% and 5.1%, respectively. We estimate our capital expenditures for 2013 will be approximately $115.0 million, which primarily include expenditures on our technology infrastructure and our continuing investments in developing and enhancing our

45

# Exhibit F



# Verisk Businesses

Follow the links for more information about Verisk's subsidiaries and business units:



## Atmospheric and Environmental Research (AER)

Research and services that further understanding of the global environment and enable better decision making in response to weather and climate-related risk



## AIR Worldwide

Analytical tools and software systems to help customers estimate and manage the risks associated with natural and man-made catastrophes, weather, and climate



## Geomni

Aerial imagery, dimensions, and structure history for residential and commercial roofs and properties

---



## Insurance Information Exchange (iiX)

Motor-vehicle reports, undisclosed driver reports, credit-score reports, and other underwriting information

---



## IntelliCorp

Background checks, employment screening, and drug-testing products for potential employees and volunteers

---



## ISO

Data, analytics, and decision-support services for the property/casualty insurance industry

---



## ISO Claims Partners

Medicare compliance and claims resolution services for the property/casualty insurance industry

---



## National Equipment Register (NER)

Information services to help owners of heavy construction and agricultural equipment — and their insurers — recover stolen equipment

---



## PowerAdvocate

Market insight and solutions to the energy industry that combine best-in-class technology and services



## Proscendian

Management consulting to help clients make bold decisions on their most pressing business needs in a time of unprecedented change



## Sequel

Workflow solutions for end-to-end management of complex commercial and specialty insurance



## Verisk 3E

Verisk Businesses | Verisk Analytics

Data products and information services to help customers comply with environmental health and safety requirements



## Verisk Financial

Big data and predictive analytics for lending, credit, fraud, and consumer spending to help banks, financial regulators, retailers, and media companies grow their businesses.



## Verisk Maplecroft

Global risk analytics, research and strategic forecasting



## Wood Mackenzie

Commercial intelligence for the energy, metals and mining industries

Verisk Businesses | Verisk Analytics

6/8



## Xactware

Software for estimating the cost of building and repair

About Verisk

Our Leadership

Verisk Businesses

Our Distinctives

Corporate Social Responsibility

Data Responsibility Commitment

Verisk Strategic Alliances

Our Vendor Alliances

Honors and Awards

Our Locations

## Markets

P/C Insurance

Energy, Chemicals, Metals and Mining

Financial Services

Supply Chain

HR Departments

Community Hazard Mitigation

## Company

Customer login - ISO online products

About

Leadership

Verisk Strategic Alliances

Speakers Bureau

Corporate Social Responsibility

Newsroom

Investors

Statement on Modern Slavery

## Privacy

Online Privacy Notice

Conditions of Use

Verisk Business Units Privacy Shield Consumer Privacy Policies

UK Tax Strategy

Verisk Trademarks

## Engage

Blog

Monday Web Seminars

Visualize

Verisk Review

Alumni

## Stay Connected

Case 1:15-cv-07025-RMB-SAK    Document 791-1    Filed 09/26/19    Page 29 of 33
PageID: 43850



© 2008, 2019 Verisk Analytics, Inc. All rights reserved.

USA: 1-800-888-4476   Global: + 800 48977489

**VERISK ANALYTICS®**

# Exhibit G

Case 1:15-cv-07025-RMB-SAK Document 791-1 Filed 09/26/19 Page 31 of 33 PageID: 43852

**Xactware**
A Verisk Business

English (United States)

Products

## Xactware Products Overview

## Xactimate

Xactimate is the industry's leading claims estimating solution. Estimate graphically using Sketch to draw a floor plan, then click on the items you want to add. Estimate by room or by trade; integrate seamlessly with the XactAnalysis network or XactContents (priced separately). No matter what type of repair estimating you do, Xactimate has the features and data to make the job faster and more detailed than it ever has been before.

## XactContents

Xactware's elite content estimating tool is available as a module that can be used inside the Xactimate estimating software or as a completely online contents estimating package that requires only Internet access. Users can combine contents and structural estimates if they choose. XactContents data is collected from major North American retailers and is updated at least weekly. Search by manufacturer, model, or description. Replacements for obsolete items are automatically suggested.

## ContentsTrack

ContentsTrack helps pack-out professionals systematically organize and catalog contents by room, and allows several employees to inventory and photograph the contents of several rooms at the same time. Photos documenting the condition of items at the time of the pack-out are seamlessly linked to the file, and a bar-code system helps track all contents from pack out to pack back – documenting each item's chain of custody.

## Benchmark

Benchmark provides claims teams with quick and accurate, natural hazard analysis reports and maps for each property, including property-specific date-of-loss and history analysis for wind, hail, and lighting.

## Respond

Respond predictive analytics help you correlate each storm's severity and anticipate the storm's effects more accurately. You can better mitigate risk, improve service, and optimize response resources.

## XactAnalysis

XactAnalysis is the industry's most powerful assignment network and analytical tool. Send or receive assignments, track the status, and view reports that help you pinpoint potential problems and solve them. You can even benchmark your company against other industry leaders who use XactAnalysis to see how you are doing.

## XactAnalysis SP

XactAnalysis for service providers (SP) gives contractors and other repair pros the same powerful tools used by insurance carriers. Service providers can see the status of their files, drill-down for more detail, and get unprecedented analytics from the XactAnalysis reports.

Case 1:15-cv-07025-RMB-SAK Document 791-1 Filed 09/26/19 Page 32 of 33 PageID: 43853

## XactRemodel

XactRemodel is a powerful tool for remodelers to use when estimating and selling a job. XactRemodel shows 3D views of a home before and after the estimated work is done. Customers can take a 3D walk-through of the planned work before it's in progress. XactRemodel stores templates, macros, and scopes that make estimating new projects a snap.

## XactPRM

XactPRM is a time-saving solution for professionals involved in the maintenance and repair of foreclosed properties. XactPRM offers a completely new way to assign, estimate, and receive bids; collect property information in the field; track the status of properties under management; and analyze and report data. XactPRM brings a new level of efficiency to managing property preservation and repair bids for everyone involved, from asset owners and mortgage servicers to independent contractors and field service providers.

## Property Pres Wizard

Property Pres Wizard is a web and mobile application that manages work order details and property status in the field services industry. This intuitive software manages the flow of data throughout the supply chain. PPW is used by companies to run their entire workflow process from start to finish.

## EstimateON

EstimateON is the fastest way to estimate repairs and remodeling jobs from the palm of your hand. Using Xactware's unparalleled materials and labor pricing data, you can quickly search a project from your mobile device and produce an estimate in seconds. With an easy to use interface and professional reports, EstimateON is the premier solution for residential projects.

## ClaimXperience

ClaimXperience offers powerful self-serve collaboration tools that help claims representatives involve policyholders more deeply in the claims process. Estimate a small loss using streaming video from a policyholder's cell phone; let policyholders create and document a loss inventory with online tools; and direct policyholders to a website that lets them choose a contractor and manage their repairs. ClaimXperience offers a policyholder unprecedented involvement and a more positive experience while at the same time reducing claims-handling costs.

## Restoration Manager

Restoration Manager is an essential job management tool for the restoration industry. Never lose track of any aspect of your restoration job, keep everything on track and up to date. Restoration Manager's mobile applications allow for electronic document signatures and facilitate better communication with customers and trades, enhancing overall customer satisfaction. Plus, it's the only job management software that's fully integrated with Xactimate and XactAnalysis.

## Inspection Manager

Inspection Manager is a better solution for automating your quality assurance and quality control departments. Designed for a variety of industries, Inspection Manager is an indispensable tool that speeds up your inspection process, reduces errors, and manages your workflow.

## Punchlist Manager

Punchlist Manager is the number-one warranty, service, and quality assurance software for home builders and commercial contractors. Manage all your open, closed, and pending service requests in real time from one place. Stay in communication with homeowners and vendors at all times. Sync

Case 1:15-cv-07025-RMB-SAK    Document 791-1    Filed 09/26/19     Page 33 of 33 PageID: 43854

with your team and know exactly where your field technicians and eagle partners are scheduled for inspections and repairs.

## Online Training Center

Xactware's Online Training Center is an Interactive Learning Xperience® (ILX) that gives you immediate and unlimited access to a wide variety of Xactware's self-paced training courses and materials online 24 hours a day, seven days a week for a single, annual subscription fee. These courses, which are designed for both novice and advanced Xactware product users, combine video, animation, instructor narration, and more to offer you a wide range of convenient, self-contained courses. Courses range from Xactware Product Scenario Training to ILX Construction training.

| Solutions | Products | Resources | Training | Company |
|---|---|---|---|---|
| Claims Estimating | Xactimate | Case Studies | Classroom Training | Careers |
| Contents Estimating | XactContents | Construction Glossary | Virtual Classroom Training | About Xactware |
| Pack Out | ContentsTrack | Image Request | Self-Paced Training | Contact Us |
| Weather Analytics | Benchmark | Online Sketch Gallery | Workbooks | Manage Email Preferences |
| Claims Management | Respond | Pricing Data Services | User Certification | News |
| Remodeling Estimating | XactAnalysis | Property Reports | Trainer Certification | Visit Us |
| Property Preservation | XactAnalysis SP | Wallpaper | Continuing Education | We're Listening |
| Service Software | XactRemodel | Webcasts | | Site Map |
| Policyholder Self-Serve | XactPRM | Xactware ID | | |
| Construction Training | Property Pres Wizard | XactwareTV | International | Stay Connected |
| | EstimateON | | Belgium (Nederlands) | Events |
| | ClaimXperience | | Australia | Support |
| | Restoration Manager | | Canada (francais) | User Conference |
| | Inspection Manager | | Canada (English) | |
| | Punchlist Manager | | France | |
| | Online Training Center | | Germany | |
| | | | Great Britain | |
| | | | Ireland | |
| | | | Netherlands | |
| | | | New Zealand | |
| | | | United States | |



hop the **Xactware Online Store** | Contact 800-424-9228 | Privacy Notice | Terms of Use

opyright 2019 Xactware Solutions, Inc. All rights reserved.





actware is a Verisk business.

**VERISK ANALYTICS®**