```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
                    CAMDEN VICINAGE
```

| | |
|---|---|
| Eagle View Technologies, Inc., et al., | |
| Plaintiff, | Civil NUMBER 15-07025 (RMB) |
| v. | **JUDGMENT** |
| Xactware Solutions, Inc., et al., | |
| Defendant. | |

☒  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that a judgment be entered in favor of Plaintiff Eagle View Technologies, Inc., and against Defendants Xactware Solutions, Inc. and Verisk Analytics, Inc., for damages in the amount of $125,000,000.00

*[signature]*
RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE

Date: September 26, 2019