Docket # 791

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

|  |  |
|---|---|
| EAGLE VIEW TECHNOLOGIES, INC., and PICTOMETRY INTERNATIONAL CORP., <br><br> Plaintiffs, <br><br> v. <br><br> XACTWARE SOLUTIONS, INC. and VERISK ANALYTICS, INC., <br><br> Defendants. | Civil Action No.: 1:15-cv-07025 (RMB-JS) <br><br> **RESTRAINING ORDER** |

**IT IS HEREBY ORDERED THAT** Defendants, Xactware Solutions, Inc. and Verisk Analytics, Inc., their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of the order by personal service or otherwise (hereafter "Defendants") are temporarily restrained and enjoined from performing the following actions through and including October 8, 2019:

1. making, offering to sell, selling, importing, and/or using a) Xactimate in combination with Aerial Sketch version 2; and/or b) Xactimate in combination with Property Insight or Roof Insight, and the Mass Production Tool; and any products made by these processes, including Property Insight, Roof Insight,

Geomni Roof and Geomni Property;

2.  instructing or encouraging anyone to make, offer to sell, sell, import, and/or use a) Xactimate in combination with Aerial Sketch version 2; and/or b) Xactimate in combination with Property Insight or Roof Insight, and the Mass Production Tool; and any products made by these processes, including Property Insight, Roof Insight, Geomni Roof, and Geomni Property;

3.  supplying or causing to be supplied in or from the United States all or a substantial portion of the components of a) Xactimate in combination with Aerial Sketch version 2; and/or b) Xactimate in combination with Property Insight or Roof Insight, or any products made by these products, including Property Insight, Roof Insight, Geomni Roof, and Geomni Property, and including the Mass Production Tool; and

4.  importing into the United States, or offering to sell, sell, or using within the United States, Property Insight, Roof Insight, Geomni Roof, Geomni Property;

**except that notwithstanding the above,** Defendants may continue to process Property Insight, Roof Insight, Geomni Roof, and Geomni Property orders placed on or before September 25, 2019, and similarly, no restriction is placed on Property Insight, Roof Insight, Geomni Roof, and Geomni Property reports that had already been generated and distributed by Defendants on or before September 25, 2019; and

**IT IS FURTHER ORDERED** that a hearing on issuance of a permanent

2

injunction shall be held in Courtroom 3D on October 8, 2019 at 9:00 a.m.;

Plaintiff's papers in support of its permanent injunction application shall be filed on

or before October 2, 2019 at noon; Defendants' papers in opposition to the

application shall be filed on or before October 7, 2019 at 10:00 a.m.

**SO ORDERED** on this **26**th day of **September, 2019,**

Time: _2:55 p.m._

_____
Renée Marie Bumb
United States District Judge

3