Liza M. Walsh
Hector D. Ruiz
Eleonore Ofosu-Antwi
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100

**OF COUNSEL** (admitted *pro hac vice*):

Adam R. Alper
Brandon H. Brown
Reza Dokhanchy
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
(415) 439-1400

Michael W. De Vries
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
(213) 680-8400

Patricia Carson
Leslie M. Schmidt
KIRKLAND & ELLIS LLP
601 Lexington Ave.
New York, NY 10022
(212) 446-4800

Gianni Cutri
Kristina Hendricks
Joel R. Merkin
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES, INC., *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> XACTWARE SOLUTIONS, INC., *et al.,* <br><br> Defendants. | Civil Action No.: 1:15-cv-07025 (RMB-JS) <br><br> **NOTICE OF MOTION FOR A PERMANENT INJUNCTION** <br><br> ORAL ARGUMENT REQUESTED <br><br> *Filed Electronically* |

**PLEASE TAKE NOTICE** that on October 8, 2019, Plaintiff EagleView Technologies, Inc. ("Plaintiff" or "EagleView"), by and through their attorneys, will move before the Honorable Renee M. Bumb, U.S.D.J. in the United States District Court for the District of New Jersey for a permanent injunction.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiff will rely on its Memorandum of Law in Support of its Motion for a Permanent Injunction, the Declaration of Liza M. Walsh and exhibits thereto, the Declaration of Jonathan I. Arnold, and the Supplemental Declaration of Rishi Daga. A Proposed Permanent Injunction Order whose entry Plaintiff seeks is also included. Plaintiff previously sought a Temporary Restraining Order, which this Court granted.  Dkt. No. 800.

Dated: October 2, 2019

WALSH PIZZI O'REILLY FALANGA LLP

s/ *Liza M. Walsh*
Liza M. Walsh
Hector D. Ruiz
Eleonore Ofosu-Antwi
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100

**OF COUNSEL** (admitted *pro hac vice*):

| | | |
|---|---|---|
| Adam R. Alper | Michael W. De Vries | Patricia Carson |
| Brandon H. Brown | KIRKLAND & ELLIS LLP | Leslie M. Schmidt |
| Reza Dokhanchy | 333 South Hope Street | KIRKLAND & ELLIS LLP |
| KIRKLAND & ELLIS LLP | Los Angeles, CA 90071 | 601 Lexington Ave. |
| 555 California Street | (213) 680-8400 | New York, NY 10022 |
| San Francisco, CA 94104 | | (212) 446-4800 |
| (415) 439-1400 | | |

1

Gianni Cutri
Kristina Hendricks
Joel R. Merkin
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

2