Liza M. Walsh
Hector D. Ruiz
Eleonore Ofosu-Antwi
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100

**OF COUNSEL** (admitted *pro hac vice*):

| | | |
|---|---|---|
| Adam R. Alper | Michael W. De Vries | Patricia Carson |
| Brandon H. Brown | KIRKLAND & ELLIS LLP | Leslie M. Schmidt |
| Reza Dokhanchy | 333 South Hope Street | KIRKLAND & ELLIS LLP |
| KIRKLAND & ELLIS LLP | Los Angeles, CA 90071 | 601 Lexington Ave. |
| 555 California Street | (213) 680-8400 | New York, NY 10022 |
| San Francisco, CA 94104 | | (212) 446-4800 |
| (415) 439-1400 | | |

Gianni Cutri
Kristina Hendricks
Joel R. Merkin
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES, INC., and PICTOMETRY INTERNATIONAL CORP., | ) ) ) ) Civil Action No. 1:15-cv-07025 (RMB-JS) |
| Plaintiffs, | ) ) |
| v. | ) **DECLARATION OF LIZA M. WALSH** ) |
| XACTWARE SOLUTIONS, INC., and VERISK ANALYTICS, INC., | ) *Filed Electronically* ) ) |
| Defendants. | ) ) |

I, Liza M. Walsh, hereby declare under penalty of perjury that:

1.      I am an attorney-at-law admitted to practice before the Courts of the State of New Jersey and the United States District Court for the District of New Jersey.  I am a partner at the law firm Walsh Pizzi O'Reilly Falanga LLP, and together with Kirkland & Ellis LLP, represent Plaintiff EagleView Technologies, Inc. ("Plaintiff" or "EagleView") in this action.

2.      I submit this Declaration based upon my personal knowledge, information, and belief.

3.      I submit this Declaration in support of EagleView's Memorandum of Law in Support of Motion for a Permanent Injunction.

4.      Attached as Exhibit 1 is a true and correct copy of excerpts from Verisk Analytics, Inc.'s ("Verisk") September 26, 2019 Form 8-K submitted to the United States Securities and Exchange Commission (available at http://d18rn0p25nwr6d.cloudfront.net/CIK-0001442145/03480763-6361-4943-a94b-871ba9475b69.pdf).

5.      Attached as Exhibit 2 is a true and correct copy of a printout of EagleView's website, "Wall Report," bearing production numbers EV01553862-EV01553869 (PTX-070).

6.      Attached as Exhibit 3 is a true and correct copy of a printout of Defendants' website, "Geomni Property Product Features," bearing production numbers XW00943227-XW00943229 (DTX-563).

7.      Attached as Exhibit 4 is a true and correct copy of excerpts from the October 25, 2017 deposition transcript of Jeffery Lewis (FILED UNDER SEAL).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 2, 2019

1

*/s/Liza M. Walsh*
Liza M. Walsh
Walsh Pizzi O'Reilly Falanga LLP

2