# Exhibit 1

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**WASHINGTON, D.C. 20549**

---

## FORM 8-K

---

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of The Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): September 26, 2019**

---

# VERISK ANALYTICS, INC.

**(Exact name of registrant as specified in its charter)**

---

| **Delaware** | **001-34480** | **26-2994223** |
|---|---|---|
| **(State or other jurisdiction of incorporation)** | **(Commission File Number)** | **(IRS Employer Identification No.)** |

| **545 Washington Boulevard, Jersey City, NJ** | **07310** |
|---|---|
| **(Address of principal executive offices)** | **(Zip Code)** |

**Registrant's telephone number, including area code: (201) 469-3000**

**(Former name or former address, if changed since last report.)**

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange where registered |
|---|---|---|
| Common Stock $.001 par value | VRSK | NASDAQ Global Select Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company   ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.   ☐

**Item 8.01**      **Other Events**

Reference is made to the Verisk Analytics, Inc. (the "Company") Quarterly Report on Form 10-Q for the period ended June 30, 2019 as filed on July 30, 2019 and the description of the Xactware Solutions, Inc. Patent Litigation contained therein. The following provides an update of the recent developments of that matter.

On October 8, 2015, the Company was served with a summons and complaint in an action titled Eagle View Technologies, Inc. and Pictometry International Group, Inc. v. Xactware Solutions, Inc. and Verisk Analytics, Inc. filed in the United States District Court for the District of New Jersey. The complaint alleged that the Company's Roof InSight (now known as Geomni Roof), Property InSight product (now known as Geomni Property) and Aerial Sketch product in combination with the Company's Xactimate product infringed seven patents owned by Eagle View and Pictometry namely, Patent Nos. 8,078,436 (the "436 patent"), 8,170,840 (the "840 patent"), 8,209,152 (the "152 patent"), 8,542,880 (the "880 patent"), 8,818,770 (the "770 patent"), 8,823,732 (the "732 patent"), and 8,825,454 (the "454 patent"). On November 30, 2015, plaintiffs filed a First Amended Complaint adding Patent Nos. 9,129,376 (the "376 patent") and 9,135,737 (the "737 patent") to the lawsuit. The First Amended Complaint sought an entry of judgment by the Court that defendants have and continue to directly infringe and/or indirectly infringe, including by way of inducement the Patents-in-Suit, permanent injunctive relief, damages, costs and attorney's fees. On May 19, 2017, the District Court entered a Joint Stipulated Order of Partial Dismissal with Prejudice dismissing all claims or assertions pertaining to the 880 and 732 patents, and certain asserted claims of the 436, 840, 152, 770, 454, 376 and 737 patents (collectively the "Patents in Suit"). Eagle View further reduced the number of asserted claims pertaining to the Patents in Suit to 18 asserted claims. Thereafter, Eagle View dropped the 152 patent and further reduced the number of asserted claims from the six remaining Patents in Suit to 11 asserted claims. On December 6, 2018, the Court denied Eagle View's motion for summary judgment that a key prior art reference be excluded. On December 20, 2018, the Court denied the Company's motion for summary judgment of equitable estoppel. On January 29, 2019, the Court denied the Company's motion for summary judgment of unpatentability pursuant to Section 101 of the Patent Statute. Thereafter, Eagle View dropped the 737 patent and further reduced the number of asserted claims from the five remaining Patents in Suit to 6 asserted claims. On September 25, 2019, following a trial, the jury determined that the Company had willfully infringed the 6 asserted claims, and assessed damages in the amount of $125 million. On September 26, 2019 the Court entered judgement in that amount. Eagle View has indicated that it plans to petition the Court to award up to treble damages. The Company plans to appeal these results. At this time, it is not reasonably possible to determine the ultimate resolution of, or estimate the ultimate liability related to, this matter.

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

VERISK ANALYTICS, INC.

Date: September 26, 2019

By:   /s/ Kenneth E. Thompson

Name:   Kenneth E. Thompson

Title:   Executive Vice President, General Counsel and Corporate Secretary

# Exhibit 2

Plaintiff's Trial Exhibit

**PTX-070**

1:15-cv-7025-RBK-JS

 

ORDER ˅

## Wall Report

Order standalone residential wall measurements or bundle them with another report

REQUEST INFORMATION

# SUPPORT FOR SIDING REPLACEMENTS AND EXTERIOR WALL REPAIRS

EV01553862

**PTX-070.0001**

# Residential contractors sometimes need information about a property that goes beyond the roof.

For those times, EagleView offers wall measurements in the form of Wall Reports and WallsLite™ Reports. These wall measurement products, which include 3D wall area diagrams, are available for residential structures. They can be ordered on their own or added to another EagleView measurement report, such as a PremiumReport™ or ClaimsReady™ Report.



END C

EV01553863

**PTX-070.0002**

Walls measurements are an added value to PremiumReports for jobs funded by homeowners insurance carriers.

ORDER A WALL REPORT ⊙

# WALL MEASUREMENTS FOR PROPERTY INSURANCE CLAIMS

For residential contractors working on reroofing projects paid through the homeowner's insurance, carriers frequently request wall measurements in addition to roof measurements. When the replacement is due to storm damage, estimates for paint or siding replacements may be especially critical, and EagleView can save contractors that extra field visit.

EV01553864

**PTX-070.0003**



# WALL REPORTS

EagleView Wall Reports are based on the same high-quality aerial imagery as our roof measurements. They deliver line lengths, door and window cutouts, and total surface area for each wall. There is a bundled price discount for when Wall reports are ordered at the same time as the PremiumReport.

Wall Reports are designed to be easy to use and understand, and the front page provides at-a-glance details. Additional information in the report includes:

EV01553865

**PTX-070.0004**

- 3D wall area diagrams

- Window and door cutout measurements and diagrams

- Four elevation diagrams of the north, south, east, and west walls

- A summary page with a wall area waste calculation table

Wall Reports should be confirmed with field measurements, but contractors can rely on our Satisfaction Guarantee.

---

# SAMPLE REPORTS

- Walls

- Walls Lite



EV01553866

**PTX-070.0005**

## WALL REPORT



### Residential

BRONZE ● $70

SILVER ● $65

GOLD ● $60

PLATINUM ● Call for pricing.

## WALLSLITE



### Residential

BRONZE ● $36

SILVER ● $36

GOLD ● $36

PLATINUM ● Call for pricing.

# Who else needs to know?

Loop in a colleague via email or send them a link

**SHARE VIA EMAIL** ⊙   https://www.eagleview.com/product/

Copy link to clipboard

EV01553867

**PTX-070.0006**

## UPCOMING EVENTS

**JUN**
**10**
8:00 AM

### WSRCA

LAS VEGAS, NV – PARIS LAS VEGAS

RSVP Today

---

**JUN**
**27**
8:00 AM

### FRSA

KISSIMMEE, FL – GAYLORD PALMS RESORT & CONV. CTR.

RSVP Today

---

**OCT**
**24**
8:00 AM

### MRCA

OMAHA, NEBRASKA

RSVP Today

---



**CAREERS**

**GUARANTEE**

**SUPPORT**

 



CONTACT US ⊙

EV01553868

**PTX-070.0007**

PRIVACY POLICY        TERMS OF USE

© 2018 Eagle View Technologies, Inc. and Pictometry International Corp. All Rights Reserved. Reports issued by EagleView Technologies are covered by one or more international and U.S. patents and pending applications, including U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 8,938,090 and 9,183,538. Other Patents Pending.

EV01553869

**PTX-070.0008**

# Exhibit 3



Solutions | Products | Community | Resources | Training | Company | Support | XactwareTV | Store | Login

Solutions > Property Data > Features



Comprehensive property data, right in Xactimate

Geomni Property data packages

Full Roof Dimensions
Exterior Walls
Doors and Windows
Outbuildings and Structures
Levels
Square Footage
and much more

Overview
About
Features
How to Order
FAQs
Guarantee

*For more information, click here to contact us online or call*
**800-424-9228**



## Geomni Property™ Features

### Precise Dimensions

Geomni Property provides comprehensive property data that includes all dimensions and slopes. The native Xactimate Sketch included with Geomni Property can be used to estimate roof and exterior repairs. You can also use exterior walls as a reference when diagramming interior floor plans and layouts.

### Easy, One-Step Ordering

Once enabled, requesting Geomni Property within Xactimate or XactAnalysis requires just a few mouse clicks. The Geomni Property team extracts the data and quickly delivers it to Xactimate so you can start using the data the moment you receive it.

### Reports Are Never Out of Date

Geomni Property is not a report, it's a data package. The data allows you to print a wide range of reports. The reports are never outdated as you add items to your estimate or make changes. You can also create your own customized reports with Xactware's powerful Report Editor.

### Annotate With Notes and Photos

Geomni Property lets you easily add information to your estimate by annotating the 3D sketch with notes or by adding photos and labels.

### Instant Notification

Xactware is developing the most comprehensive database in the United States, and Geomni Property is available for most metropolitan addresses. But overhanging trees and a solitary location can sometimes lead to insufficient data. When we don't have Geomni Property data for a structure, we'll let you know immediately so you aren't left waiting. When the data we have is insufficient for a full Geomni Property data package, we'll notify you as soon as the analysis is made.

### Native Xactimate Sketch

The Geomni Property data package includes a precise Xactimate 3D sketch of the exterior that is delivered straight to your Xactimate estimate. You can alter the sketch as needed and all adjustments are reflected immediately. The sketch also includes all slopes and dimensions of the walls and roof.

### Spend Less Time on Roof and in Shrubbery

Geomni Property offers comprehensive exterior information without requiring a physical visit to the site

Defendant's Trial Exhibit

**DTX-563**

1:15-cv-7025-RBK-JS

walls, decks, patios, outbuildings, flatwork, landscaping, and much more. It is also valuable in CAT situations, when weather or other conditions make it impossible to get to the property immediately.

**Aerial Imagery**

The Geomni Property data package includes high-quality aerial imagery with as many as five views. The variety of views help you gain a better understanding of the complete structure and lot.

## What you get with your Geomni Property

Some of the information available in a Geomni Property data package includes:

- High-resolution aerial imagery
- Xactimate native digital sketch
- Xactimate price list items for identified materials and components
- Front door geocode location
- Roof diagram / Sketch
- All information included in a Geomni Property data package for the address
- Roof slope
- Roof area
- Roof line measurements
- Roof vent count
- Roof HVAC count
- Roof gutter length
- Soffit and fascia length
- Drip edge length
- Ridge length
- Valley length
- Roof material analysis (e.g. shingle, shake, metal, tile, slate, or membrane)
- Exterior wall diagram / Sketch
- Exterior wall material analysis (e.g. brick, siding, stucco, or stone)
- Exterior door count, size, and location
- Garage door count, size, and location
- Exterior window count, size, and location
- Exterior HVAC count and location
- Porch diagram / Sketch
- Patio diagram / Sketch
- Deck diagram / Sketch
- Pergola diagram / Sketch
- Shed diagram / Sketch
- Barn diagram / Sketch
- Pool house diagram / Sketch
- Concrete flatwork diagram / Sketch
- Tree canopy diagram / Sketch
- Pool diagram / Sketch
- Sports court diagram / Sketch
- Structural features and locations (such as decks, chimneys, vents, skylights, and much more)
- Satellite dish count and location
- Skylight count, size, and location
- Chimney count and location

https://www.xactware.com/en-us/solutions/property-data/geomni-property/features     4/23/2019

XW00943228

DTX-563.0002

- Xactware's 100% quality guarantee
- Xactware customer service and support

| Solutions | Products | Resources | Training | Company |
|---|---|---|---|---|
| Claims Estimating | Xactimate | Case Studies | Classroom Training | Careers |
| Contents Estimating | Geomni Property | Construction Glossary | Virtual Classroom Training | About Xactware |
| Pack Out | Geomni Roof | Geomni Imagery | Self-Paced Training | Contact Us |
| Property Data | XactContents | Image Request | Workbooks | Manage Email Preferences |
| Roof Data | ContentsTrack | Online Sketch Gallery | User Certification | News |
| Weather Analytics | Benchmark | Pricing Data Services | Trainer Certification | Visit Us |
| Claims Management | Respond | Property Reports | Continuing Education | We're Listening |
| Remodeling Estimating | XactAnalysis | Wallpaper | | Site Map |
| Property Preservation | XactAnalysis SP | Webcasts | | |
| Service Software | XactRemodel | Xactware ID | International | Stay Connected |
| Policyholder Self-Serve | XactPRM | XactwareTV | Belgium (Nederlands) | Events |
| Construction Training | EstimateON | | Australia | Support |
| | ClaimXperience | | Canada (francais) | User Conference |
| | Restoration Manager | | Canada (English) | |
| | Inspection Manager | | France | |
| | Punchlist Manager | | Germany | |
| | Online Training Center | | Great Britain | |
| | | | Ireland | |
| | | | Netherlands | |
| | | | New Zealand | |
| | | | United States | |

 

**Shop the Xactware Online Store** | Contact 800-424-9228 | Privacy Notice | Terms of Use

Copyright 2019 Xactware Solutions, Inc. All rights reserved.



A Verisk Business



**Xactware is a Verisk business.**

VERISK ANALYTICS®

XW00943229

DTX-563.0003