**[Docket No. 816]**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

|  |  |
|---|---|
| EAGLE VIEW TECHNOLOGIES, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br><br> XACTWARE SOLUTIONS, INC., *et al.*, <br><br> Defendants. | Civil No.: 1:15-cv-07025 <br><br> **PERMANENT INJUNCTION ORDER** |

Plaintiff's Motion for a Permanent Injunction [Docket No. 816] is hereby **GRANTED IN PART and DENIED IN PART** as follows:

**IT IS HEREBY ORDERED THAT** Defendants Xactware Solutions, Inc. and Verisk Analytics, Inc. (collectively "Defendants"), their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of the order by personal service or otherwise are permanently restrained and enjoined from performing the following actions:

1.   making, offering to sell, selling, importing, and/or using a) Xactimate in combination with Aerial Sketch version 2; and/or b) Xactimate in combination with Property Insight or Roof Insight, and the Mass Production Tool; and any products made by these processes,

including Property Insight, Roof Insight, Geomni Roof and Geomni Property, and any products not more than colorably different in or into the United States;

2.    instructing or encouraging anyone to make, offer to sell, sell, import, and/or use in or into the a) Xactimate in combination with Aerial Sketch version 2; and/or b) Xactimate in combination with Property Insight or Roof Insight, and the Mass Production Tool; and any products made by these processes, including Property Insight, Roof Insight, Geomni Roof, and Geomni Property, and any products not more than colorably different;

3.    supplying or causing to be supplied in or from the United States all or a substantial portion of the components of a) Xactimate in combination with Aerial Sketch version 2; and/or b) Xactimate in combination with Property Insight or Roof Insight, or any products made by these products, including Property Insight, Roof Insight, Geomni Roof, and Geomni Property, and including the Mass Production Tool, aerial imagery, and any components not more than colorably different; and

4.    importing into the United States, or offering to sell, sell, or using within the United States, Property Insight, Roof

2

Insight, Geomni Roof, Geomni Property, and any products not more than colorably different.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction to enforce or supervise performance under this Order of Permanent Injunction.

**IT IS FURTHER ORDERED** that within seven (7) days of the entry of this permanent injunction, Defendants shall give written notice by delivering a copy of this injunction to their customers who have ordered or purchased the Infringing Products.  Such notice shall be directed to the customer who placed the order.

**SO ORDERED** on this 18th day of October, 2019.


s/ Renée Marie Bumb
_____
Honorable Renée Marie Bumb
United States District Judge

3