**[Docket No. 863]**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES, INC., *et al.*, | Civil No.: 1:15-cv-07025 |
| Plaintiffs, | **ORDER** |
| v. | |
| XACTWARE SOLUTIONS, INC., *et al.*, | |
| Defendants. | |

THIS MATTER appears before the Court upon Defendants' Motion for a New Trial / Motion for Judgment as a Matter of Law [Docket No. 863]. For the reasons set forth in the accompanying Opinion issued on this same date,

**IT IS** hereby on this **9th** day of **September** 2020, **ORDERED** that Defendants' Motion for a New Trial / Motion for Judgment as a Matter of Law is **DENIED** and the Clerk of the Court shall close the file.

s/Renée Marie Bumb
Honorable Renée Marie Bumb
United States District Judge