[Docket No. 987]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES, INC., and PICTOMETRY INTERNATIONAL CORP., <br><br> Plaintiffs, <br><br> v. <br><br> XACTWARE SOLUTIONS, INC., and VERISK ANALYTICS, INC., <br><br> Defendants. | Civil No. 15-7025 (RMB/SAK) <br><br> **ORDER** |

**RENÉE MARIE BUMB, United States District Judge**

This matter comes before the Court upon the parties' jointly proposed Stipulation and Order Vacating Judgment and Permanent Injunction Previously Issued by the Court in this Matter and Dismissing All Claims and Counterclaims With Prejudice.  [Docket No. 987.]  For the reasons expressed in the Opinion of today's date, and for good cause shown,

**IT IS** this **10th** day of **November 2021**, hereby

**ORDERED** that the parties' request that the Court vacate its Permanent Injunction [Docket No. 842] is **GRANTED**, the parties' request that the Court vacate its Judgment [Docket No. 799] is **DENIED**, and the parties' requests that the Court vacate its Orders, decisions, and findings underlying both the Permanent Injunction and Judgment are **DENIED**;

It is **FURTHER ORDERED** that Plaintiffs' pending Motion for Attorneys' Fees, Costs, and Interest and Motion to Initiate Contempt Proceedings are dismissed as moot, and the contempt proceedings initiated thereby are terminated; and

It is **FURTHER ORDERED** that the parties' claims, counterclaims, and defenses, including the allegations and averments contained therein, are dismissed, with prejudice.

s/Renée Marie Bumb  
Renée Marie Bumb  
U.S. District Judge