**WALSH**
PIZZI
O'REILLY
FALANGA

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

November 17, 2021

**VIA ECF**
Honorable Sharon A. King, U.S.M.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

> Re:   *Eagle View Technologies, Inc., et al. v. Xactware Solutions, Inc., et al.*
>       Civil Action No. 1:15-cv-07025 (RMB/SAK)

Dear Judge King:

This firm, together with Kirkland & Ellis LLP, represents Plaintiff Eagle View Technologies Inc. ("Eagle View") in the above-referenced action. We write jointly with Defendants to respectfully request leave to file an omnibus motion to seal, which will include the briefings on Eagle View's Motion for Attorney Fees, Costs, and Interest ("Motion for Fees") (D.E. 919; 930; and 935) and Eagle View's Motion to Initiate Contempt Proceedings and for a TRO ("Contempt Motion") (D.E. 941; 948; and 956) and the related Transcript, dated September 15, 2021 (D.E. 972).

Pursuant to the Court's Order, dated July 16, 2021 (D.E. 939), the briefings related to the Motion for Fees were temporarily sealed pending this matter's appeals and pursuant to the Text Order, dated October 7, 2021 (D.E. 978), the parties' joint omnibus sealing motion, together with the redacted versions of the Contempt Motion submissions was to be filed 30 days after the last filing related to Eagle View's Contempt Motion.

In light of the parties' joint Stipulation and Order Vacating Judgment and Permanent Injunction Previously Issued by the Court in this Matter and Dismissing All Claims and Counterclaims with Prejudice (D.E. 987) and the Court's Opinion and Order, dated November 10, 2021 (D.E. 989; 990), the parties respectfully submit that the filing of one omnibus joint motion to seal the above listed materials is the most efficient means of resolving the interrelated sealing issues across these various documents and will avoid the burden on the Court and the parties with excessive and duplicative sealing motion practice.

Should this request be acceptable to Your Honor, the parties respectfully ask that this letter be "So Ordered" and entered on the docket and that the parties' joint omnibus sealing motion, together with the redacted versions of all submissions subject to the sealing motion, be due on or before January 14, 2022.

As always, we are available should Your Honor or Your Honor's staff have any questions or need anything further.

Honorable Sharon A. King, U.S.M.J.
Page 2

Respectfully submitted,

*s/ Liza M. Walsh*

Liza M. Walsh

cc: All counsel of record (via ECF and Email)

SO ORDERED this _____ day of _____, 2021.

_____
Honorable Sharon A. King, U.S.M.J.