Liza M. Walsh
Hector D. Ruiz
Walsh Pizzi O'Reilly Falanga LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100

*Attorneys for Plaintiff*
*Eagle View Technologies, Inc.*
*[Additional counsel on signature page]*

Jeffrey A. Cohen
Krishna A. Jani
FLASTER GREENBERG
1810 Chapel Avenue West
Cherry Hill, NJ 08002
(856) 661-1900

*Attorneys for Defendants Xactware Solutions,*
*Inc. and Verisk Analytics, Inc.*
*[Additional counsel on signature page]*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES, INC., and PICTOMETRY INTERNATIONAL CORP., <br><br> *Plaintiffs,* <br><br> v. <br><br> XACTWARE SOLUTIONS, INC., and VERISK ANALYTICS, INC., <br><br> *Defendants.* | Civil Action No. 1:15-cv-07025 (RMB-SAK) <br><br> **NOTICE OF JOINT MOTION TO SEAL** <br><br> **Return Date: February 7, 2022** <br><br> *Electronically Filed* |

**PLEASE TAKE NOTICE** that on February 7, 2022, or as soon thereafter as counsel may be heard, the undersigned counsel for Plaintiff Eagle View Technologies, Inc. ("Plaintiff") and Defendants Xactware Solutions, Inc. and Verisk Analytics, Inc. (collectively, "Defendants"), will appear before the Honorable Sharon A. King, U.S.M.J., at the United States District Court for the District of New Jersey, Mitchell H. Cohen Federal Courthouse, 1 John F. Gerry Plaza, Fourth & Cooper Streets, Camden, New Jersey, and will move this Court pursuant to Local Civil Rule 5.3(c), for an Order to Seal the following documents or portions thereof:

1) Plaintiff's Brief in Support of Its Motion and Documentation Supporting Attorneys' Fees, Costs, and Interest; Exhibits 4-5 to the Declaration of Dr. Jonathan Arnold;

1

and Declaration of Patricia A. Carson with Exhibits A-H annexed thereto (D.E. 919);

2) Defendants' Brief in Opposition to Plaintiff's Motion and Documentation Supporting Attorneys' Fees, Costs, and Interest; Exhibit A to the Declaration of Scott S. Christie; and Declaration of Philip Green with Exhibits B, D-E, H-H3 annexed thereto (D.E. 930);

3) Plaintiff's Reply Brief in Support of Its Motion and Documentation Supporting Attorneys' Fees, Costs, and Interest; Exhibits 4A-5A to the Reply Declaration of Dr. Jonathan Arnold; and Exhibit O to the Declaration of Patricia A. Carson (D.E. 935);

4) Plaintiff's Brief in Support of Motion to Initiate Contempt Proceedings and for a TRO; and Exhibits 13-14, 28 and 30 to the Declaration of Liza M. Walsh (D.E. 941);

5) Defendants' Opposition to Plaintiff's Motion to Initiate Contempt Proceedings and for a TRO; and the Declaration of Jeffrey Lewis (D.E. 948);

6) Plaintiff's Reply Brief in Support of Motion to Initiate Contempt Proceedings and for a TRO; and Exhibits 39-40, and 42 to the Declaration of Liza M. Walsh (D.E. 956); and

7) Transcript of September 15, 2021 hearing before the Hon. Rene M. Bumb, U.S.D.J. (D.E. 972).

**PLEASE TAKE FURTHER NOTICE THAT** in support of their motion, the parties will rely upon the accompanying Declaration of Patricia A. Carson, Declaration of Jeffrey D. Lewis, Proposed Findings of Fact and Conclusions of Law, and all other papers submitted herewith.

**PLEASE TAKE FURTHER NOTICE THAT** a proposed form of Order is also submitted for the Court's consideration.

Respectfully submitted,                                      Dated:  January 14, 2022

By: *s/Liza M. Walsh*                                        By: *s/Jeffrey A. Cohen*
Liza M. Walsh                                                Jeffrey A. Cohen
Hector D. Ruiz                                               Krishna A. Jani
WALSH PIZZI O'REILLY FALANGA LLP                             FLASTER GREENBERG
Three Gateway Center                                         1810 Chapel Avenue West

100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100

*Of Counsel*:
Adam R. Alper
Brandon H. Brown
Reza Dokhanchy
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
(415) 439-1400

Michael W. De Vries
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
(213) 680-8400

Patricia Carson
Leslie M. Schmidt
KIRKLAND & ELLIS LLP
601 Lexington Ave
New York, NY 10022
(212) 446-4800

Gianni Cutri
Kristina N. Hendricks
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

*Attorneys for Plaintiff Eagle View Technologies, Inc.*

Cherry Hill, NJ 08002
(856) 661-1900

*Of Counsel:*
Ashok Ramani
Micah G. Block
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, CA 94025
(650) 752-2000

Dana M. Seshens
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4000

*Attorneys for Defendants Xactware Solutions, Inc. and Verisk Analytics, Inc.*

3