**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES, INC., *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>XACTWARE SOLUTIONS, INC., *et al.*,<br><br>　　　　　　Defendants. | )<br>)  Civil Action No.<br>)  1:15-cv-07025 (RMB-SAK)<br>)<br>)  **DECLARATION OF JEFFERY**<br>)  **D. LEWIS IN SUPPORT OF**<br>)  **JOINT OMNIBUS MOTION TO**<br>)  **SEAL**<br>)<br>)  *Electronically Filed*<br>) |

I, Jeffery D. Lewis, state and declare as follows:

1.　　I am the Vice President and Chief Operating Officer of Geomni, Inc., a subsidiary of Insurance Service Office, Inc.  I declare that I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so competently.

2.　　Verisk Analytics, Inc. is the parent corporation of Insurance Service Office, Inc., which in turn is the parent corporation of Xactware Solutions, Inc. and Geomni, Inc.  I am familiar with the products and services provided by Verisk Analytics, Inc. and its subsidiaries described herein.

3.　　I submit this declaration in support of the parties' Joint Omnibus Motion to Seal the following documents or portions thereof (the "Subject Material"):

- Plaintiff's Brief in Support of Motion to Initiate Contempt Proceedings and for a TRO; and Exhibits 13, 14, and 28 to the Declaration of Liza M. Walsh in Support of Plaintiff's Motion to Initiate Contempt Proceedings and For a TRO (D.E. 941, 941-2, 941-3, 941-6);

- Defendants' Brief in Opposition to Plaintiff's Motion to Initiate Contempt Proceedings and for a TRO; and the Declaration of Jeffery Lewis in Support of Defendants' Opposition to Plaintiff's Motion to Initiate Contempt Proceedings and for a TRO (D.E. 948, 948-1);

- Plaintiff's Reply Brief in Support of Motion to Initiate Contempt Proceedings and for a TRO; and Exhibits 39, 40, and 42 to the Declaration of Liza M. Walsh in Support of Plaintiff's Reply Brief in Support of Motion to Initiate Contempt Proceedings and for a TRO (D.E. 956, 956-1); and

- Transcript of September 15, 2021 Oral Argument on Plaintiff's Motion to Initiate Contempt Proceedings and for a TRO (D.E. 972).

4.      The Subject Material identified in the Proposed Redaction Index submitted by the parties concurrently with the Motion contains Defendants' confidential commercial, development, and/or business information.  The documents contain non-public and competitively sensitive financial information and highly sensitive business and commercial information of Defendants that Defendants maintain in confidence.  Defendants have invested significant resources into the development of their business with the expectation that documents containing competitively sensitive business and commercial information would be confidential and remain unavailable to their competitors. These documents further include information related to the functionality and components of Defendants' software, which is commercially sensitive and not available to the general public.

2

5.      The Subject Material, if publicly disclosed, could have significant commercial impact on Defendants' business and may cause potential financial damage.  The disclosure of Defendants' business practices, strategies, pricing, and capabilities, as reflected in the Subject Material, would permit competitors to duplicate, undercut, or otherwise counter Defendants' commercial performance. Competitors would improperly and unfairly benefit from the disclosure of Defendants' non-public business information in these documents and would be able to use this confidential information to enhance their market position and cause Defendants to lose competitive advantage in the highly competitive marketplace. Defendants therefore have a legitimate interest that warrants an order sealing portions of the Subject Material.  No less restrictive alternative exists other than sealing portions of the Subject Material.

6.      I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: January 12, 2022

_____
Jeffery D. Lewis

3