Liza M. Walsh
Hector D. Ruiz
Walsh Pizzi O'Reilly Falanga LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100

*Attorneys for Plaintiff*
*Eagle View Technologies, Inc.*
*[Additional counsel on signature page]*

Jeffrey A. Cohen
Krishna A. Jani
FLASTER GREENBERG
1810 Chapel Avenue West
Cherry Hill, NJ 08002
(856) 661-1900

*Attorneys for Defendants Xactware Solutions, Inc.*
*and Verisk Analytics, Inc.*
*[Additional counsel on signature page]*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EAGLE VIEW TECHNOLOGIES, INC., and PICTOMETRY INTERNATIONAL CORP., <br><br> *Plaintiffs,* <br><br> v. <br><br> XACTWARE SOLUTIONS, INC., and VERISK ANALYTICS, INC., <br><br> *Defendants.* | Civil Action No. 1:15-cv-07025 (RMB-JMS) <br><br> **STATEMENT IN LIEU OF BRIEF PURSUANT TO LOCAL CIVIL RULE 7.1(d)(4)** <br><br> *Electronically Filed* |

Pursuant to Local Civil Rule 7.1(d)(4), no brief in support of the motion brought by Plaintiff Eagle View Technologies, Inc. and Defendants Xactware Solutions, Inc. and Verisk Analytics, Inc. for the entry of an Order to Seal is necessary because the factual and legal basis for the relief sought herein are set forth in the Proposed Findings of Fact and Conclusions of Law, in the Declaration of Patricia A. Carson, and in the Declaration of Jeffrey D. Lewis.

Respectfully submitted,

By: *s/Liza M. Walsh*
Liza M. Walsh
Hector D. Ruiz

Dated: January 14, 2022

By: *s/Jeffrey A. Cohen*
Jeffrey A. Cohen
Krishna A. Jani

WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100

*Of Counsel*:
Adam R. Alper
Brandon H. Brown
Reza Dokhanchy
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
(415) 439-1400

Michael W. De Vries
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
(213) 680-8400

Patricia Carson
Leslie M. Schmidt
KIRKLAND & ELLIS LLP
601 Lexington Ave
New York, NY 10022
(212) 446-4800

Gianni Cutri
Kristina N. Hendricks
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

*Attorneys for Plaintiff Eagle View Technologies, Inc.*

FLASTER GREENBERG
1810 Chapel Avenue West
Cherry Hill, NJ 08002
(856) 661-1900

*Of Counsel:*
Ashok Ramani
Micah G. Block
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, CA 94025
(650) 752-2000

Dana M. Seshens
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4000

*Attorneys for Defendants Xactware Solutions, Inc. and Verisk Analytics, Inc.*